# BAILEY & ASSOCIATES, P.A.

ATTORNEYS AT LAW

THREE MILL ROAD, SUITE 306Am

WILMINGTON, DELAWARE 19806

(302) 658-5686

TELEFAX: (302) 658-8051

E-Mail: jtravers@jfbailey.com

March 2, 2005

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
Lock Box 18
844 North King Street, Room 4209
Wilmington, DE 19801

    RE:    Federal Insurance Co. v. Lighthouse Construction Inc., et al.
            C.A. No. 04-339 JJF
            Miller's Capital Insurance Co. v. Lighthouse Construction Inc., et al.
            C.A. No.: 04-1322 JJF
            Our File No.: 6419

Dear Dr. Dalleo:

    Enclosed please find the original and two (2) copies of the attached **Answer of O'Donnell Naccarato & MacIntosh to Cross-Claim of Becker Morgan Group, Inc.** in the above referenced case. Please file with the Court and return a clocked in copy to our office in the enclosed self-addressed stamped envelope.

    Thank you for your cooperation with this matter. If you have any questions, please feel free to contact me.

Very truly yours,

Jennifer L. Travers
Secretary to James F. Bailey, Jr.

/jlt
Enclosure

cc:    Certificate of Service (with enclosure)