## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>A/s/o EZIBA.COM, INC./AVACET, INC.<br>EZIBA SECURITIES CORP., | §<br>§<br>§<br>§ | C.A. No.: 04-339 JJF |
| Plaintiff, | §<br>§ | JURY TRIAL DEMANDED |
| v. | §<br>§ | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO & MACINTOSH, INC., | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |
| MILLERS CAPITAL INSURANCE COMPANY,<br>a/s/o DEL-HOMES CATALOG, LLC, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | |
| LIGHTHOUSE CONSTRUCTION INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO & MACINTOSH, INC., | §<br>§<br>§<br>§ | C.A. No. 04-1322 JJF<br><br>JURY TRIAL DEMANDED |
| Defendants, | § | |
| v. | §<br>§ | |
| LIGHTHOUSE CONSTRUCTION INC., | §<br>§ | |
| Defendant & Third-Party Plaintiff, | §<br>§ | |
| v. | §<br>§ | |
| EAST COAST ERECTORS, INC., | §<br>§ | |
| Third-Party Defendant. | § | |

2005 MAR -3 PM 4: 25  FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## ANSWER OF O'DONNELL NACCARATO & MACINTOSH, INC. TO CROSS-CLAIM OF BECKER MORGAN GROUP, INC.

O'Donnell Naccarato & MacIntosh hereby responds to the cross-claim asserted by Becker Morgan Group, Inc. dated February 16, 2005 as follows:

Denied.

WHEREFORE, O'Donnell Naccarato & MacIntosh demands that the cross-claim be dismissed with any and all costs to be assessed against Becker Morgan Group, Inc.

BAILEY & ASSOCIATES, P.A.

_____
JAMES F. BAILEY, JR., Bar I.D. # 336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
Attorney for Defendant O'Donnell Naccarato & MacIntosh

Date: March 1, 2005

## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 1st day of March, 2005, one copy of the foregoing **ANSWER OF O'DONNELL NACCARATO & MACINTOSH, INC. TO CROSS-CLAIM OF BECKER MORGAN GROUP, INC.** were served on the following counsel of record in the manner indicated below:

Frank E. Noyes, II, Esquire
White and Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

Steven K. Gerber, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia PA  19103

Benjamin C. Wetzel, III, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE  19805

David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE  19806

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
1007 Orange Street, Suite 205
Wilmington, DE  19801

Ron Pingitore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19135-7395

Sean J. Bellew, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

Robert B. Hill, Esquire
McLain & Merritt
Suite 500
3445 Peachtree Road N.E.
Atlanta GA  30326-3240

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899

Dana B. Ostrovsky, Esquire
COHEN, SEGLIAS, PALLAS,
GREENHALL, & FURMAN, P.C.
1515 Market Street, 11th Floor
Philadelphia, PA 19102

_____
JAMES F. BAILEY, JR.