# White and Williams LLP

*1800 One Liberty Place*
*Philadelphia, PA 19103-7395*
*Phone: 215.864.7000*
*Fax: 215.864.7123*

*Ron L. Pingitore*
*Direct Dial: 215.864.6324*
*Direct Fax: 215.789.7504*
*pingitorer@whiteandwilliams.com*

March 2, 2005

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
Lock Box 27
844 N. King Street
Wilmington, DE 19801

> RE:  **Federal Insurance Co., et al. v. Lighthouse Construction, Inc., et al.**
> **C.A. No.: 04-339 JJF & C.A. No.: 04-1322 JJF**
> **Our File No.: 6419**

Dear Dr. Dalleo:

Enclosed please find the original and one (1) copy of the attached **Amended Notice of Depositions** in the above referenced case. Please file with the Court and return a clocked in copy to our office in the enclosed self-addressed stamped envelope.

Thank you for your cooperation with this matter. If you have any questions, please feel free to contact me.

Very truly yours,

WHITE AND WILLIAMS LLP

By: _____

Ron L. Pingitore, Esquire

RLP:teb
Enclosures

cc:    Service List

2005 MAR -4  PH 4: 36
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

*Allentown, PA • Berwyn, PA• Cherry Hill, NJ • New York, NY*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*