IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EBIZA SECURITIES CORP. | : Civil Action No. 04-339 JJF : : JURY OF TWELVE DEMANDED |
| Plaintiff, | : |
| v. | : |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : |
| Defendants. | : |
| MILLERS CAPITAL INSURANCE COMPANY, a/s/o DEL-HOMES CATALOG GROUP, LLC, | : : : Civil Action No. 04-1322 JJF |
| Plaintiff, | : JURY OF TWELVE DEMANDED |
| v. | : |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | : : : : |
| Defendants, | : |
| and | : |
| LIGHTHOUSE CONSTRUCTION, INC., | : |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| EAST COAST ERECTORS, INC., | : |
| Third-Party Defendant. | : |

## AMENDED NOTICE OF DEPOSITIONS

To:   All Counsel on Service List

**PLEASE TAKE NOTICE** that the undersigned counsel will take the following depositions in the following offices on the following dates:

**Date: Tuesday, March 15, 2005**
Deponents/Times:
    Greg Moore beginning at 10:00 a.m.
    Ernest Olds beginning at 1:30 p.m.
Location:
    Tighe, Cottrell & Logan, P.A.
    First Federal Plaza, Suite 500
    Wilmington, DE 19899

**Date: Wednesday, March 16, 2005**
Deponent/Time:
    Robert McLeish beginning at 10:00 a.m.
Location:
    Chrissinger & Baumberger
    Three Mill Road, Suite 301
    Wilmington, DE 19806

**Date: Wednesday, April 20, 2005**
Deponent/Time:
    Robert MacIntosh beginning at 9:00 a.m.
Location:
    James F. Bailey & Associates
    Three Mill Road, Suite 306A
    Wilmington, DE 19806

    The above deposition will be taken for the purpose of discovery and all other purposes permitted Rules of Civil Procedure. Each deposition will continue from day to day until complete.

                                              WHITE AND WILLIAMS LLP

                                              Ron L. Pingitore, Esq.
                                              1800 One Liberty Place
                                              Philadelphia, PA 19103
                                              Attorneys for Millers Capital

## CERTIFICATE OF SERVICE

I, Ron L. Pingitore, Esquire, do hereby certify that on this 2nd day of March, 2005, one copy of the foregoing Notice of Depositions was served on the following counsel by regular mail and facsimile at the address indicated below:

| | |
|---|---|
| David J. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806<br>Fax: 302-777-5696 | Robert B. Hill, Esquire<br>McLain & Merritt<br>Suite 500<br>3445 Peachtree Road N.E.<br>Atlanta, GA 30326-3240<br>Fax: 404-262-7531 |
| Dana Ostrovsky, Esquire<br>Cohen, Seglias, Pallas<br>11th Floor, 1515 Market Street<br>Philadelphia, PA 19102<br>Fax: 215-564-3066 | James F. Bailey, Jr.<br>Three Mill Road<br>Suite 306A<br>Wilmington, DE 19806<br>Fax: 302-658-8051 |
| Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899<br>Fax: 302-658-9836 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>Fax: 302-295-2013 |
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Fax: 215-665-2013 | Benjamin C. Wetzel, III<br>Wetzel & Associates, P.A.<br>The Carriage House, Suite 201<br>1100 N. Grant Avenue<br>Wilmington, DE 19805<br>Fax: 302-652-1900 |

_____
Ron L. Pingitore