IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., | : : : : : : : : : : : : : : : : | C.A. No. 04-339 (JJF) JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | | |
| Defendants. | | |
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG, LLC, | : : : : : : : : : : : : : : : : : : : : : : : : | C.A. No. 04-1322 (JJF) JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| LIGHTHOUSE CONSTRUCTION INC., BECKER MORGAN GROUP, INC., and O'CONNELL, NACCARATO & MACINTOSH, INC., | | |
| Defendants, | | |
| v. | | |
| LIGHTHOUSE CONSTRUCTION, INC., | | |
| Defendant & Third-party Plaintiff, | | |
| v. | | |
| EAST COAST ERECTORS, INC., | | |
| Third-Party Defendant. | | |

## NOTICE OF SERVICE

TO:  James F. Bailey, Jr., Esquire          Frank E. Noyes, II, Esquire          Benjamin C. Wetzel, III, Esquire
     Bailey & Associates, P.A.               White & Wiliams, LLP                  Wetzel & Associates, P.A.
     Three Mill Road, Suite 306A             824 N. Market Street, Suite 902       The Carriage House, Suite 201
     Wilmington, DE 19806                    P.O. Box 709                          1100 N. Grant Avenue
                                             Wilmington, DE 19899                  Wilmington, DE 19805

| | | |
|---|---|---|
| David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Robert K. Beste, Jr., Esquire<br>Cohen Seglias Pallas Greenhall &<br>Furhman, P.C.<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | Paul Cottrell, Esquire<br>Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 |
| Ron Pingitore, Esquire<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19135-7395 | Robert B. Hill, Esquire<br>McLain & Merritt<br>3445 Peachtree Rd., NE, Suite 500<br>Atlanta, GA 30326-3240 | Cohen Seglias, Pallas,<br>Greenhall, & Furman, P.C.<br>1515 Market Street, 11th Floor<br>Philadelphia, PA 19102 |

PLEASE TAKE NOTICE that I caused to be served two true and correct copies of *Plaintiff Federal Insurance Company a/s/o Eziba.com, Inc./Avacet, Inc., Eziba Securities Corp.'s Interrogatories Addressed to Defendants (Set 1)* to be served upon all counsel of record on March 7, 2005.

Dated: March 7, 2005

COZEN O'CONNOR

BY: */s/ Sean J. Bellew*
SEAN J. BELLEW, ESQUIRE
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801
(302) 295-2000

Of Counsel:
STEVEN K. GERBER, ESQUIRE (phv)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2088

*Attorneys for Plaintiff*