IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., <br><br> Defendants. | C.A. No. 04-339 (JJF) <br><br> JURY TRIAL DEMANDED |
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION INC., BECKER MORGAN GROUP, INC., and O'CONNELL, NACCARATO & MACINTOSH, INC., <br><br> Defendants, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., <br><br> Defendant & Third-party Plaintiff, <br><br> v. <br><br> EAST COAST ERECTORS, INC., <br><br> Third-Party Defendant. | C.A. No. 04-1322 (JJF) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

TO:  James F. Bailey, Jr., Esquire        Frank E. Noyes, II, Esquire           Benjamin C. Wetzel, III, Esquire
     Bailey & Associates, P.A.            White & Wiliams, LLP                   Wetzel & Associates, P.A.
     Three Mill Road, Suite 306A          824 N. Market Street, Suite 902        The Carriage House, Suite 201
     Wilmington, DE  19806                P.O. Box 709                           1100 N. Grant Avenue
                                          Wilmington, DE  19899                  Wilmington, DE  19805

| | | |
|---|---|---|
| David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Robert K. Beste, Jr., Esquire<br>Cohen Seglias Pallas Greenhall &<br>Furhman, P.C.<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | Paul Cottrell, Esquire<br>Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 |
| Ron Pingitore, Esquire<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19135-7395 | Robert B. Hill, Esquire<br>McLain & Merritt<br>3445 Peachtree Rd., NE, Suite 500<br>Atlanta, GA 30326-3240 | Cohen Seglias, Pallas,<br>Greenhall, & Furman, P.C.<br>1515 Market Street, 11th Floor<br>Philadelphia, PA 19102 |

PLEASE TAKE NOTICE that I caused to be served two true and correct copies of *Plaintiff Federal Insurance Company a/s/o Eziba.com, Inc./Avacet, Inc., Eziba Securities Corp.'s Request for Production of Documents Addressed to Defendants (Set 1)* to be served upon all counsel of record on March 7, 2005.

Dated: March 7, 2005

COZEN O'CONNOR

BY:  */s/ Sean J. Bellew*
     SEAN J. BELLEW, ESQUIRE
     Chase Manhattan Centre
     1201 North Market Street
     Suite 1400
     Wilmington, DE 19801
     (302) 295-2000

Of Counsel:
STEVEN K. GERBER, ESQUIRE (phv)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2088

*Attorneys for Plaintiff*