IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., | : : : : : : : : : : : : : : | C.A. No. 04-339 (JJF) JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | | |
| Defendants. | | |
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG, LLC, | : : : : : : : : : : : : : : : : : : : : : : | C.A. No. 04-1322 (JJF) JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| LIGHTHOUSE CONSTRUCTION INC., BECKER MORGAN GROUP, INC., and O'CONNELL, NACCARATO & MACINTOSH, INC., | | |
| Defendants, | | |
| v. | | |
| LIGHTHOUSE CONSTRUCTION, INC., | | |
| Defendant & Third-party Plaintiff, | | |
| v. | | |
| EAST COAST ERECTORS, INC., | | |
| Third-Party Defendant. | | |

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify under penalty of perjury that I am not less than 18 years of age and that, on this 7th day of March, 2005, I did cause true and correct copies of the

WILM1\29436\1 134623.000

*Notice of Service* to be served upon the following counsel of record via the manners indicated below:

| **Via First Class Mail** | **Via Hand Delivery** |
|---|---|
| James F. Bailey, Jr., Esquire | Frank E. Noyes, II, Esquire |
| Bailey & Associates, P.A. | White & Wiliams, LLP |
| Three Mill Road, Suite 306A | 824 N. Market Street, Suite 902 |
| Wilmington, DE  19806 | P.O. Box 709 |
|  | Wilmington, DE  19899 |
| **Via First Class Mail** | **Via First Class Mail** |
| Benjamin C. Wetzel, III, Esquire | David L. Baumberger, Esquire |
| Wetzel & Associates, P.A. | Chrissinger & Baumberger |
| The Carriage House, Suite 201 | Three Mill Road, Suite 301 |
| 1100 N. Grant Avenue | Wilmington, DE  19806 |
| Wilmington, DE  19805 |  |
| **Via Hand Delivery** | **Via Hand Delivery** |
| Robert K. Beste, Jr., Esquire | Paul Cottrell, Esquire |
| Cohen Seglias Pallas Greenhall & Furhman, P.C. | Victoria K. Petrone, Esquire |
| 1007 Orange Street, Suite 205 | Tighe, Cottrell & Logan |
| Wilmington, DE  19801 | First Federal Plaza, Suite 500 |
|  | P.O. Box 1031 |
|  | Wilmington, DE  19899 |
| **Via First Class Mail** | **Via First Class Mail** |
| Ron Pingitore, Esquire | Robert B. Hill, Esquire |
| White & Williams, LLP | McLain & Merritt |
| 1800 One Liberty Place | 3445 Peachtree Rd., NE, Suite 500 |
| Philadelphia, PA  19135-7395 | Atlanta, GA  30326-3240 |
| **Via First Class Mail** |  |
| Cohen Seglias, Pallas, Greenhall, & Furman, P.C. |  |
| 1515 Market Street, 11th Floor |  |
| Philadelphia, PA  19102 |  |

Dated:   March 7, 2005       */s/ Sean J. Bellew*
                             Sean J. Bellew (#4072)