IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., <br><br> Defendants. | : <br> : <br> : <br> : C.A. No. 04-339 (JJF) <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION INC., BECKER MORGAN GROUP, INC., and O'CONNELL, NACCARATO & MACINTOSH, INC., <br><br> Defendants, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., <br><br> Defendant & Third-party Plaintiff, <br><br> v. <br><br> EAST COAST ERECTORS, INC., <br><br> Third-Party Defendant. | : <br> : <br> : <br> : C.A. No. 04-1322 (JJF) <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**MOTION FOR LEAVE TO FILE RULE 14(a) CLAIM AGAINST
<u>THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.</u>**

Plaintiff, Federal Insurance Company a/s/o Eziba.Com, Inc./Avacet, Inc., Eziba

Securities Corp., moves the Court for leave to file Plaintiff's Rule 14(a) claim against third-party

defendant East Coast Erectors, Inc., a copy of which is attached to this motion as Exhibit "1". Plaintiff makes this motion at this time to allege a negligence claim against third-party defendant East Coast Erectors, Inc., previously joined as a third-party defendant by defendant and third-party plaintiff Lighthouse Construction, Inc. under theories of contribution and indemnification.

    This motion is based on the pleadings and papers on file in this action, this motion, the accompanying memorandum of points and authorities, and whatever evidence and argument is presented at the hearing of this motion.

Dated: March 8, 2005

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE  19801
(302) 295-2000
sbellew@cozen.com
*Attorneys for Plaintiff*

Of Counsel:
Steven K. Gerber
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
(215) 665-2088