# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EZIBA SECURITIES CORP.<br>    Plaintiff,<br>  v.<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO &<br>MACINTOSH, INC.,<br>    Defendants.<br>and<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>    Defendant and Third-Party<br>    Plaintiff,<br>  v.<br><br>EAST COAST ERECTORS, INC.,<br>    Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO. 04-339<br><br><br><br><br>JURY TRIAL DEMANDED |
| MILLERS CAPITAL INSURANCE COMPANY<br>a/s/o DEL-HOMES CATALOG GROUP, LLC,<br><br>    Plaintiff,<br>  v.<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO & MACINTOSH,<br>INC.,<br>    Defendants.<br>and<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>    Defendant and Third-Party<br>    Plaintiff,<br>  v.<br><br>EAST COAST ERECTORS, INC.,<br>    Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO. 04-1322-JJF<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## LIGHTHOUSE CONSTRUCTION INC.'S THIRD-PARTY COMPLAINT

Defendant/Third-Party Plaintiff, Lighthouse Construction, Inc. (Lighthouse) avers as follows:

1. Lighthouse has been sued by plaintiff Federal Insurance Company a/s/o Eziba.Com, Inc./Avacet, Inc. A copy of the original Complaint is attached as Exhibit B.

2. Lighthouse contracted with Third-Party Defendant East Coast Erectors, Inc. to provide the engineering, architectural, design and construction of the 1999 building in March 1999 pursuant to East Coast Erectors' bid on the proposal and bid package on the project.

3. Lighthouse has denied liability to the plaintiffs, but asserts that if held liable to plaintiffs, Lighthouse is entitled to indemnification and/or contribution for East Coast Erectors, Inc.'s negligence contributing to the loss alleged in the original Complaint.

4. Lighthouse asserts that if liable to the plaintiff, it is entitled to indemnification and/or contribution under the terms of the written contract executed on March 15, 1999 between East Coast Erectors and Third-Party Plaintiff requiring indemnification of Third-Party Plaintiff for any claim arising out of or resulting from performance of the subcontractor's work or the negligence of the subcontractors on the project.

5. Third-Party Plaintiff is entitled to indemnity and/or contribution from Third-Party Defendant for Third-Party Defendant's acts including:

   a. negligence in failing to properly design the 1999 building to account for snow loads on the adjoining property;

   b. failing to properly design the 1999 building to avoid causing damage to adjacent properties from the size, location and construction of the 1999 building;

   c. negligent retention of subcontractors responsible for providing design and

architectural professional services on the design and preparation of construction drawings and documents used and relied upon for the construction of the 1999 building;

d. negligent supervision and oversight of its subcontractors retained to provide professional construction design and architectural services to Third-Party Defendant for construction of the 1999 building and;

e. negligent construction of the 1999 building permitting an excessive snow accumulation to result on the adjacent 1995 building as a result of improper snow load calculations for design of the building, improper design of the building creating an improper height difference between the two buildings resulting in snow drift accumulation on the adjacent 1995 building.

**WHEREFORE**, to the extent Defendant/Third-Party Plaintiff is found liable for any amount of damages to the Plaintiff, Defendant/Third-Party Plaintiff is entitled to contractual and common law indemnity from Third-Party Defendant for any and all such amounts, plus costs and expenses associated and incurred as a result of defending this claim.

        CHRISSINGER & BAUMBERGER

        _____
        DAVID L. BAUMBERGER (#2420)
        Three Mill Road, Suite 301
        Wilmington, DE 19806
        (302) 777-0100
        Attorney for Defendant/Third-Party Plaintiff
            Lighthouse Construction, Inc.

DATED: