## **CERTIFICATION**

Counsel for Plaintiff consulted with counsel for Third-Party Defendant East Coast Erectors, Inc. pursuant to District of Delaware Local Rule 7.1.1 and determined that East Coast Erectors, Inc. was not in a position to agree to the relief requested in the preceding Motion.

                                                            David A. Felice (#4090)