IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., | : : : : : : : : : : : : : : | C.A. No. 04-339 (JJF) JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | | |
| Defendants. | | |
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG, LLC, | : : : : : : : : : : : : : : : : : : : : : : | C.A. No. 04-1322 (JJF) JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| LIGHTHOUSE CONSTRUCTION INC., BECKER MORGAN GROUP, INC., and O'CONNELL, NACCARATO & MACINTOSH, INC., | | |
| Defendants, | | |
| v. | | |
| LIGHTHOUSE CONSTRUCTION, INC., | | |
| Defendant & Third-party Plaintiff, | | |
| v. | | |
| EAST COAST ERECTORS, INC., | | |
| Third-Party Defendant. | | |

## **ORDER**

WHEREAS, the Court having considered Plaintiff's motion and memorandum of law in support of its Rule 14(a) claim against third-party defendant East Coast Erectors, Inc.; and

WHEREAS, the Court having concluded that good cause exists for granting Plaintiff's motion;

IT IS HEREBY ORDERED this \_\_\_\_\_ day of _____, 2005 that Plaintiff's motion is GRANTED and the Rule 14(a) claim against East Coast Erectors, Inc. is deemed to be filed and served on the date of this Order.

_____
United States District Judge