## CERTIFICATE OF SERVICE

I, Sean J. Bellew, Esquire, do hereby certify that on March 8, 2005, true and correct copies of the foregoing were caused to be served upon counsel of record at the following address as indicated:

**Via First Class Mail**
James F. Bailey, Jr., Esquire
Bailey & Associates, P.A.
Three Mill Road, Suite 306A
Wilmington, DE  19806

**Via Hand Delivery**
Frank E. Noyes, II, Esquire
White & Wiliams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899

**Via First Class Mail**
Benjamin C. Wetzel, III, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE  19805

**Via First Class Mail**
David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE  19806

**Via Hand Delivery**
Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furhman, P.C.
1007 Orange Street, Suite 205
Wilmington, DE  19801

**Via Hand Delivery**
Paul Cottrell, Esquire
Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899

**Via First Class Mail**
Ron Pingitore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19135-7395

**Via First Class Mail**
Robert B. Hill, Esquire
McLain & Merritt
3445 Peachtree Rd., NE, Suite 500
Atlanta, GA  30326-3240

**Via First Class Mail**
Cohen Seglias, Pallas, Greenhall, & Furman, P.C.
1515 Market Street, 11th Floor
Philadelphia, PA  19102

The original documents were filed electronically, and they are available for viewing and downloading at https://ecf.ded.uscourts.gov/.

Dated: March 8, 2005                    */s/ Sean J. Bellew*
                                         Sean J. Bellew (#4072)