UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY**<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EZIBA SECURITIES CORP. | : <br> : <br> : <br> : | **CIVIL ACTION**<br>**NO. 04-339** |
| **Plaintiff,** | : | |
| v. | : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,**<br>**BECKER MORGAN GROUP, INC., and**<br>**O'DONNELL, NACCARATO &**<br>**MACINTOSH, INC.,** | : <br> : <br> : <br> : | **JURY TRIAL DEMANDED** |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **MILLERS CAPITAL INSURANCE COMPANY**<br>a/s/o **DEL-HOMES CATALOG GROUP, LLC,** | : <br> : | **CIVIL ACTION**<br>**NO. 04-1322-JJF** |
| **Plaintiff,** | : | |
| v. | : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,**<br>**BECKER MORGAN GROUP, INC., and**<br>**O'DONNELL, NACCARATO & MACINTOSH,**<br>**INC.,** | : <br> : <br> : <br> : | |
| **Defendants.** | : | |
| and | : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,** | : | **JURY TRIAL DEMANDED** |
| **Defendant and Third-Party**<br>**Plaintiff,** | : <br> : | |
| v. | : | |
| **EAST COAST ERECTORS, INC.,** | : | |
| **Third-Party Defendant.** | : | |

## **NOTICE OF SERVICE**

I, DAVID L. BAUMBERGER, ESQUIRE, hereby certify that on this 11th day of March, 2005, I have deposited in the mailbox at Three Mill Road, Wilmington, Delaware, two true and correct copies of the following document(s):

**Defendant Lighthouse Construction, Inc.'s Interrogatories Addressed to Co-Defendant O'Donnell, Naccarato & McIntosh**

**DIRECTED TO:**

| | | |
|---|---|---|
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 | James Bailey, Esquire<br>Three Mill Road, Suite 306<br>Wilmington, DE 19806 |
| Dana Ostrovski, Esquire<br>Cohen, Seglias, Pallas,<br>Greenhall & Furman PC<br>1515 Market Street,<br>Eleventh Floor<br>Philadelphia, PA 19102 | Benjamin Wetzel, III, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House<br>Suite 201<br>1100 N. Grant Avenue<br>Wilmington, De 19805 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 |
| Paul Cottrell, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 | Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall &<br>Furman, P.C.<br>1007 Orange Street, Suite 205<br>Nemours Building<br>Wilmington, DE 19899-1489 | Robert B. Hill, Esquire<br>3445 Peachtree Road NE,<br>Suite 500<br>Atlanta, GA 30326 |

Frank E. Noyes, II, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger
DAVID L. BAUMBERGER, ESQUIRE
Attorney I.D. No. 2420
Three Mill Road, Suite 301
Wilmington, DE 19806
(302) 777-0100
Attorney for Defendant/Third-Party Plaintiff
Lighthouse Construction, Inc.