UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP. | : : : : : | **CIVIL ACTION NO. 04-339** |
| **Plaintiff,** | : : | |
| v. | : : | |
| **LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC.,** | : : : : : | **JURY TRIAL DEMANDED** |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **MILLERS CAPITAL INSURANCE COMPANY** a/s/o DEL-HOMES CATALOG GROUP, LLC, | : : | **CIVIL ACTION NO. 04-1322-JJF** |
| **Plaintiff,** | : | |
| v. | : | |
| **LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC.,** | : : : : | |
| **Defendants.** | : : | |
| and | : : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,** | : : | **JURY TRIAL DEMANDED** |
| **Defendant and Third-Party Plaintiff,** | : : : | |
| v. | : : | |
| **EAST COAST ERECTORS, INC.,** | : : | |
| **Third-Party Defendant.** | : | |

## NOTICE OF SERVICE

I, DAVID L. BAUMBERGER, ESQUIRE, hereby certify that on this 11th day of March, 2005, I have deposited in the mailbox at Three Mill Road, Wilmington, Delaware, two true and correct copies of the following document(s):

**Defendant Lighthouse Construction, Inc.'s Request for Production Addressed to Plaintiffs Federal Insurance and Millers Capital**

**DIRECTED TO:**

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

James Bailey, Esquire
Three Mill Road, Suite 306
Wilmington, DE 19806

Dana Ostrovski, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman PC
1515 Market Street,
Eleventh Floor
Philadelphia, PA 19102

Benjamin Wetzel, III, Esquire
Wetzel & Associates, P.A.
The Carriage House
Suite 201
1100 N. Grant Avenue
Wilmington, De 19805

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street, Suite 205
Nemours Building
Wilmington, DE 19899-1489

Robert B. Hill, Esquire
3445 Peachtree Road NE,
Suite 500
Atlanta, GA 30326

Frank E. Noyes, II, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger
DAVID L. BAUMBERGER, ESQUIRE
Attorney I.D. No. 2420
Three Mill Road, Suite 301
Wilmington, DE 19806
(302) 777-0100
Attorney for Defendant/Third-Party Plaintiff
Lighthouse Construction, Inc.

Case 1:04-cv-00339-JJF     Document 80     Filed 03/11/2005     Page 3 of 3