UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP. | : : : : : | **CIVIL ACTION NO. 04-339** |
| **Plaintiff,** | : : : | |
| v. | : : | |
| **LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC.,** | : : : : : : | **JURY TRIAL DEMANDED** |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **MILLERS CAPITAL INSURANCE COMPANY** a/s/o DEL-HOMES CATALOG GROUP, LLC, | : : | **CIVIL ACTION NO. 04-1322-JJF** |
| **Plaintiff,** | : : | |
| v. | : | |
| **LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC.,** | : : : : | |
| **Defendants.** | : : | |
| and | : : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,** | : : | **JURY TRIAL DEMANDED** |
| **Defendant and Third-Party Plaintiff,** | : : : | |
| v. | : : | |
| **EAST COAST ERECTORS, INC.,** | : : | |
| **Third-Party Defendant.** | : | |

## NOTICE OF SERVICE

I, DAVID L. BAUMBERGER, ESQUIRE, hereby certify that on this 11th day of March, 2005, I have deposited in the mailbox at Three Mill Road, Wilmington, Delaware, two true and correct copies of the following document(s):

**Defendant Lighthouse Construction, Inc.'s Request for Production Addressed to Co-Defendants and Third-Party Defendant**

**DIRECTED TO:**

| | | |
|---|---|---|
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 | James Bailey, Esquire<br>Three Mill Road, Suite 306<br>Wilmington, DE 19806 |
| Dana Ostrovski, Esquire<br>Cohen, Seglias, Pallas,<br>Greenhall & Furman PC<br>1515 Market Street,<br>Eleventh Floor<br>Philadelphia, PA 19102 | Benjamin Wetzel, III, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House<br>Suite 201<br>1100 N. Grant Avenue<br>Wilmington, De 19805 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 |
| Paul Cottrell, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 | Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall &<br>Furman, P.C.<br>1007 Orange Street, Suite 205<br>Nemours Building<br>Wilmington, DE 19899-1489 | Robert B. Hill, Esquire<br>3445 Peachtree Road NE,<br>Suite 500<br>Atlanta, GA 30326 |

Frank E. Noyes, II, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

               **CHRISSINGER & BAUMBERGER**

               /s/David L. Baumberger
               DAVID L. BAUMBERGER, ESQUIRE
               Attorney I.D. No. 2420
               Three Mill Road, Suite 301
               Wilmington, DE 19806
               (302) 777-0100
               Attorney for Defendant/Third-Party Plaintiff
               Lighthouse Construction, Inc.

Case 1:04-cv-00339-JJF     Document 81     Filed 03/11/2005     Page 3 of 3