## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EBIZA SECURITIES CORP. | :<br>:<br>:<br>: | Civil Action No. 04-339 JJF |
| Plaintiff, | :<br>: | JURY OF TWELVE DEMANDED |
| v. | :<br>: | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC. | :<br>:<br>:<br>:<br>: | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| MILLERS CAPITAL INSURANCE<br>COMPANY, a/s/o DEL-HOMES CATALOG<br>GROUP, LLC, | :<br>:<br>: | Civil Action No. 04-1322 JJF |
| Plaintiff, | :<br>: | JURY OF TWELVE DEMANDED |
| v. | :<br>: | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO &<br>MACINTOSH, INC., | :<br>:<br>:<br>: | |
| Defendants, | :<br>: | |
| and | :<br>: | |
| LIGHTHOUSE CONSTRUCTION, INC., | :<br>: | |
| Defendant and Third-Party Plaintiff, | :<br>: | |
| v. | :<br>: | |
| EAST COAST ERECTORS, INC., | :<br>: | |
| Third-Party Defendant. | : | |

## NOTICE OF SERVICE

I, DAVID L. BAUMBERGER, ESQUIRE, hereby certify that on this 15th day of March, 2005, I have served e-file the Notice of Service and deposited in the mailbox at Three Mill Road, Wilmington, Delaware, two true and correct copies of the following document(s):

**Defendant/Third-Party Plaintiff Lighthouse Construction, Inc.'s Answers to Third-Party Defendant East Coast Erector's Interrogatories.**

**DIRECTED TO:**

| | | |
|---|---|---|
| Steven K. Gerber, Esquire | Sean J. Bellew, Esquire | James Bailey, Esquire |
| Cozen O'Connor | Cozen O'Connor | Three Mill Road, Suite 306 |
| 1900 Market Street | Chase Manhattan Centre | Wilmington, DE 19806 |
| Philadelphia, PA 19103 | 1201 N. Market Street, Suite 1400 | |
| | Wilmington, DE 19801 | |
| | | |
| Dana Ostrovski, Esquire | Natalie M. Ippoliti, Esquire | Victoria K. Petrone, Esquire |
| Cohen, Seglias, Pallas, | Wetzel & Associates, P.A. | Tighe, Cottrell & Logan, P.A. |
| Greenhall & Furman PC | The Carriage House | First Federal Plaza, Suite 500 |
| 1515 Market Street, | Suite 201 | P.O. Box 1031 |
| Eleventh Floor | 1100 N. Grant Avenue | Wilmington, DE 19899 |
| Philadelphia, PA 19102 | Wilmington, De 19805 | |
| | | |
| Paul Cottrell, Esquire | Robert K. Beste, Jr., Esquire | Robert B. Hill, Esquire |
| Tighe, Cottrell & Logan, P.A. | Cohen, Seglias, Pallas, Greenhall | 3445 Peachtree Road NE, |
| First Federal Plaza, Suite 500 | & Furman, P.C. | Suite 500 |
| P.O. Box 1031 | 1007 Orange Street, Suite 205 | Atlanta, GA 30326 |
| Wilmington, DE 19899 | Nemours Building | |
| | Wilmington, DE 19899-1489 | |

Frank E. Noyes, II, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger
David L. Baumberger, Esquire (#2420)
Three Mill Road, Suite 301
Wilmington, DE 19806

(302)777-0100
Attorney for Defendant/Third-Party Plaintiff
Lighthouse Construction, Inc.