## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EBIZA SECURITIES CORP. | : Civil Action No. 04-339 JJF : : : JURY OF TWELVE DEMANDED |
| Plaintiff, | : |
| v. | : |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : |
| Defendants. | : |

| | |
|---|---|
| MILLERS CAPITAL INSURANCE COMPANY, a/s/o DEL-HOMES CATALOG GROUP, LLC, | : : : Civil Action No. 04-1322 JJF : |
| Plaintiff, | : : JURY OF TWELVE DEMANDED |
| v. | : |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | : : : : |
| Defendants, | : |
| and | : |
| LIGHTHOUSE CONSTRUCTION, INC., | : |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| EAST COAST ERECTORS, INC., | : |
| Third-Party Defendant. | : |

**NOTICE OF DEPOSITION**

TO:   ALL COUNSEL ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned counsel will take the oral deposition of Jerry Provencher on Monday, April 25, 2005 at 10:00 a.m. at White and Williams, LLP, 824 N. Market Street, Suite 902, Wilmington, DE 19801.

            WETZEL & ASSOCIATES, P.A.

            /s/ Natalie M. Ippolito
            Benjamin C. Wetzel, III (I.D. No. 985)
            Natalie M. Ippolito (I.D. No. 3845)
            The Carriage House, Suite 201
            1100 N. Grant Avenue
            Wilmington, DE 19805
            (302) 652-1200
            nippolito@wetzellaw.com

            Robert B. Hill, Admitted Pro Hac Vice
            MCLAIN & MERRITT, P.C.
            3445 Peachtree Road N.E., Suite 500
            Atlanta, GA 30326

            *Attorneys for Third-Party Defendant*
            *East Coast Erectors, Inc.*

Dated:  March 31, 2005

cc:    Karasch & Associates

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2005, I electronically the within Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| David J. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>PO Box 709<br>Wilmington, DE 19899-0709 |
| James F. Bailey, Jr., Esquire<br>Bailey & Associates<br>Three Mill Road, Suite 306A<br>Wilmington, DE 19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, PC<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | |

I hereby certify that on March 31, 2005, I will mail by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, PA<br>PO Box 1031<br>Wilmington, DE 19899 | Ron L. Pingitore, Esquire<br>White and Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 |
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Dana Ostrovsky, Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, P.C.<br>11th Floor, 1515 Market Street<br>Philadelphia, PA 19102 |
| Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 | Geoffrey W. Veith, Esquire<br>Hecker Brown Sherry & Johnson LLP<br>1700 Two Logan Square, 17th Floor<br>18th and Arch Streets<br>Philadelphia, PA 19103 |

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com