# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP. | : : : : | CIVIL ACTION NO. 04-339 JJF |
| Plaintiff, | : : | JURY TRIAL DEMANDED |
| vs. | : : | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG GROUP, LLC | : : : | CIVIL ACTION NO. 04-1322 JJF |
| Plaintiff, | : : | JURY TRIAL DEMANDED |
| vs. | : : | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : : | |
| Defendants, | : : | |
| and | : : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : : | |
| Defendant and Third-Party Plaintiff, | : : : | |
| vs. | : : | |
| EAST COAST ERECTORS, INC., | : : | |
| Third-Party Defendant. | : | |

## NOTICE OF SERVICE

I, Victoria K. Petrone, Esquire, hereby certify that on March 31, 2005, two (2) copies of the foregoing *Becker Morgan Group, Inc.'s Request for Production of Documents and First Set of Interrogatories Directed to Defendants and Third Party Defendant* were served via first class mail postage prepaid upon the following:

Sean J. Bellew, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Steven K. Gerber, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Frank E. Noyes, II, Esq.
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Ron L. Pingatore, Esq.
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19135-7395

David L. Baumberger, Esq.
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
Three Mill Road, Suite 306A
Wilmington, DE 19806

Robert K. Beste, Jr., Esq.
Cohen, Seglias, Pallas, Greenhall &
   Furman, P.C.
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801

Dana B. Ostrovsky, Esq.
Cohen Seglias Pallas, Greenhall &
   Furman, P.C.
1515 Market Street, 11th Floor
Philadelphia, PA 19102

Benjamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805

Robert B. Hill, Esq.
McLain & Merritt, P.C.
3445 Peachtree Road, NE, Suite 500
Atlanta, GA 30326

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
Three Mill Road, Suite 306A
Wilmington, DE 19806

/s/ Victoria K. Petrone
Victoria K. Petrone (DE 4210)