## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY <br> A/s/o EZIBA.COM, INC./AVACET, INC. <br> EZIBA SECURITIES CORP., <br> <br> Plaintiff, <br> <br> v. <br> <br> LIGHTHOUSE CONSTRUCTION, INC., <br> BECKER MORGAN GROUP, INC., and <br> O'DONNELL, NACCARATO & MACINTOSH, INC., <br> <br> Defendants. | § § § § § § § § § § § § § § | C.A. No.: 04-339 JJF <br> <br> JURY TRIAL DEMANDED |
| MILLERS CAPITAL INSURANCE COMPANY, <br> a/s/o DEL-HOMES CATALOG, LLC, <br> <br> Plaintiff, <br> <br> v. <br> <br> LIGHTHOUSE CONSTRUCTION INC., <br> BECKER MORGAN GROUP, INC., and <br> O'DONNELL, NACCARATO & MACINTOSH, INC., <br> <br> Defendants, <br> <br> v. <br> <br> LIGHTHOUSE CONSTRUCTION INC., <br> <br> Defendant & Third-Party Plaintiff, <br> <br> v. <br> <br> EAST COAST ERECTORS, INC., <br> <br> Third-Party Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | C.A. No. 04-1322 JJF <br> <br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 5th day of April, 2005, one copy of the foregoing RESPONSE OF DEFENDANT O'DONNELL NACCARATO & MACINTOSH, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY EAST COAST ERECTORS, INC. were served on the following counsel of record via First Class Mail:

| | | |
|---|---|---|
| Frank E. Noyes, II, Esquire<br>White and Williams, LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | Ron Pingitore, Esquire<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19135-7395 | David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 |
| Steven K. Gerber, Esquire<br>Cozen & O'Connor<br>1900 Market Street<br>Philadelphia PA 19103 | Sean J. Bellew, Esquire<br>Cozen & O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 | Robert B. Hill, Esquire<br>McLain & Merritt<br>Suite 500<br>3445 Peachtree Road N.E.<br>Atlanta GA 30326-3240 |
| Benjamin C. Wetzel, III, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House, Suite 201<br>1100 N. Grant Avenue<br>Wilmington, DE 19805 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 | Bruce W. McCullough, Esquire<br>McCullough & McKenty, P.A.<br>824 N. Market Street, Suite 412<br>P.O. Box 397<br>Wilmington, DE 19899 |
| Robert K. Beste, Jr., Esquire<br>Cohen Seglias Pallas Greenhall &<br>Furman, P.C.<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | Dana B. Ostrovsky, Esquire<br>Cohen, Seglias, Pallas,<br>Greenhall, & Furman, P.C.<br>1515 Market Street, 11th Floor<br>Philadelphia, PA 19102 | Geoffrey W. Veith, Esquire<br>Hecker, Brown, Sherry &<br>Johnson, LLP<br>1700 Two Logan Square<br>18th & Arch Streets<br>Philadelphia PA 19103-2769 |

BAILEY & ASSOCIATES, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Bailey & Associates, P.A.
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Attorney for Defendant*
*O'Donnell Naccarato & MacIntosh*