UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>A/s/o EZIBA.COM, INC./AVACET, INC.<br>EZIBA SECURITIES CORP., | §<br>§<br>§<br>§ | C.A. No.: 04-339 JJF |
| Plaintiff, | § | JURY TRIAL DEMANDED |
| v. | §<br>§ | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO & MACINTOSH, INC., | §<br>§<br>§<br>§ | |
| Defendants. | § | |
| MILLERS CAPITAL INSURANCE COMPANY,<br>a/s/o DEL-HOMES CATALOG, LLC, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | |
| LIGHTHOUSE CONSTRUCTION INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO & MACINTOSH, INC., | §<br>§<br>§<br>§ | C.A. No. 04-1322 JJF<br><br>JURY TRIAL DEMANDED |
| Defendants, | § | |
| v. | §<br>§ | |
| LIGHTHOUSE CONSTRUCTION INC., | §<br>§ | |
| Defendant & Third-Party Plaintiff, | §<br>§ | |
| v. | §<br>§ | |
| EAST COAST ERECTORS, INC., | §<br>§ | |
| Third-Party Defendant. | § | |

**NOTICE OF SERVICE**

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 8th day of April, 2005, one copy of the foregoing **O'DONNELL, NACCARATO & MACINTOSH, INC. ANSWERS TO INTERROGATORIES OF THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.** were served on the following counsel of record via First Class Mail:

| | | |
|---|---|---|
| Frank E. Noyes, II, Esquire<br>White and Williams, LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | Ron Pingitore, Esquire<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19135-7395 | David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 |
| Steven K. Gerber, Esquire<br>Cozen & O'Connor<br>1900 Market Street<br>Philadelphia PA 19103 | Sean J. Bellew, Esquire<br>Cozen & O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 | Robert B. Hill, Esquire<br>McLain & Merritt<br>Suite 500<br>3445 Peachtree Road N.E.<br>Atlanta GA 30326-3240 |
| Benjamin C. Wetzel, III, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House, Suite 201<br>1100 N. Grant Avenue<br>Wilmington, DE 19805 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 | Bruce W. McCullough, Esquire<br>McCullough & McKenty, P.A.<br>824 N. Market Street, Suite 412<br>P.O. Box 397<br>Wilmington, DE 19899 |
| Robert K. Beste, Jr., Esquire<br>Cohen Seglias Pallas Greenhall & Furman, P.C.<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | Dana B. Ostrovsky, Esquire<br>Cohen, Seglias, Pallas, Greenhall, & Furman, P.C.<br>1515 Market Street, 11th Floor<br>Philadelphia, PA 19102 | Geoffrey W. Veith, Esquire<br>Hecker, Brown, Sherry & Johnson, LLP<br>1700 Two Logan Square<br>18th & Arch Streets<br>Philadelphia PA 19103-2769 |

BAILEY & ASSOCIATES, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Delaware Bar I.D. #336
Bailey & Associates, P.A.
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Attorney for Defendant*
*O'Donnell Naccarato & MacIntosh*