IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA<br>SECURITIES CORP., | : <br> : <br> : | |
| | : | C.A. No. 04-339 (JJF) |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER<br>MORGAN GROUP, INC., and O'DONNELL, NACCARATO<br>& MACINTOSH, INC., | : <br> : <br> : | |
| Defendants. | : | |
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-<br>HOMES CATALOG, LLC, | : <br> : | |
| Plaintiff, | : | C.A. No. 04-1322 (JJF) |
| v. | : | JURY TRIAL DEMANDED |
| LIGHTHOUSE CONSTRUCTION INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'CONNELL, NACCARATO & MACINTOSH, INC., | : <br> : <br> : | |
| Defendants, | : | |
| v. | : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : | |
| Defendant & Third-party Plaintiff, | : | |
| v. | : | |
| EAST COAST ERECTORS, INC., | : | |
| Third-Party Defendant. | : | |

**NOTICE OF SERVICE**

TO:   Benjamin C. Wetzel, III, Esq.           Robert B. Hill, Esq.
      Wetzel & Associates, P.A.               McLain & Merritt
      The Carriage House, Suite 201           3445 Peachtree Rd., NE, Suite 500
      1100 N. Grant Avenue                    Atlanta, GA  30326-3240
      Wilmington, DE  19805

PLEASE TAKE NOTICE that I caused to be served two true and correct copies of Plaintiff Federal Insurance Company a/s/o Eziba.com, Inc./Avacet, Inc., Eziba Securities Corp.'s Interrogatories and Request for Production of Documents Addressed to Third-Party Defendant, East Coast Eretors, Inc. (Set I) to be served upon Benjamin C. Wetzel, III of Wetzel & Associates and Robert B. Hill of McLain & Merritt, P.C. on April 14, 2005.

Dated:  April 14, 2005, 2005

COZEN O'CONNOR

BY:   */s/ Sean J. Bellew*
     SEAN J. BELLEW, ESQUIRE
     Chase Manhattan Centre
     1201 North Market Street
     Suite 1400
     Wilmington, DE  19801
     (302) 295-2000

Of Counsel:
STEVEN K. GERBER, ESQUIRE (phv)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2088

Attorneys for Plaintiff