## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., | : : : : : : : : : : : : : : : | |
| Plaintiff, | | C.A. No. 04-339 (JJF) |
| v. | | JURY TRIAL DEMANDED |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | | |
| Defendants. | | |
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG, LLC, | : : : : : : : : : : : : : : : : : : : : : : : | |
| Plaintiff, | | C.A. No. 04-1322 (JJF) |
| v. | | JURY TRIAL DEMANDED |
| LIGHTHOUSE CONSTRUCTION INC., BECKER MORGAN GROUP, INC., and O'CONNELL, NACCARATO & MACINTOSH, INC., | | |
| Defendants, | | |
| v. | | |
| LIGHTHOUSE CONSTRUCTION, INC., | | |
| Defendant & Third-party Plaintiff, | | |
| v. | | |
| EAST COAST ERECTORS, INC., | | |
| Third-Party Defendant. | | |

**CERTIFICATE OF SERVICE**

I, Sean J. Bellew, do hereby certify under penalty of perjury that I am not less than 18 years of age and that, on this 14th day of April, 2005, I did cause true and correct copies of the *Notice of Service of Plaintiff Federal Insurance Company a/s/o Eziba.com, Inc./Avacet, Inc., Eziba Securities Corp.'s*

*Interrogatories and Request for Production of Documents Addressed to Third-Party Defendant, East Coast Eretors, Inc. (Set I)* to be served upon the following counsel of record via the manners indicated below:

| | |
|---|---|
| **Via First Class Mail**<br>James F. Bailey, Jr., Esquire<br>Bailey & Associates, P.A.<br>Three Mill Road, Suite 306A<br>Wilmington, DE  19806 | **Via Hand Delivery**<br>Frank E. Noyes, II, Esquire<br>White & Wiliams, LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE  19899 |
| **Via First Class Mail**<br>Benjamin C. Wetzel, III, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House, Suite 201<br>1100 N. Grant Avenue<br>Wilmington, DE  19805 | **Via First Class Mail**<br>David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE  19806 |
| **Via Hand Delivery**<br>Robert K. Beste, Jr., Esquire<br>Cohen Seglias Pallas Greenhall & Furhman, P.C.<br>1007 Orange Street, Suite 205<br>Wilmington, DE  19801 | **Via Hand Delivery**<br>Paul Cottrell, Esquire<br>Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE  19899 |
| **Via First Class Mail**<br>Ron Pingitore, Esquire<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA  19135-7395 | **Via First Class Mail**<br>Robert B. Hill, Esquire<br>McLain & Merritt<br>3445 Peachtree Rd., NE, Suite 500<br>Atlanta, GA  30326-3240 |
| **Via First Class Mail**<br>Cohen Seglias, Pallas, Greenhall, & Furman, P.C.<br>1515 Market Street, 11th Floor<br>Philadelphia, PA  19102 | |

Dated:  April 14, 2005             */s/ Sean J. Bellew*
                                                  Sean J. Bellew (#4072)