**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EBIZA SECURITIES CORP. | : Civil Action No. 04-339 JJF<br>:<br>:<br>: JURY OF TWELVE DEMANDED |
| Plaintiff, | : |
| v. | : |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC. | :<br>:<br>:<br>: |
| Defendants. | : |

| | |
|---|---|
| MILLERS CAPITAL INSURANCE<br>COMPANY, a/s/o DEL-HOMES CATALOG<br>GROUP, LLC, | :<br>:<br>: Civil Action No. 04-1322 JJF |
| Plaintiff, | :<br>: JURY OF TWELVE DEMANDED |
| v. | : |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO &<br>MACINTOSH, INC., | :<br>:<br>:<br>: |
| Defendants, | : |
| and | : |
| LIGHTHOUSE CONSTRUCTION, INC., | : |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| EAST COAST ERECTORS, INC., | : |
| Third-Party Defendant. | : |

**AMENDED NOTICE OF DEPOSITION**

TO:   ALL COUNSEL ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned counsel will take the oral *videotaped* deposition of Jack Beiser on Tuesday, April 26, 2005 at 10:00 a.m. at Del Homes Group, Inc., 1309 Ponderosa Drive, Magnolia, DE 19962.

    WETZEL & ASSOCIATES, P.A.

    /s/ Natalie M. Ippolito
    Benjamin C. Wetzel, III (I.D. No. 985)
    Natalie M. Ippolito (I.D. No. 3845)
    The Carriage House, Suite 201
    1100 N. Grant Avenue
    Wilmington, DE 19805
    (302) 652-1200
    nippolito@wetzellaw.com

    Robert B. Hill, Admitted Pro Hac Vice
    MCLAIN & MERRITT, P.C.
    3445 Peachtree Road N.E., Suite 500
    Atlanta, GA 30326

    *Attorneys for Third-Party Defendant*
    *East Coast Erectors, Inc.*

Dated: April 21, 2005


cc:   Karasch & Associates

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2005, I electronically the within Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

    David J. Baumberger, Esquire    Frank E. Noyes, II, Esquire
    Chrissinger & Baumberger    White & Williams, LLP
    Three Mill Road, Suite 301    PO Box 709
    Wilmington, DE 19806    Wilmington, DE 19899-0709

    James F. Bailey, Jr., Esquire    Sean J. Bellew, Esquire
    Bailey & Associates    Cozen O'Connor
    Three Mill Road, Suite 306A    Chase Manhattan Centre
    Wilmington, DE 19806    1201 N. Market Street, Suite 1400
        Wilmington, DE 19801

    Robert K. Beste, Jr., Esquire
    Cohen, Seglias, Pallas, Greenhall & Furman, PC
    Nemours Building
    1007 Orange Street, Suite 205
    Wilmington, DE 19801

I hereby certify that on April 21, 2005, I will mail by United States Postal Service, the document to the following non-registered participants:

    Victoria K. Petrone, Esquire    Ron L. Pingitore, Esquire
    Tighe, Cottrell & Logan, PA    White and Williams, LLP
    PO Box 1031    1800 One Liberty Place
    Wilmington, DE 19899    Philadelphia, PA 19103-7395

    Steven K. Gerber, Esquire    Dana Ostrovsky, Esquire
    Cozen O'Connor    Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
    1900 Market Street    11th Floor, 1515 Market Street
    Philadelphia, PA 19103    Philadelphia, PA 19102

    Bruce W. McCullough, Esquire    Geoffrey W. Veith, Esquire
    McCullough & McKenty    Hecker Brown Sherry & Johnson LLP
    1225 N. King Street, Suite 1100    1700 Two Logan Square, 17th Floor
    P.O. Box 397    18th and Arch Streets
    Wilmington, DE 19899-0397    Philadelphia, PA 19103

    WETZEL & ASSOCIATES, P.A.

    /s/ Natalie M. Ippolito
    Natalie M. Ippolito (I.D. No. 3845)
    The Carriage House, Suite 201
    1100 N. Grant Avenue
    Wilmington, DE 19805
    (302) 652-1200
    nippolito@wetzellaw.com