**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EBIZA SECURITIES CORP. | : <br> : <br> : <br> : <br> : | Civil Action No. 04-339 JJF <br><br> JURY OF TWELVE DEMANDED |
| Plaintiff, | : <br> : | |
| v. | : <br> : | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC. | : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| MILLERS CAPITAL INSURANCE<br>COMPANY, a/s/o DEL-HOMES CATALOG<br>GROUP, LLC, | : <br> : <br> : <br> : | Civil Action No. 04-1322 JJF |
| Plaintiff, | : <br> : | JURY OF TWELVE DEMANDED |
| v. | : <br> : | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO &<br>MACINTOSH, INC., | : <br> : <br> : <br> : <br> : | |
| Defendants, | : <br> : | |
| and | : <br> : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : <br> : | |
| Defendant and Third-Party Plaintiff, | : <br> : | |
| v. | : <br> : | |
| EAST COAST ERECTORS, INC., | : <br> : | |
| Third-Party Defendant. | : | |

## **NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on the 25th day of April 2005, two true and correct copies of Third-Party Defendant East Coast Erectors, Inc.'s Responses to Plaintiff Millers Capital's Interrogatories and Third-Party Defendant East Coast Erectors, Inc.'s Responses to Plaintiff Millers Capital's Request for Production of Documents were served upon the following counsel via First Class Mail:

David J. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

Ron L. Pingitore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Dana Ostrovsky, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman
11th Floor, 1515 Market Street
Philadelphia, PA 19102

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Geoffrey W. Veith, Esquire
Hecker Brown Sherry & Johnson LLP
1700 Two Logan Square, 17th Floor
18th and Arch Streets
Philadelphia, PA 19103

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

        WETZEL & ASSOCIATES, P.A.

        /s/ Natalie M. Ippolito
        Benjamin C. Wetzel, III (I.D. No. 985)
        Natalie M. Ippolito (I.D. No. 3845)
        The Carriage House, Suite 201
        1100 N. Grant Avenue
        Wilmington, DE 19805
        (302) 652-1200
        nippolito@wetzellaw.com

        Robert B. Hill, Admitted Pro Hac Vice
        MCLAIN & MERRITT, P.C.
        3445 Peachtree Road N.E., Suite 500
        Atlanta, GA 30326

        *Attorneys for Third-Party Defendant*
        *East Coast Erectors, Inc.*

Dated:  April 25, 2005

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 25, 2005, I electronically filed the within Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| David J. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>PO Box 709<br>Wilmington, DE 19899-0709 |
| James F. Bailey, Jr., Esquire<br>Bailey & Associates<br>Three Mill Road, Suite 306A<br>Wilmington, DE 19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, PC<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | |

  I hereby certify that on April 25, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, PA<br>PO Box 1031<br>Wilmington, DE 19899 | Ron L. Pingitore, Esquire<br>White and Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 |
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Dana Ostrovsky, Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, P.C.<br>11th Floor, 1515 Market Street<br>Philadelphia, PA 19102 |
| Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 | Geoffrey W. Veith, Esquire<br>Hecker Brown Sherry & Johnson LLP<br>1700 Two Logan Square, 17th Floor<br>18th and Arch Streets<br>Philadelphia, PA 19103 |

                  WETZEL & ASSOCIATES, P.A.

                  /s/ Natalie M. Ippolito
                  Natalie M. Ippolito (I.D. No. 3845)
                  The Carriage House, Suite 201
                  1100 N. Grant Avenue
                  Wilmington, DE 19805
                  (302) 652-1200
                  nippolito@wetzellaw.com