UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP. | : : : | CIVIL ACTION NO. 04-339 |
| **Plaintiff,** | : | |
| v. | : : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,** **BECKER MORGAN GROUP, INC., and** **O'DONNELL, NACCARATO &** **MACINTOSH, INC.,** | : : : : | **JURY TRIAL DEMANDED** |
| **Defendants.** | : | |
| and | : : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,** **Defendant and Third-Party** **Plaintiff,** | : : : | |
| v. | : : | |
| **EAST COAST ERECTORS, INC.,** **Third-Party Defendant.** | : : | |

| | | |
|---|---|---|
| **MILLERS CAPITAL INSURANCE COMPANY** a/s/o DEL-HOMES CATALOG GROUP, LLC, | : : | CIVIL ACTION NO. 04-1322-JJF |
| **Plaintiff,** | : | |
| v. | : : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,** **BECKER MORGAN GROUP, INC., and** **O'DONNELL, NACCARATO & MACINTOSH,** **INC.,** | : : : : | |
| **Defendants.** | : | |
| and | : : : | **JURY TRIAL DEMANDED** |
| **LIGHTHOUSE CONSTRUCTION, INC.,** **Defendant and Third-Party** **Plaintiff,** | : : : | |
| v. | : : | |
| **EAST COAST ERECTORS, INC.,** **Third-Party Defendant.** | : : | |

## **LIGHTHOUSE CONSTRUCTION INC.'S THIRD-PARTY COMPLAINT**

Defendant/Third-Party Plaintiff, Lighthouse Construction, Inc. (Lighthouse) avers as follows:

1. Lighthouse has been sued by plaintiff Federal Insurance Company a/s/o Eziba.Com, Inc./Avacet, Inc. A copy of the original Complaint is attached as Exhibit B.

2. Lighthouse contracted with Third-Party Defendant East Coast Erectors, Inc. to provide the engineering, architectural, design and construction of the 1999 building in March 1999 pursuant to East Coast Erectors' bid on the proposal and bid package on the project.

3. Lighthouse has denied liability to the plaintiffs, but asserts that if held liable to plaintiffs, Lighthouse is entitled to indemnification and/or contribution for East Coast Erectors, Inc.'s negligence contributing to the loss alleged in the original Complaint.

4. Lighthouse asserts that if liable to the plaintiff, it is entitled to indemnification and/or contribution under the terms of the written contract executed on March 15, 1999 between East Coast Erectors and Third-Party Plaintiff requiring indemnification of Third-Party Plaintiff for any claim arising out of or resulting from performance of the subcontractor's work or the negligence of the subcontractors on the project.

5. Third-Party Plaintiff is entitled to indemnity and/or contribution from Third-Party Defendant for Third-Party Defendant's acts including:

   a. negligence in failing to properly design the 1999 building to account for snow loads on the adjoining property;

   b. failing to properly design the 1999 building to avoid causing damage to adjacent properties from the size, location and construction of the 1999 building;

   c. negligent retention of subcontractors responsible for providing design and architectural

professional services on the design and preparation of construction drawings and documents used and relied upon for the construction of the 1999 building;

d. negligent supervision and oversight of its subcontractors retained to provide professional construction design and architectural services to Third-Party Defendant for construction of the 1999 building and;

e. negligent construction of the 1999 building permitting an excessive snow accumulation to result on the adjacent 1995 building as a result of improper snow load calculations for design of the building, improper design of the building creating an improper height difference between the two buildings resulting in snow drift accumulation on the adjacent 1995 building.

**WHEREFORE**, to the extent Defendant/Third-Party Plaintiff is found liable for any amount of damages to the Plaintiff, Defendant/Third-Party Plaintiff is entitled to contractual and common law indemnity from Third-Party Defendant for any and all such amounts, plus costs and expenses associated and incurred as a result of defending this claim.

CHRISSINGER & BAUMBERGER

---

DAVID L. BAUMBERGER (#2420)
Three Mill Road, Suite 301
Wilmington, DE 19806
(302) 777-0100
Attorney for Defendant/Third-Party Plaintiff
   Lighthouse Construction, Inc.

DATED:

**CERTIFICATE OF SERVICE**

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on the 21st day of January, 2005, I have had deposited in the mailbox at Three Mill Road, Suite 301, in Wilmington, Delaware, two true and correct copies of the attached *LIGHTHOUSE CONSTRUCTION, INC.'S THIRD-PARTY COMPLAINT* to the following:

| | | |
|---|---|---|
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 | James Bailey, Esquire<br>Three Mill Road, Suite 306<br>Wilmington, DE 19806 |
| Dana Ostrovski, Esquire<br>Cohen, Seglias, Pallas,<br>Greenhall & Furman PC<br>1515 Market Street,<br>Eleventh Floor<br>Philadelphia, PA 19102 | Benjamin Wetzel, III, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House<br>Suite 201<br>1100 N. Grant Avenue<br>Wilmington, De 19805 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 |
| Paul Cottrell, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 | Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, P.C.<br>1007 Orange Street, Suite 205<br>Nemours Building<br>Wilmington, DE 19801 | Robert B. Hill, Esquire<br>3445 Peachtree Road NE,<br>Suite 500<br>Atlanta, GA 30326 |
| Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>824 N. Market Street<br>Suite 902<br>Wilmington, DE 19899 | Bruce W. McCullough, Esquire<br>McCullough & McKenty, P.A.<br>824 N. Market Street<br>Suite 412<br>P.O. Box 397<br>Wilmington, DE 19899 | Geoffrey W. Veith, Esquire<br>Hecker, Brown, Sherry &<br>Johnson<br>1700 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103 |

**CHRISSINGER & BAUMBERGER**

_____
David L. Baumberger, Esquire
Attorney I.D. No. 2420
Three Mill Road, Suite 301
Wilmington, DE 19806
(302)777-0100

Attorney for Defendant/Third-Party Plaintiff
Lighthouse Construction, Inc.