**CERTIFICATION**

**Counsel, David Baumberger, hereby certifies that reasonable efforts have been made to reach agreement between the counsel for the respective parties. To date however, no such agreement has been reached to add East Coast as a Third Party Defendant.**

                                                       **CHRISSINGER & BAUMBERGER**

                                                       /s/David L. Baumberger
                                                       DAVID L. BAUMBERGER (#2420)
                                                       Three Mill Road, Suite 301
                                                       Wilmington, DE  19806
                                                       (302) 777-0100
                                                       Attorney for Defendant/Third-Party Plaintiff
                                                           Lighthouse Construction, Inc.

DATED:       April 29, 2005