<u>**CERTIFICATE OF SERVICE**</u>

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on the 29th day of April, 2005, I

have had deposited in the mailbox at Three Mill Road, Suite 301, in Wilmington, Delaware, two true

and correct copies of the attached ***MOTION FOR LEAVE TO FILE THIRD-ARTY***

***COMPLAINT LIMITED TO FEDERAL INSURANCE CO. v. LIGHTHOUSE, et. al.*** to the

following:

| | | |
|---|---|---|
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 | James Bailey, Esquire<br>Three Mill Road, Suite 306<br>Wilmington, DE 19806 |
| Dana Ostrovski, Esquire<br>Cohen, Seglias, Pallas,<br>Greenhall & Furman PC<br>1515 Market Street,<br>Eleventh Floor<br>Philadelphia, PA 19102 | Benjamin Wetzel, III, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House<br>Suite 201<br>1100 N. Grant Avenue<br>Wilmington, De 19805 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 |
| Paul Cottrell, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 | Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall &<br>Furman, P.C.<br>1007 Orange Street, Suite 205<br>Nemours Building<br>Wilmington, DE 19801 | Robert B. Hill, Esquire<br>3445 Peachtree Road NE,<br>Suite 500<br>Atlanta, GA 30326 |
| Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>824 N. Market Street<br>Suite 902<br>Wilmington, DE 19899 | Bruce W. McCullough, Esquire<br>McCullough & McKenty, P.A.<br>824 N. Market Street<br>Suite 412<br>P.O. Box 397<br>Wilmington, DE 19899 | Geoffrey W. Veith, Esquire<br>Hecker, Brown, Sherry &<br>Johnson<br>1700 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103 |

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger
David L. Baumberger, Esquire
Attorney I.D. No. 2420
Three Mill Road, Suite 301
Wilmington, DE 19806

(302)777-0100
Attorney for Defendant/Third-Party Plaintiff
Lighthouse Construction, Inc.