UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP. | : : : | CIVIL ACTION NO. 04-339 |
| **Plaintiff,** | : | |
| v. | : | |
| **LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC.,** | : : : : | JURY TRIAL DEMANDED |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **MILLERS CAPITAL INSURANCE COMPANY** a/s/o DEL-HOMES CATALOG GROUP, LLC, | : : | CIVIL ACTION NO. 04-1322-JJF |
| **Plaintiff,** | : | |
| v. | : | |
| **LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC.,** | : : : | |
| **Defendants.** | : | |
| and | : | |
| | : | JURY TRIAL DEMANDED |
| **LIGHTHOUSE CONSTRUCTION, INC.,** | : | |
| **Defendant and Third-Party Plaintiff,** | : | |
| v. | : | |
| **EAST COAST ERECTORS, INC.,** | : | |

**Third-Party Defendant.** :

## ORDER

Defendant/Third-Party Plaintiff Lighthouse Construction, Inc.'s Motion for Leave to File Third-Party Complaint is hereby GRANTED.

IT IS SO ORDERED, this _____ day of _____, 2005.

_____
Judge Joseph J. Farnan, Jr.