Page 288

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
---------------------x
FEDERAL INSURANCE      : CIVIL ACTION
COMPANY a/s/o          :
EZIBA.COM./AVACET,     : NO. 04-339
INC., EZIBA            :
SECURITIES CORP.,      :
      Plaintiff(s),    :
      v.               :
LIGHTHOUSE             :
CONSTRUCTION, INC.,    :
BECKER MORGAN GROUP,   :
INC., and O'DONNELL,   :
NACCARATO &            :
MACINTOSH, INC.,       :
      Defendant(s).    :
---------------------x
MILLERS CAPITAL        : CIVIL ACTION
INSURANCE COMPANY      :
a/s/o DEL-HOMES        : NO. 04-1322-JJF
CATALOG GROUP, LLC,    :
      Plaintiff(s),    :
      v.               :
LIGHTHOUSE             :
CONSTRUCTION, INC.,    :
BECKER MORGAN GROUP,   :
INC., and O'DONNELL,   :
NACCARATO &            :
MACINTOSH, INC.,       :
      Defendant(s)     :
and                    :
LIGHTHOUSE             :
CONSTRUCTION, INC.,    :
      Defendant and    :
      Third-Party      :
      Plaintiff,       :
      v.               :
EAST COAST ERECTORS,   :
INC.,                  :
      Third-Party      :
      Defendant.       :
---------------------x
```

VOLUME 2

### Page 289

```
 1      Continued oral deposition of
        ROBERT C. MacLEISH, held at the law
        offices of CHRISSINGER & BAUMBERGER, 3
 4      Mill Road, Suite 301, Wilmington, DE
 5      19806, on Monday, April 11, 2005,
 6      beginning at 9:15 a.m., before Debra J.
 7      Weaver, a Federally Approved RPR, CRR,
 8      CSR of NJ (No. XI 01614) and Delaware
 9      (No. 138-RPR, Expiration 1/31/08), and a
10      Notary Public of New Jersey, Pennsylvania
11      and Delaware.
22           ESQUIRE DEPOSITION SERVICES
             1880 John F. Kennedy Boulevard
23                  15th Floor
             Philadelphia, Pennsylvania 19103
24                  (215) 988-9191
```

### Page 290

```
 1   APPEARANCES:
 2
         COZEN O'CONNOR
 3       BY: STEVEN K. GERBER, ESQUIRE
         1900 Market Street
 4       Philadelphia, PA 19103-3508
         215.665.2088
 5       sgerber@cozen.com
 6       --Representing the Plaintiff,
           Federal Insurance Company
 7
 8       WHITE AND WILLIAMS, LLP
         BY: RON L. PINGITORE, ESQUIRE
 9       1800 One Liberty Place
         Philadelphia, PA 19103
10       215.864.7000
         pingitorer@whiteandwilliams.com
11
         --Representing the Plaintiff,
12         Millers Capital Insurance Co.
13
         CHRISSINGER & BAUMBERGER
14       BY: DAVID BAUMBERGER, ESQUIRE
         3 Mill Road
15       Suite 301
         Wilmington, DE 19806
16       302.777.0100
         david.baumberger@libertymutual.com
17
         --Representing the Defendant,
18         Lighthouse Construction, Inc.
19
         TIGHE, COTTRELL & LOGAN, P.A.
20       BY: VICTORIA K. PETRONE, ESQUIRE
         First Federal Plaza
21       P.O. Box 1031
         Wilmington, DE 19899
22       302.658.6400
         v.petrone@lawtcl.com

         --Representing the Defendant,
           Becker Morgan Group, Inc.
```

### Page 291

```
 1   APPEARANCES: (cont'd)
 2
         BAILEY & ASSOCIATES, P.A.
 3       BY: JAMES F. BAILEY, JR., ESQUIRE
         3 Mill Road
 4       Suite 306-A
         Wilmington, DE 19806
 5       302.658.5686
         jbailey@jfbailey.com
 6
         --Representing the Defendant,
 7         Robert MacIntosh
 8
         McLAIN & MERRITT, P.C.
 9       BY: ROBERT B. HILL, ESQUIRE
         Suite 500
10       3445 Peachtree Road, N.E.
         Atlanta, GA 30326-1276
11       404.266.9171
         bhill@mcclain-merritt.com
12
                 AND
13
         WETZEL & ASSOCIATES, P.A.
14       BY: NATALIE M. IPPOLITO, ESQUIRE
         The Carriage House, Suite 201
15       1100 North Grant Avenue
         Wilmington, DE 19805
16       302.652.1200
         nippolito@wetzellaw.com
17
         --Representing the Defendant,
18         East Coast Erectors, Inc.
19
     ALSO PRESENT:
20
21       DAVE MALONE
```

### Page 292

```
 1              I N D E X
 2   WITNESS                          PAGE
 3   ROBERT C. MacLEISH
 4     BY MR. HILL                    300
       BY MR. BAILEY                  399
 5     BY MS. PETRONE                 422
       BY MR. PINGITORE               434
 6     BY MR. HILL                    435
 7
              E X H I B I T S
 8
     MARKED     DESCRIPTION           PAGE
 9
     MacLeish-30  Subcontract         300
10                agreement dated
                  6/29/95 between
11                East Coast
                  Erectors and
12                Del-Homes, Inc.,
                  Bates ECE
13                0166-0171
14   MacLeish-31  Standard Form of    301
                  Agreement between
15                Lighthouse
                  Construction and
16                Ralph G. Degli
                  Obizzi & Sons,
17                Inc., dated
                  5/3/99, Bates LH
18                00383-394
19   MacLeish-32  Letter dated        301
                  4/22/99 to
20                Lighthouse from
                  Ralph Degli
21                Obizzi & Sons,
                  Bates LH
22                00504-506
```

ROBERT C. MacLEISH

Page 353

1   A. No, I cannot.
2       MR. HILL: We've been going
3   right at an hour. Are you doing
4   okay?
5       THE WITNESS: Yes. I'm
6   okay. Thank you.
7       (Whereupon, Deposition
8   Exhibit No. MacLeish-56, Standard
9   Form of Agreement Between
10  Contractor and Subcontractor,
11  dated 3/15/99, between Lighthouse
12  Construction, Inc., and East Coast
13  Erectors, Inc., Bates LH
14  2703-2716, was marked for
15  identification.)
16  BY MR. HILL:
17      Q. MacLeish Exhibit Number 56
18  is Bates numbered LH 2703 through LH
19  2716. It is a Standard Form of Agreement
20  Between Contractor and Subcontractor. It
21  has a date of the 15th day of March in
22  the year 1999 between contractor
23  Lighthouse Construction, Inc., and East
24  Coast Erectors, Inc. Did I read that

Page 354

1   correctly?
2       A. Yes, sir.
3       Q. Okay. Now, if I flip over
4   to the page that's numbered LH 2712,
5   which is the signature line for this
6   document, it's not signed, is it?
7       A. No, sir.
8       Q. Now, do you know of any
9   signed agreement between East Coast
10  Erectors, Inc., and Lighthouse
11  Construction, Inc., other than Mr.
12  Williams' proposal that we've already
13  identified?
14      A. The only other -- no, there
15  was no signed agreement. There was just
16  a Letter of Intent that was sent to them.
17      Q. Okay. So can you explain
18  why this document was never signed?
19      A. No, I cannot.
20      Q. Do you recall whether or not
21  I've identified in this pile of documents
22  the Letter of Intent that you just
23  referred to?
24      A. No, you have not.

Page 355

1       MR. PINGITORE: Bob, I think
2   that was previously marked.
3       MR. HILL: Which exhibit is
4   it?
5       MR. PINGITORE: 26.
6   BY MR. HILL:
7       Q. Okay. Mr. Pingitore has
8   kindly helped me by producing MacLeish
9   Exhibit 26. Is that the Letter of
10  Intent?
11      A. Yes, sir.
12      Q. And so it's the Form AIA
13  A401 that's referred to in the
14  next-to-last paragraph that I showed you
15  just a moment ago that wasn't signed?
16      A. That's correct, sir.
17      MR. BAUMBERGER: What
18  exhibit number was that?
19      MR. PINGITORE: 26.
20      MR. HILL: 26.
21  BY MR. HILL:
22      Q. I'm not sure that I want to
23  make this an exhibit until I figure out
24  what it is.

Page 356

1   I have some documents from,
2   I want to pronounce this Steinle. Is
3   that correct? We'll use that.
4   S-T-E-I-N-L-E Construction Engineers,
5   Inc.
6       MS. PETRONE: It's Steinle.
7   BY MR. HILL:
8       Q. Are you familiar with
9   Steinle Construction Engineers?
10      A. No, I am not.
11      Q. Well, this looks like a
12  proposal to Mr. McKone dated February
13  18th, 1999. For the record, it's Bates
14  numbered LH 3970 through LH 3976. Have
15  you seen this proposal?
16      A. In my review of the
17  documents, yes.
18      Q. Okay. Were you familiar
19  with it before reviewing the documents
20  prior to your deposition?
21      A. No.
22      MR. HILL: Maybe we better
23  mark it as an exhibit. I'm sorry.
24      (Whereupon, Deposition

18 (Pages 353 to 356)