# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EBIZA SECURITIES CORP. | : <br> : <br> : <br> : | Civil Action No. 04-339 JJF <br><br> JURY OF TWELVE DEMANDED |
| Plaintiff, | : <br> : | |
| v. | : <br> : | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC. | : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| MILLERS CAPITAL INSURANCE<br>COMPANY, a/s/o DEL-HOMES CATALOG<br>GROUP, LLC, | : <br> : <br> : <br> : | Civil Action No. 04-1322 JJF |
| Plaintiff, | : <br> : | JURY OF TWELVE DEMANDED |
| v. | : <br> : | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO &<br>MACINTOSH, INC., | : <br> : <br> : <br> : <br> : | |
| Defendants, | : <br> : | |
| and | : <br> : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : <br> : | |
| Defendant and Third-Party Plaintiff, | : <br> : | |
| v. | : <br> : | |
| EAST COAST ERECTORS, INC., | : <br> : | |
| Third-Party Defendant. | : | |

## NOTICE OF DEPOSITION DUCES TECUM*

PLEASE TAKE NOTICE that on the undersigned counsel will take the deposition *Duces Tecum* of e.Ziba.com, Inc., on Tuesday, May 31, 2005 beginning at 10:00 a.m. in the offices of Wetzel & Associates, P.A., located at The Carriage House, Suite 201, 1100 North Grant Avenue, Wilmington, Delaware 19805.

*__DUCES TECUM__:  Deponent is to produce for inspection and copying at the time of the deposition, all documents and tangible things identified in the attached Exhibit A.

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com

Robert B. Hill, Admitted Pro Hac Vice
MCLAIN & MERRITT, P.C.
3445 Peachtree Road N.E., Suite 500
Atlanta, GA 30326

*Attorneys for Third-Party Defendant
East Coast Erectors, Inc.*

Dated:  May 12, 2005

**CERTIFICATE OF SERVICE**

 I hereby certify that on May 12, 2005, I electronically filed THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S NOTICE OF DEPOSITION DUCES TECUM* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| David J. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>PO Box 709<br>Wilmington, DE 19899-0709 |
| James F. Bailey, Jr., Esquire<br>Bailey & Associates<br>Three Mill Road, Suite 306A<br>Wilmington, DE 19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, PC<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | |

 I hereby certify that on May 12, 2005, I will mail by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, PA<br>PO Box 1031<br>Wilmington, DE 19899 | Ron L. Pingitore, Esquire<br>White and Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 |
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Dana Ostrovsky, Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, P.C.<br>11th Floor, 1515 Market Street<br>Philadelphia, PA 19102 |
| Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 | Geoffrey W. Veith, Esquire<br>Hecker Brown Sherry & Johnson LLP<br>1700 Two Logan Square, 17th Floor<br>18th and Arch Streets<br>Philadelphia, PA 19103 |

                   WETZEL & ASSOCIATES, P.A.

                   /s/ Natalie M. Ippolito
                   Natalie M. Ippolito (I.D. No. 3845)
                   The Carriage House, Suite 201
                   1100 N. Grant Avenue
                   Wilmington, DE 19805
                   (302) 652-1200
                   nippolito@wetzellaw.com