**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EBIZA SECURITIES CORP. | : <br>: <br>: <br>: | Civil Action No. 04-339 JJF<br><br>JURY OF TWELVE DEMANDED |
| Plaintiff, | : <br>: | |
| v. | : <br>: | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC. | : <br>: <br>: <br>: <br>: | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| MILLERS CAPITAL INSURANCE<br>COMPANY, a/s/o DEL-HOMES CATALOG<br>GROUP, LLC, | : <br>: <br>: <br>: | Civil Action No. 04-1322 JJF |
| Plaintiff, | : <br>: | JURY OF TWELVE DEMANDED |
| v. | : <br>: | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO &<br>MACINTOSH, INC., | : <br>: <br>: <br>: <br>: | |
| Defendants, | : <br>: | |
| and | : <br>: | |
| LIGHTHOUSE CONSTRUCTION, INC., | : <br>: | |
| Defendant and Third-Party Plaintiff, | : <br>: | |
| v. | : <br>: | |
| EAST COAST ERECTORS, INC., | : <br>: | |
| Third-Party Defendant. | : | |

### NOTICE OF DEPOSITION DUCES TECUM*

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition *Duces Tecum* of the Records Custodian for Ralph G. Degli Obizzi & Sons, Inc., on Tuesday, June 7, 2005 beginning at 10:00 a.m. in the offices of Wetzel & Associates, P.A., located at The Carriage House, Suite 201, 1100 North Grant Avenue, Wilmington, Delaware 19805.

*__DUCES TECUM__: Deponent is to produce for inspection and copying at the time of the deposition, all documents and tangible things identified in the attached Exhibit A.

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com

Robert B. Hill, Admitted Pro Hac Vice
MCLAIN & MERRITT, P.C.
3445 Peachtree Road N.E., Suite 500
Atlanta, GA 30326

*Attorneys for Third-Party Defendant*
*East Coast Erectors, Inc.*

Dated:  May 20, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2005, I electronically filed THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S NOTICE OF DEPOSITION DUCES TECUM* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David J. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

I hereby certify that on May 20, 2005, I will mail by United States Postal Service, the document to the following non-registered participants:

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

Ron L. Pingitore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Dana Ostrovsky, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
11th Floor, 1515 Market Street
Philadelphia, PA 19102

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Geoffrey W. Veith, Esquire
Hecker Brown Sherry & Johnson LLP
1700 Two Logan Square, 17th Floor
18th and Arch Streets
Philadelphia, PA 19103

WETZEL & ASSOCIATES, P.A.


/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com