## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EBIZA SECURITIES CORP.<br><br>      Plaintiff,<br><br>      v.<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC.<br><br>      Defendants. | :   Civil Action No. 04-339 JJF<br>:   (Consolidated)<br>:<br>:   JURY OF TWELVE DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF DEPOSITION**

TO:    All Counsel of Record

      PLEASE TAKE NOTICE that the undersigned counsel will take the oral deposition of Ralph Degli Obizzi, Jr., on Friday, June 17, 2005 beginning at 1:00 p.m. in the law offices of Chrissinger & Baumberger, located at Three Mill Road, Suite 301, Wilmington, Delaware 19806.

                                WETZEL & ASSOCIATES, P.A.

                                /s/ Natalie M. Ippolito
                                Benjamin C. Wetzel, III (I.D. No. 985)
                                Natalie M. Ippolito (I.D. No. 3845)
                                The Carriage House, Suite 201
                                1100 N. Grant Avenue
                                Wilmington, DE 19805
                                (302) 652-1200
                                nippolito@wetzellaw.com

Robert B. Hill, Admitted Pro Hac Vice
MCLAIN & MERRITT, P.C.
3445 Peachtree Road N.E., Suite 500
Atlanta, GA 30326

*Attorneys for Third-Party Defendant*
*East Coast Erectors, Inc.*

Dated:   May 26, 2005

cc:      Esquire Deposition Services

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 26, 2005, I electronically filed THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S NOTICE OF DEPOSITION with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| David J. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>PO Box 709<br>Wilmington, DE 19899-0709 |
| James F. Bailey, Jr., Esquire<br>Bailey & Associates<br>Three Mill Road, Suite 306A<br>Wilmington, DE 19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, PC<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | |

  I hereby certify that on May 26, 2005, I will mail by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, PA<br>PO Box 1031<br>Wilmington, DE 19899 | Ron L. Pingitore, Esquire<br>White and Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 |
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Dana Ostrovsky, Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, P.C.<br>11th Floor, 1515 Market Street<br>Philadelphia, PA 19102 |
| Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 | Geoffrey W. Veith, Esquire<br>Rogut McCarthy Troy, LLC<br>One First Avenue - Suite 410<br>Conshohocken, PA 19428 |

              WETZEL & ASSOCIATES, P.A.

              /s/ Natalie M. Ippolito
              Natalie M. Ippolito (I.D. No. 3845)
              The Carriage House, Suite 201
              1100 N. Grant Avenue
              Wilmington, DE 19805
              (302) 652-1200
              nippolito@wetzellaw.com