IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o Ezibz.com, Inc./Avacet, Inc., EZIBA SECURITIES CORP., and MILLERS CAPITAL INSURANCE COMPANY a/s/o Del-Homes Catalog Group LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL NACCARATO & MACINTOSH, INC.,<br><br>          Defendants,<br><br>     and<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br><br>          Defendant and<br>          Third Party Plaintiff,<br><br>     v.<br><br>EAST COAST ERECTORS, INC.,<br><br>          Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C. A. No. 04-339/04-1322 JJF<br>: (Consolidated)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### MEMORANDUM ORDER

Pending before the Court is the Motion For Leave To File An Amended Complaint (D.I. 56) filed by Plaintiff Millers Capital Insurance Company ("Millers Capital"). For the reasons discussed, Plaintiff's Motion will be granted.

**CONTENTIONS**

By its motion, Millers Capital seeks to assert a direct claim against Third-Party Defendant, East Coast Erectors, Inc. ("East Coast"), pursuant to Federal Rule of Civil Procedure 14(a). Millers Capital contends that its claim against East Coast arises out of the occurrence that is the subject matter of Millers Capital's claim against Defendants, Lighthouse Construction, Inc., Becker Morgan Group, Inc., and O'Donnell, Naccarato & Macintosh, Inc.

Third-Party Defendant, East Coast Erectors, Inc. filed a response which states that although they do not consent to the motion to amend, they make no objection to the motion.

**DISCUSSION**

Although Millers Capital must obtain leave of the Court in order to amend its pleadings, that leave "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The Court finds that granting leave to amend in this instance would not cause Defendants undue prejudice.

**CONCLUSION**

For these reasons, the Motion For Leave To File An Amended Complaint (D.I. 56) filed by Millers Capital is **GRANTED**. The First Amended Complaint attached to Plaintiff's Motion For Leave To File An Amended Complaint shall be deemed filed and shall be

docketed by the Clerk of the Court.

IT IS SO ORDERED.

June 2, 2005
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE