# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EBIZA SECURITIES CORP.<br><br>Plaintiff,<br><br>v.<br><br>LIGHTHOUSE CONSTRUCTION, INC. and BECKER MORGAN GROUP, INC. and O'DONNELL, NACCARATO & MACINTOSH, INC.,<br><br>Defendants. | C. A. NO. 04-339-JJF<br><br>CONSOLIDATED ACTION<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, FRANK NOYES, ESQUIRE, attorney for plaintiff Millers Capital Insurance Company, hereby certify that on the 14th day of June, 2005, I did cause a true and correct copy of the ***STIPULATED MODIFICATION TO RULE 16 SCHEDULING ORDER*** to be served by hand delivery to the following:

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall
  & Furman, P.C.
Nemours Building
1007 Orange Street, Ste. 205
Wilmington, DE 19801

James F. Bailey, Jr., Esquire
Bailey & Associates, P.A.
3 Mill Road, Suite 306A
Wilmington, DE 19806

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P. O. Box 1031
Wilmington, DE 19899-1031

Benjamin C. Wetzel, III, Esquire
Natalie M. Ippolito, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 North Grant Street
Wilmington, DE 19805

_____
FRANK E. NOYES, II, ESQUIRE (#3988)