UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP. | : CIVIL ACTION<br>: NO.: 04-339-JJF |
| Plaintiff, | : CONSOLIDATED ACTION |
| vs. | : |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : JURY TRIAL DEMANDED |
| Defendants. | : |

### STIPULATED MODIFICATION TO RULE 16 SCHEDULING ORDER

The parties have agreed to submit the following Modified Scheduling Order to the Court for approval:

1. **Pre-Discovery Disclosures.** The parties will exchange by **February 28, 2005** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **June 30, 2005**.

3. **Settlement Conference.** Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery.**

        (a)    Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by **March 31, 2005.**

        (b)    Maximum of **25** interrogatories by each party to any other party.

        (c)    Maximum of **25** requests for admission by each party to any other party.

        (d)    Maximum of **15** depositions by plaintiff(s) and **15** by defendant(s). Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) are completed, unless otherwise agreed to by the parties.

        (e)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by **July 15, 2005**; and from the defendant(s) by **August 31, 2005.**

        (f)    Expert depositions to be completed by **October 31, 2005.**

        (g)    Discovery will end **October 31, 2005.**

5.    **Discovery Disputes.**

        (a)    A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

        (b)    All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

        (c)    Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

        (d)    Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

        (e)    There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

6.    **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **September 30, 2005.**

7.    **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before

**November 30, 2005.** Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

    8. **Applications by Motion.**

    (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).

    (b) No facsimile transmissions will be accepted.

    (c) No telephone calls shall be made to Chambers.

    (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

    9. **Pretrial Conference and Trial.** The Court will schedule a Pretrial Conference and Trial.

_____
Ron L. Pingitore, Esquire
Counsel for Millers Capital

_____
Steve Gerber, Esquire
Counsel for Federal Insurance Company

_____
James F. Bailey, Jr., Esquire
Counsel for O'Donnell, Naccarato & MacIntosh

_____
David L. Baumberger, Esquire
Counsel for Lighthouse Construction

_____
Robert B. Hill, Esquire
Counsel for East Coast Erectors, Inc.

_____
Victoria Petrone, Esquire
Counsel for Becker Morgan Group, Inc.

So Ordered:

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

Date:_____

| | |
|---|---|
| __/s/ Robert K. Beste, Jr._____<br>Robert K. Beste, Jr., Esquire<br>Counsel for Lighthouse Construction | _____/s/ Sean J. Bellew _____<br>Sean J. Bellew, Esquire<br>Counsel for Federal Insurance Co. |
| ____/s/ Frank E. Noyes _____<br>Frank E. Noyes, Esquire<br>Counsel for Millers Capital Insurance Co. | ___/s/ Natalie M. Ippolito_____<br>Benjamin C. Wetzel, III, Esquire<br>Natalie M. Ippolito, Esquire<br>Counsel for East Coast Erectors, Inc. |

**SO ORDERED**

Dated:  June    , 2005

_____
Joseph J. Farnan, USDJ