**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY ) <br> a/s/o EZIBA.COM, INC./AVACET, INC., ) <br> EBIZA SECURITIES CORP. and ) <br> MILLERS CAPITAL INSURANCE ) <br> COMPANY a/s/o DEL-HOMES ) <br> CATALOG GROUP, LLC, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br>   v. ) <br>   ) <br> LIGHTHOUSE CONSTRUCTION, INC., ) <br> BECKER MORGAN GROUP, INC., ) <br> and O'DONNELL, NACCARATO & ) <br> MACINTOSH, INC. and EAST COAST ) <br> ERECTORS, INC. ) <br>   ) <br>   Defendants, ) <br>   ) <br>   and ) <br>   ) <br> LIGHTHOUSE CONSTRUCTION, INC., ) <br>   ) <br>   Third-Party Plaintiff, ) <br>   ) <br>   v. ) <br>   ) <br> EAST COAST ERECTORS, INC., ) <br>   ) <br>   Third-Party Defendant. ) | Civil Action No. 04-339/04-1322 JJF <br><br> CONSOLIDATED ACTION <br><br> JURY OF TWELVE DEMANDED |

**STIPULATION OF EXTENSION OF TIME TO ANSWER**

It is hereby stipulated and agreed, by and between counsel, that Defendant East Coast Erectors, Inc. has until June 30, 2005 to file an Answer to Plaintiff Millers Capital Insurance Company's First Amended Complaint.

WHITE AND WILLIAMS, LLP


/s/ Frank E. Noyes
Frank E. Noyes, Esquire (I.D. No. 3988)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4511
noyesf@whiteandwilliams.com
*Counsel for Plaintiff Millers Capital Insurance Company*


WETZEL & ASSOCIATES, P.A.


/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com
*Counsel for Defendant East Coast Erectors, Inc.*



SO ORDERED:

                                                                                                          JOSEPH J. FARNAN, JR.
                                                                                                          UNITED STATES DISTRICT JUDGE

Date:_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2005, I electronically filed the within Stipulation of Extension of Time to Answer with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David J. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

I hereby certify that on June 21, 2005, I will mail by United States Postal Service, the document to the following non-registered participants:

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

Ron L. Pingitore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Dana Ostrovsky, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
11th Floor, 1515 Market Street
Philadelphia, PA 19102

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Geoffrey W. Veith, Esquire
Hecker Brown Sherry & Johnson LLP
1700 Two Logan Square, 17th Floor
18th and Arch Streets
Philadelphia, PA 19103

        WETZEL & ASSOCIATES, P.A.

        /s/ Natalie M. Ippolito
        Natalie M. Ippolito (I.D. No. 3845)
        The Carriage House, Suite 201
        1100 N. Grant Avenue
        Wilmington, DE 19805
        (302) 652-1200
        nippolito@wetzellaw.com