UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o/ EZIBA.COM, INC.,/AVACET, INC.,<br>EZIBA SECURITIES CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC. and<br>O'DONNELL, NACCARATO &<br>MACINTOSH, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:   Civil Action No.<br>:   04-339 JJF<br>:   (Consolidated)<br>:<br>:   JURY OF TWELVE DEMANDED<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF DEPOSITION**

TO:   All Counsel of Record

    PLEASE TAKE NOTICE that the undersigned counsel will take the oral deposition of Mike McKone on Thursday, July 14, 2005 beginning at 9:00 a.m. in the law offices of Chrissinger & Baumberger, located at Three Mill Road, Suite 301, Wilmington, Delaware 19806.

                                                    WETZEL & ASSOCIATES, P.A.

                                                    Benjamin C. Wetzel, III (I.D. No. 985)
                                                    Natalie M. Ippolito (I.D. No. 3845)
                                                    The Carriage House, Suite 201
                                                    1100 N. Grant Avenue
                                                    Wilmington, DE 19805
                                                    (302) 652-1200
                                                      nippolito@wetzellaw.com


                                                  Robert B. Hill, Admitted Pro Hac Vice
                                                  McLAIN & MERRITT, P.C.

3445 Peachtree Road, NE, Suite 500
Atlanta, GA 30326

*Attorneys for Third-Party Defendant
East Coast Erectors*

Dated: June 27, 2005

cc:   Esquire Deposition Services

## CERTIFICATE OF SERVICE

I hereby certify that on 29th of June 2005, I electronically filed THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S NOTICE OF DEPOSITION with the Clerk of Court using EM/ECF which will send notification of such filing to the following:

David J. Baumberber, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

I hereby certify that on 29th of June, 2005, I will mail by United States Postal Service, the document to the following non-registered participants:

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
PO Box 397
Wilmington, DE 19899

Ron L. Pingitore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103

Dana Ostrovsky, Esquire
Coghen, Seglias, Pallas, Greenhall & Furman, PC
11th Floor, 1515 Market Street
Philadelphia, PA 19102

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue - Suite 410
Conshohocken, PA 19428

WETZEL & ASSOCIATES, P.A.

Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com