## CERTIFICATE OF SERVICE

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on the 7th day of July, 2005, I have had deposited in the mailbox at Three Mill Road, Suite 301, in Wilmington, Delaware, two true and correct copies of the attached ***DEFENDANT/THIRD-PARTY PLAINTIFF LIGHTHOUSE CONSTRUCTION, INC.'S ANSWER TO FIRST AMENDED COMPLAINT*** to the following:

Ron L. Pingitore, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899

James Bailey, Esquire
Three Mill Road, Suite 306
Wilmington, DE  19806

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Dana Ostrovski, Esquire
Cohen, Seglas, Pallas,
    Greenhall & Furman
1515 Market Street, 11th Floor
Philadelphia, PA  19102

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899

Benjamin Wetzel, III, Esquire
Wetzel & Associates, P.A.
The Carriage House
1100 N. Grant Avenue, Suite 201
Wilmington, DE  19805

Robert K. Beste, Jr., Esquire
Cohen, Seglas, Pallas
    Greenhall & Furman
1007 Orange Street, Suite 205
Nemours Building
Wilmington, DE  19899-1489

Robert B. Hill, Esquire
3445 Peachtree Road NE
Suite 500
Atlanta, GA  30326

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger, Esquire
David L. Baumberger, Esquire (#2420)
Three Mill Road, Suite 301
Wilmington, DE  19806
(302)777-0100
Attorney for Defendant/Third-Party Plaintiff

Lighthouse Construction, Inc.