**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EBIZA SECURITIES CORP. and MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG GROUP, LLC, | ) ) ) ) ) ) ) | Civil Action No. 04-339/04-1322 JJF<br><br>CONSOLIDATED ACTION<br><br>JURY OF TWELVE DEMANDED |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. and EAST COAST ERECTORS, INC. | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| LIGHTHOUSE CONSTRUCTION, INC., | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| EAST COAST ERECTORS, INC., | ) ) | |
| Third-Party Defendant. | ) | |

**NOTICE OF DEPOSITION DUCES TECUM\***

PLEASE TAKE NOTICE that the undersigned counsel will take the deposition *Duces Tecum* of the Records Custodian for VP Consolidated Holdings d/b/a Varco Pruden Buildings, Inc. on Friday, August 5, 2005 beginning at 11:00 a.m. in the offices of Varco Pruden, 1140 West Mountain Street, Kernersville, NC 27284.

*__DUCES TECUM__:  Deponent is to produce for inspection and copying at the time of the deposition, all documents and tangible things identified in the attached Exhibit A.

                                      WETZEL & ASSOCIATES, P.A.

                                      /s/ Natalie M. Ippolito
                                      Benjamin C. Wetzel, III (I.D. No. 985)
                                      Natalie M. Ippolito (I.D. No. 3845)
                                      The Carriage House, Suite 201
                                      1100 N. Grant Avenue
                                      Wilmington, DE 19805
                                      (302) 652-1200
                                      nippolito@wetzellaw.com

                                      Robert B. Hill, Admitted Pro Hac Vice
                                      MCLAIN & MERRITT, P.C.
                                      3445 Peachtree Road N.E., Suite 500
                                      Atlanta, GA 30326

                                      *Attorneys for Third-Party Defendant*
                                      *East Coast Erectors, Inc.*

Dated:  July 12, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2005, I electronically filed the within Notice of Deposition Duces Tecum with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David J. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

I hereby certify that on July 12, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

Ron L. Pingitore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Dana Ostrovsky, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
11th Floor, 1515 Market Street
Philadelphia, PA 19102

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue – Suite 410
Conshohocken, PA 19428

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com