UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET,<br>INC., EZIBA SECURITIES CORP.<br>15 Mountain View Road<br>Warren, NJ 07059<br><br>    Plaintiff,<br><br>    vs.<br><br>LIGHTHOUSE CONSTRUCTION, INC.<br>1201 College Park Drive<br>Dover, DE 19904<br><br>    and<br><br>BECKER MORGAN GROUP, INC.<br>738 S. Governors Avenue<br>Dover, DE 19904<br><br>    and<br><br>O'DONNELL, NACCARATO &<br>MACINTOSH, INC.<br>300 Delaware Avenue<br>Suite 820<br>Wilmington, DE 19601<br><br>    Defendants. | CIVIL ACTION NO. 04-339 JJF<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

TO:

Sean J. Bellew, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Steven K. Gerber, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Frank E. Noyes, II, Esq.
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Ron L. Pingatore, Esq.
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19135-7395

David L. Baumberger, Esq.
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
Three Mill Road, Suite 306A
Wilmington, DE 19806

Robert K. Beste, Jr., Esq.
Cohen, Seglias, Pallas, Greenhall &
 Furman, P.C.
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801

Dana B. Ostrovsky, Esq.
Cohen Seglias Pallas, Greenhall &
 Furman, P.C.
1515 Market Street, 11th Floor
Philadelphia, PA 19102

| | |
|---|---|
| Benjamin C. Wetzel, III, Esq.<br>Wetzel & Associates, P.A.<br>The Carriage House, Suite 201<br>1100 North Grant Avenue<br>Wilmington, DE 19805 | Robert B. Hill, Esq.<br>McLain & Merritt, P.C.<br>3445 Peachtree Road, NE, Suite 500<br>Atlanta, GA 30326 |

Geoffrey Veith, Esq.
Rogut, McCarthy, Troy LLC
One First Avenue
Suite 410
Conshohocken, PA 19428

  PLEASE TAKE NOTICE that the undersigned will take the deposition of Frank J. Moore, pursuant to Federal Civil Procedure Rule 30(b)(6) on Wednesday, August 24, 2005, at 9:30 a.m. in the offices of Chrissinger & Baumberger, Three Mill Road, Suite 301, Wilmington, DE 19806.

                TIGHE, COTTRELL & LOGAN, P.A.

                 /s/ Victoria K. Petrone
                Paul Cottrell, Esquire (I.D. # 2391)
                Victoria K. Petrone, Esquire (I.D. #4210)
                First Federal Plaza, Suite 500
                P.O. Box 1031
                Wilmington, Delaware 19899
                (302) 658-6400
                p.cottrell@lawtcl.com
                v.petrone@lawtcl.com

Dated: August 12, 2005