UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP. | : : : : | CIVIL ACTION NO. 04-339 JJF |
| | : | JURY TRIAL DEMANDED |
| Plaintiff, | : : | |
| vs. | : : | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : : : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG GROUP, LLC | : : | CIVIL ACTION NO. 04-1322 JJF |
| | : | |
| Plaintiff, | : : | JURY TRIAL DEMANDED |
| vs. | : : | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : | |
| Defendants, | : : | |
| and | : : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : : | |
| Defendant and Third-Party Plaintiff, | : : : | |
| vs. | : : | |
| EAST COAST ERECTORS, INC., | : : | |
| Third-Party Defendant. | | |

## CERTIFICATE OF SERVICE

I, Victoria K. Petrone, Esquire, hereby certify that on August 12, 2005, a copy of the foregoing *Notice of Deposition of Frank J. Moore* was served in the manner indicated upon the following:

Sean J. Bellew, Esq.
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Electronic Filing*

Steven K. Gerber, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Regular Mail*

Frank E. Noyes, II, Esq.
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
*Electronic Filing*

Ron L. Pingatore, Esq.
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19135-7395
*Regular Mail*

David L. Baumberger, Esq.
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806
*Electronic Filing*

James F. Bailey, Jr., Esq.
Bailey & Associates, P.A.
Three Mill Road, Suite 306A
Wilmington, DE 19806
*Electronic Filing*

Robert K. Beste, Jr., Esq.
Cohen, Seglias, Pallas, Greenhall &
  Furman, P.C.
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
*Electronic Filing*

Dana B. Ostrovsky, Esq.
Cohen Seglias Pallas, Greenhall &
  Furman, P.C.
1515 Market Street, 11th Floor
Philadelphia, PA 19102
*Regular Mail*

Benjamin C. Wetzel, III, Esq.
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805
*Electronic Filing*

Robert B. Hill, Esq.
McLain & Merritt, P.C.
3445 Peachtree Road, NE, Suite 500
Atlanta, GA 30326
*Regular Mail*

Geoffrey Veith, Esq.
Rogut, McCarthy, Troy LLC
One First Avenue
Suite 410
Conshohocken, PA 19428
*Regular Mail*

   /s/ Victoria K. Petrone
Victoria K. Petrone (DE 4210)