**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY )<br>a/s/o EZIBA.COM, INC./AVACET, INC., )<br>EBIZA SECURITIES CORP. and )<br>MILLERS CAPITAL INSURANCE )<br>COMPANY a/s/o DEL-HOMES )<br>CATALOG GROUP, LLC, )<br>)<br>      Plaintiffs, )<br>)<br>  v. )<br>)<br>LIGHTHOUSE CONSTRUCTION, INC., )<br>BECKER MORGAN GROUP, INC., )<br>and O'DONNELL, NACCARATO & )<br>MACINTOSH, INC. and EAST COAST )<br>ERECTORS, INC. )<br>)<br>      Defendants, )<br>)<br>  and )<br>)<br>LIGHTHOUSE CONSTRUCTION, INC., )<br>)<br>      Third-Party Plaintiff, )<br>)<br>  v. )<br>)<br>EAST COAST ERECTORS, INC., )<br>)<br>      Third-Party Defendant. ) | Civil Action No. 04-339/04-1322 JJF<br><br>CONSOLIDATED ACTION<br><br>JURY OF TWELVE DEMANDED |

**ORDER**

     **AND NOW,** this _____ day of _____, 2005, upon consideration of

Defendant/Third-Party Defendant East Coast Erectors, Inc.'s Motion for Partial Summary

Judgment on the Statute of Repose, and any opposition thereto,

**IT IS HEREBY ORDERED** that Defendant/Third-Party Defendant East Coast Erectors, Inc.'s Motion for Partial Summary Judgment on the Statute of Repose is GRANTED. All claims, cross claims, third-party claims or other actions seeking damages, contribution or indemnity against East Coast Erectors, Inc. arising out of its construction services performed in 1995 on the 1995 Building are barred by Delaware Builder's Statute of Repose, 10 *Del. C.* § 8127.

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE