APPENDIX OF EVIDENCE IN SUPPORT OF
DEFENDANT AND THIRD-PARTY DEFENDANT
EAST COAST ERECTORS, INC.'S MOTION FOR
PARTIAL SUMMARY JUDGMENT BASED UPON
<u>STATUTE OF REPOSE</u>

**TABLE OF CONTENTS**

|   |   |   | Page |
|---|---|---|---|
| Exhibit A | - | Excerpts of Deposition of Mike Williams | A-1 |
| Exhibit B | - | Excerpts of Deposition of Robert MacLeish | A-20 |
| Exhibit C | - | MacLeish Deposition Exhibit 37 - Contract Proposal of J. W. Walker & Sons for 1995 Building | A-46 |
| Exhibit D | - | Deposition Exh. 30, Contract Between J. W. Walker & Sons, Inc. and ECE for erection of 1995 Building | A-48 |
| Exhibit E | - | Deposition Exh. 14 (Fax Memo and Drawings of Building Expansion Sketches for 1995 and 1999 Buildings) | A-54 |
| Exhibit F | - | City of Dover Certificate of Occupancy Dated 12/14/1995 for 1995 Building | A-57 |
| Exhibit G | - | Deposition Exh. 16 Building Elevation Drawing A3.2 of 1995 and 1999 Buildings | A-58 |
| Exhibit H | - | Standard Form of Agreement Between Del Homes Group, LLC and Lighthouse Construction, Inc. For 1999 Building | A-59 |
| Exhibit I | - | Deposition Exh. 118, 120-121 ECE Proposal and Lighthouse Scope of Work and acceptance letter for 1999 Building | A-67 |
| Exhibit J | - | ONM Proposal for Engineering Services to ECE for 1999 Building | A-73 |
| Exhibit K | - | City of Dover Certificate of Occupancy for 1999 building dated 12/2/99 | A-75 |

| | | | |
|---|---|---|---|
| Exhibit L | - | Excerpts of John Beiser deposition, pp. 43-44 | A-76 |
| Exhibit M | - | Excerpts of Lease Agreements dated July 19, 1995 between Del Homes Group, LLC and Catalog Resources, Inc. for office and warehouse (MMG 0378, MMG 0297, Dep. Ex. 73) | A-79 |
| Exhibit N | - | Excerpts from Deposition of Charles N. Timbie, P.E. | A-81 |