# EXHIBIT "B"

```
        UNITED STATES DISTRICT COURT

        FOR THE DISTRICT OF DELAWARE

    --------------------x
FEDERAL INSURANCE    : CIVIL ACTION
COMPANY a/s/o        :
EZIBA.COM./AVACET,   : NO. 04-339
INC., EZIBA          :
SECURITIES CORP.,    :
        Plaintiff(s), :
            v.        :
LIGHTHOUSE           :
CONSTRUCTION, INC.,  :
BECKER MORGAN GROUP, :
INC., and O'DONNELL, :
NACCARATO &          :
MACINTOSH, INC.,     :
        Defendant(s). :
    --------------------x
MILLERS CAPITAL      : CIVIL ACTION
INSURANCE COMPANY    :
a/s/o DEL-HOMES      : NO. 04-1322-JJF
CATALOG GROUP, LLC,  :
        Plaintiff(s), :
            v.        :
LIGHTHOUSE           :
CONSTRUCTION, INC.,  :
BECKER MORGAN GROUP, :
INC., and O'DONNELL, :
NACCARATO &          :
MACINTOSH, INC.,     :
        Defendant(s)  :
and                  :
LIGHTHOUSE           :
CONSTRUCTION, INC.,  :
        Defendant and :
        Third-Party   :
        Plaintiff,    :
            v.        :
EAST COAST ERECTORS, :
INC.,                :
        Third-Party   :
        Defendant.    :
    --------------------x
```

1             Oral deposition of ROBERT C.

2 MacLEISH, held at the law offices of

3 CHRISSINGER & BAUMBERGER, 3 Mill Road,

4 Suite 301, Wilmington, DE 19806, on

5 Wednesday, March 16, 2005, beginning at

6 10:08 a.m., before Debra J. Weaver, a

7 Federally Approved RPR, CRR, CSR of NJ

8 (No. XI 01614) and Delaware (No. 138-RPR,

9 Expiration 1/31/08), and a Notary Public

10 of New Jersey, Pennsylvania and Delaware.

11

12

13

14

15

16

17

18

19

20

21

22        ESQUIRE DEPOSITION SERVICES
       1880 John F. Kennedy Boulevard
23            15th Floor
     Philadelphia, Pennsylvania 19103
24          (215) 988-9191

**A-21**

1          DEPOSITION SUPPORT INDEX

2

3     Direction to Witness Not to Answer

4     Page Line        Page Line        Page Line

5     None

6

7

8     Request for Production of Documents

9     Page Line        Page Line        Page Line

10    None

11

12

13    Stipulations

14    Page Line        Page Line        Page Line

15    None

16

17

18    Question Marked

19    Page Line        Page Line        Page Line

20    None

21

22

23

24

**A-22**

c763b7d4-49c2-4e55-867f-ee86fb787219

ROBERT C. MACLEISH

Page 39

1    Q.    You said you first got

2    involved in Enterprise Park back in '94,

3    correct?

4    A.    '94, '95.  I can't remember

5    the exact year.

6    Q.    And at that time you were

7    employed by Walker?

8    A.    Yes, sir.

9    Q.    And what was your

10   involvement in Enterprise Park in '94,

11   '95, when you were employed by Walker?

12   A.    I was contacted by Bill

13   Zaccardelli from Del-Homes to give him a

14   price on a metal building and some

15   masonry work.

16   Q.    And was that -- what metal

17   building was that?

18            I'm not going to make

19   assumptions.  I'm going to have you tell

20   me.

21   A.    The manufacturer?

22   Q.    You said Varco-Pruden?

23   A.    Yes.  It's a V-P.

24   Q.    And was that building

A-23

c763b7d4-49c2-4e55-867f-ee86fb787219

ROBERT C. MACLEISH

Page 40

1   already built or did you get involved in

2   being the estimator for that building?

3        A.    The estimator for it.

4        Q.    And did that building become

5   what we sometimes are calling the 1995

6   building or the 1994 building or the

7   Phase I building?

8        A.    Yes, sir.

9        Q.    What should we call that

10  building for purposes of today?

11       A.    I would assume 1995, if

12  that's okay.

13       Q.    Okay.  We're going to call

14  it the 1995 building.

15       A.    Right.

16       Q.    Which I think is what I have

17  been calling it for a while.  But I've

18  seen sometimes it was called the '94, so

19  I think that's when the concept for it

20  became started.

21       A.    I can't remember, but I

22  believe that's right.

23       Q.    Was it completed in '95?

24       A.    You know, I can't remember

A-24

c763b7d4-49c2-4e55-867f-ee86fb787219

ROBERT C. MACLEISH

Page 41

1   because we only had a portion of the

2   project.

3          Q.    Walk me through what --

4                MR. VEITH:  Do you want the

5          Varco-Pruden plans?  Here are the

6          larger ones, if you want me to

7          open them up and go through them.

8                MR. GERBER:  I want you to

9          go through the whole thing when

10         it's your turn.

11  BY MR. GERBER:

12         Q.    Bob, walk me through.  What

13  was your involvement?  Prior to 1994, had

14  you had anything to do with this

15  Enterprise Park location?

16         A.    No, sir, not that I'm aware

17  of.

18         Q.    And you first got involved

19  when you were working for Walker?

20         A.    Yes.

21         Q.    And your first involvement

22  was what we're calling the 1995 building?

23         A.    Yes, sir.

24         Q.    What did you do?

A-25

ROBERT C. MACLEISH

Page 42

1          A.    I was contacted by Bill

2     Zaccardelli from Del-Homes, and he gave

3     me a plan to give him a price on the

4     pre-engineered metal building and the

5     masonry block work above grade.

6          Q.    And how do you spell

7     Zaccardelli?

8          A.    I'll try.  I think it's

9     Z-A-C-C-E-R-D-E, I can't remember if it's

10    one L or two Ls, I.

11         Q.    And is he still associated

12    with Del-Homes?

13         A.    I'm not sure.  He wasn't.

14    He was let go prior to me coming there in

15    1996, but then he was working for Jack

16    again over a period of time.  I'm not

17    sure if he still is or is not.

18         Q.    And at the time you first

19    got involved, what existed at the

20    Enterprise Park site?

21         A.    When I first got involved?

22    You know, I don't know.  He gave me a

23    plan and he gave me a scope of work and

24    said, provide a price.  And that's what I

**A-26**

c763b7d4-49c2-4e55-867f-ee86fb787219

Page 43

1    did.

2          Q.    And at that point, he

3    already had decided that they wanted a

4    metal building?

5          A.    Yes.

6          Q.    And had they already

7    determined -- was this going to be a

8    pre-engineered or prefabricated building?

9          A.    That's what he had asked us

10   to quote on, yes.

11         Q.    And did he ask you

12   specifically to quote a specific

13   manufacturer of metal buildings or did he

14   ask you to determine the manufacturer or

15   supplier?

16         A.    That was left up to us.

17         Q.    Okay.  And so who chose

18   Varco-Pruden?

19         A.    Walker was a dealer for

20   Varco-Pruden.  That was a manufacturer

21   who we were a representative of.

22         Q.    So did you consider any

23   other metal building supplier at that

24   time, such as Butler or American

**A-27**

ROBERT C. MACLEISH

Page 44

1    Buildings Company?

2           A.    No.

3                  (Whereupon, a discussion was

4           held off the record.)

5    BY MR. GERBER:

6           Q.    So what was your involvement

7    in quoting the Varco-Pruden building?

8           A.    I took the documents that

9    Bill had given me and contacted V-P to

10   get a price on supplying the building,

11   and took that building price from

12   Varco-Pruden, put a labor price together

13   for it, got the office to give a price

14   for the masonry.  There was somebody else

15   who handled the estimating portion of it.

16   Got a roofer to provide the roofing

17   portion of it, and then provided a price

18   to Del-Homes.

19          Q.    Did Walker act as the

20   general contractor for the project of the

21   erection of the Varco-Pruden building?

22          A.    We were a subcontractor of

23   Del-Homes.

24                  Is that what you mean?

**A-28**

c763b7d4-49c2-4e55-867f-ee86fb787219

ROBERT C. MACLEISH

Page 45

1          Q.    Well, who was the general
2     contractor of record for the erection of
3     the Varco-Pruden building or the 1995
4     building?
5          A.    I don't know that there was
6     a general contractor as much as you're
7     a -- we were a subcontractor to Del-Homes
8     for the metal building, and we had a
9     subcontractor to us.
10              Is that what you're asking?
11         Q.    Sure.  We can go that way.
12         A.    The erection, is that what
13    you're asking?
14         Q.    I want to know who was the
15    developer, who was the GC, who was the
16    erecting contractor, who was the
17    architect of record, who was the et
18    cetera.  Why don't you walk me through
19    that.
20         A.    The developer, I don't know.
21    I know now.  But at that time, I did not
22    know.
23              Do you want me to tell you?
24         Q.    Yes.

A-29

c763b7d4-49c2-4e55-867f-ee86fb787219

ROBERT C. MACLEISH

Page 46

1    A.    At the time I did this, I

2    didn't know.

3    Q.    But you know now?

4    A.    I think it was Del-Homes

5    Group, LLC.  The general contractor was

6    Del-Homes, Inc.

7    What Walker was was a

8    subcontractor for the pre-engineered

9    steel, the roofing and the masonry work

10   above grade in the office area.

11   Q.    So was Walker the erection

12   contractor, if you will?  Did they

13   actually --

14   A.    No, they did not actually

15   erect it.  They were responsible for the

16   erection, which they subcontracted to

17   East Coast Erectors.

18   Q.    So the prime erector

19   contractor was Walker, and the

20   subcontractor that actually did the

21   erection was East Coast?

22   A.    Yes, sir.

23   Q.    Who was the architect of

24   record?

A-30

c763b7d4-49c2-4e55-867f-ee86fb787219

ROBERT C. MACLEISH

Page 69

1    Del-Homes Group, LLC, were they still the

2    owners of the 1995 building?

3          A.    Yes.

4          Q.    And Del-Homes, Inc., was

5    that still owned by Jack Beiser?

6          A.    Yes, as far as I knew.

7          Q.    Let's get right into the

8    discussion about the -- ultimately the

9    construction of the 1999 building.  When

10   did you first hear about this?

11         A.    Jack came to me and said

12   that -- and I can't remember who they

13   contacted in the office, I don't know if

14   it was Lorie or Jackie, about possibly

15   expanding the facility.

16         Q.    And do you remember when

17   this was?

18         A.    You know, I want to say it

19   was sometime in April or May of, as I

20   recall -- I can't remember the exact

21   date, but it was, like, 1998, if I

22   remember correctly.

23         Q.    And by "Jackie" or "Lorie,"

24   this is Jackie West and Lorie Forbes?

A-31

c763b7d4-49c2-4e55-867f-ee86fb787219

ROBERT C. MACLEISH

```
 1          A.     Forbes.
 2          Q.     And who was the contact --
 3     who contacted whom?
 4          A.     I'm assuming they contacted
 5     Del-Homes, because Jack came to me.  A
 6     phone call didn't come to me.  Jack
 7     brought the conversation to me.
 8          Q.     This is Jack Beiser?
 9          A.     Beiser.
10          Q.     And by "they," are we
11     talking about Client Logic?
12          A.     Yes, sir.
13          Q.     And do you know, who was the
14     contact at Client Logic?
15          A.     At that time, no, I did not
16     know.
17          Q.     Who did you end up dealing
18     with?
19          A.     A combination of people.
20                 Do you want me to tell you
21     when we met?
22          Q.     Sure.
23          A.     In June of '98, I went with
24     Jack and we met with Tim, I think Doug
```

A-32

ESQUIRE DEPOSITION SERVICES

c763b7d4-49c2-4e55-867f-ee86fb787219

ROBERT C. MACLEISH

Page 71

1    Van Sant, and I think there was one or
2    two other people.  I can't remember.  I
3    think it was Tim and Doug.
4                    And they laid out -- you
5    know, they gave us a drawing that they
6    had prepared of what they would like to
7    do and was it feasible to be able to do
8    that.
9         Q.    And was this the first
10   concept meeting?
11        A.    If I remember correctly,
12   yes.
13        Q.    And who is "they," when you
14   say they gave you a drawing?
15        A.    Catalog Resources gave us a
16   drawing.
17        Q.    Is that a drawing that you
18   have in your files?
19        A.    I believe we do.
20             MR. GERBER:  Dave, is that a
21        drawing that's been produced; do
22        you know?
23             MS. PETRONE:  It might have
24        been entered as an exhibit

A-33

ROBERT C. MACLEISH

1          yesterday.

2                    MR. BAUMBERGER:   Yes.   I

3          think it was.

4                    MR. GERBER:   Moore-14.

5     BY MR. GERBER:

6          Q.   Okay.   I'm going to show you

7     an exhibit that was marked yesterday as

8     Moore Exhibit 14.   It's a fax cover page

9     with two drawings, or two pages of

10    drawings that come right behind it.   If

11    you'd take a look at that.

12         A.   Yes.   That was given to us

13    at that meeting.

14         Q.   This is the drawing that was

15    given to you at that meeting?

16         A.   Yes.

17         Q.   They showed you this drawing

18    and asked you whether -- what did they

19    ask you?

20         A.   They wanted to know if it

21    was possible that they could get a

22    building of that configuration.

23         Q.   The folks who gave you this

24    drawing, these were the folks that ran

A-34

ROBERT C. MACLEISH

1    testimony, as to why the section of the

2    roof where the 1995 building was adjacent

3    to the 1999 building was subject to

4    wind-drifted snow loads?

5              MR. HILL:  Object to the

6         form.

7              MR. VEITH:  You're talking

8         about the location?

9              THE WITNESS:  If you're

10         asking me when he explained, I did

11         listen to what he was saying from

12         that perspective, yes.  I heard

13         what he was saying.

14    BY MR. PINGITORE:

15         Q.    Based on your understanding,

16    what portion of the 1995 building was

17    subjected to wind-drifted snow loads as a

18    result of the 1999 building being

19    constructed?

20         A.    Again, I'm not an engineer

21    or architect, you know.  From that

22    standpoint, I don't do design work, nor

23    am I implying that I do design work.

24    That's for others to decide.  We just

A-35

ESQUIRE DEPOSITION SERVICES

c763b7d4-49c2-4e55-867f-ee86fb787219

Page 141

1          THE WITNESS:  I think they
2      were a combination of the two.
3          MR. VEITH:  Okay.  Thank
4      you.
5  BY MR. GERBER:
6      Q.    How did you learn about the
7  collapse?
8      A.    My brother called me.
9      Q.    And how did your brother
10  learn about the collapse?
11      A.    He's a state police officer
12  and was in the emergency center and
13  called me and told me.
14      Q.    What did you do when you
15  learned of the collapse?
16      A.    Probably got, you know --
17  tried to figure out -- you know, wanted
18  to go out and see it, but, unfortunately,
19  the snow was too deep, you couldn't move.
20      Q.    When was the first time you
21  got out to the scene after the collapse?
22      A.    Probably later on that
23  afternoon.  He called in the early
24  morning.

A-36

ROBERT C. MACLEISH

Page 142

1          I had gotten another phone

2   call about three or four hours later from

3   Steve Parker.  He had a building up in

4   another one of Jack's parks, McKee Road,

5   and that building had collapsed.  And he

6   called me and said, you know, he was up

7   there, he had driven up from Lewes.  We

8   then dug out our driveway.  He said, can

9   you come up here, I don't know what to

10  do, I don't know where to go.

11          So I drove up there, saw

12  Steve, saw the building.  And on the way

13  home, I swung by and looked at the

14  Catalog.  I couldn't get too close,

15  though, because they had it cordoned off.

16      Q.    Who is "they"?

17      A.    That had it cordoned off?

18      Q.    Yes.

19      A.    The fire company and

20  everybody.

21      Q.    And that was on the day of

22  the collapse?

23      A.    I believe it was.  I'm

24  trying to recollect.  I think it was on

A-37

ROBERT C. MACLEISH

Page 143

1    that Monday, the 17th.  I'm not

2    100 percent sure.

3          Q.    When were you next at the

4    site?

5          A.    I was either there the next

6    morning or the morning after that.

7                I had contacted Mike

8    Williams and told him about the collapse

9    of the building.  And I'd also notified

10   V-P of the collapse of the building

11   there, as well as the one on McKee Road.

12         Q.    What's the one on McKee

13   Road?

14         A.    It was called Atlantic

15   Movers.  I can't remember the address.

16   15 -- 15 something.  1565, I think it is,

17   McKee Road.  It's a 25,000 square foot

18   pre-engineered steel building.

19         Q.    I was going to ask you.  Was

20   that also a pre-engineered steel

21   building?

22         A.    Yes.

23         Q.    And it also sustained a

24   collapse?

A-38

ESQUIRE DEPOSITION SERVICES

c763b7d4-49c2-4e55-867f-ee86fb787219

ROBERT C. MACLEISH

Page 176

1    build them.

2             If you're asking me was

3    there a roof height change between the

4    two?  Yes, there was a roof height

5    change.  That roof height change occurred

6    along column line 1.

7         Q.    On Olds-15?

8         A.    Yes.

9         Q.    And based on your experience

10   in the industry, would you agree that

11   where there's a roof height change, that

12   area, and particularly on the lower roof,

13   is subject to wind-drifted snow loads.

14        A.    There's a potential, yes.

15        Q.    And is that area that is

16   potentially exposed to wind-drifted snow

17   loads shown adjacent to column line 1 on

18   Olds-15?

19        A.    Yes.

20        Q.    And that would be on the

21   1995 building, correct?

22        A.    Yes.

23        Q.    Now, whose design was it to

24   locate interior drains along column line

A-39

c763b7d4-49c2-4e55-867f-ee86fb787219

1  blownup version of plan A3.2 dated

2  4/13/99, entitled "Building Elevations."

3  It does not include an architectural seal

4  but is some prior version of A3.2 that

5  was previously marked as Olds-16.  So,

6  please, go ahead.

7       A.    Okay.  Again, I'm

8  assuming -- I'm going by elevation number

9  three, it's a little bit larger.  And

10 when you're looking at elevation number

11 three, which is a north elevation, which

12 shows column line number 1, where the

13 connection is made between the 1999

14 building and the 19 -- the 1995 building

15 to the 1999, that connection point, shows

16 the existing building, if we start to the

17 far right-hand side of the drawing, you

18 can kind of see the roof pitch as it

19 shows coming down, it kind of levels

20 itself out, it's kind of depicted there.

21      Q.    Yes.

22      A.    You follow that line down.

23 That's the back of the line for your

24 building, as I'm interpreting it.

**A-40**

ROBERT C. MACLEISH

Page 189

1           It's not clearly culled out.
2    I don't see any notes there.  These are
3    the downspouts that are feeding down into
4    the drainage system there.  What that's
5    depicting to me is that on the front
6    wall, which I'll show you on another
7    drawing, which is another elevation,
8    that's the back side of the parapet from
9    the front.  But there's that drawing
10   there which shows -- to me, that's the
11   wall.  And you can see the height because
12   it's a very flat roof pitch coming back.
13           Q.    When you say "there," you
14   mean at column line 1 on the north
15   elevation?
16           A.    Correct.
17           Q.    And that's the second north
18   elevation on the page?  There's another
19   number 3 north elevation?
20           A.    That's correct.
21           And then go to drawing A3.1,
22   if we're looking at the south
23   elevation --
24           Q.    Just for the record, this

A-41

ROBERT C. MACLEISH

Page 190

1    was previously Bates stamped as LH 04726.

2              A.    Okay.  If we look at the

3    south elevation, which is identified as

4    number 1, starting on the left-hand side

5    of the building, again, it depicts the

6    existing building and it shows the

7    roof -- the dotted line which shows the

8    roof slope with a parapet, which the

9    building did have, the 1995.

10             Again, we pick up at column

11   line number 1, and as you go to the

12   right, it's the new building.

13             Q.    Okay.  As we go from left to

14   right on the south elevation 1, which is

15   the first and top diagram on Bates stamp

16   document LH 04726, if we follow that

17   dotted line from left to right, that's

18   the roof pitch; is that correct?

19             A.    That's correct.

20             Q.    And then it comes to a

21   vertical plane at column line 1, correct?

22             A.    Yes.

23             Q.    And if we go up that

24   vertical plane and then continue right,

A-42

c763b7d4-49c2-4e55-867f-ee86fb787219

ROBERT C. MACLEISH

Page 191

1    are we going along the top of the

2    building for the 1999 building?

3         A.    That is correct, starting at

4    column line 1.

5         Q.    And would this document have

6    been made available to East Coast in the

7    context of the project?

8              MR. HILL:  Objection.

9              You may answer.

10             THE WITNESS:  Yes.

11   BY MR. PINGITORE:

12        Q.    And how would you know that

13   this document would be made available to

14   East Coast?

15        A.    We forwarded the drawings,

16   the architectural drawings.  But I can

17   show on -- this drawing was the result of

18   an East Coast drawing.

19        Q.    Okay.  Just for the record,

20   this drawing is LH 04726 Bates stamp.

21        A.    I'm missing drawing S --

22             MS. PETRONE:  2?

23             THE WITNESS:  Yes.

24             MS. PETRONE:  Here it is.

**A-43**

ROBERT C. MacLEISH

Page 327

1    which is a Standard Form of Agreement

2    Between the Owner and the Contractor with

3    a stipulated sum, it's a 1987 edition.

4    And it's dated February 2nd of 1999.

5         Q.    Does it have attached to it

6    the general conditions, document AIA 201?

7         A.    Yes, sir.

8         Q.    And who signed this

9    document?

10        A.    On behalf of the contractor,

11   it was Robert C. MacLeish.  The owner's

12   representative was John T. Beiser.

13        Q.    Would it be fair to say that

14   this is a complete copy, exclusive of

15   drawings and other documents incorporated

16   in the contract by reference, of the

17   general contract between Lighthouse

18   Construction and Del-Homes Group for the

19   development of the 1999 addition?

20        A.    Again, it's for the site

21   work.  The project is the site work -

22   subdivision Enterprise Business Park, is

23   what it is.

24        Q.    Okay.  So you broke out

A-44

ROBERT C. MacLEISH

Page 328

1    somewhere else the actual contract for

2    the addition of the building?

3        A.    I believe so, yes.  I

4    believe there's two separate -- yes.

5    This is for the site work of the

6    subdivision.

7        Q.    That's for the site work?

8        A.    Yes, sir.

9        Q.    I don't know that I have --

10   let me see if I can -- I'll have to come

11   up with a copy of the contract for the

12   construction of the buildings.

13              As far as you recall, did

14   you use a standard form of agreement

15   between owner and contractor as the

16   general contract for the construction of

17   the buildings in 1999 with Del-Homes?

18       A.    Yes, sir.

19       Q.    So if we look around

20   somewhat more efficiently than I've done,

21   we should be able to find a copy of that?

22       A.    Yes, sir.

23       Q.    What is Exhibit MacLeish-39?

24       A.    This is a fax cover sheet

A-45