# EXHIBIT "I"

## CATALOG RESOURCES BUILDING EXPANSION – ENTERPRISE BUSINESS PARK

Structural Steel, Joist, Decking & Siding Contract

BUILDING DESCRIPTION

1. Building is 250,000 sq. ft.

2. Building is an "L" shape. It will attach to an existing pre-engineered metal building (Varco-Pruden) along column line 1.

3. Framing for building is a single slope. Interior bays are 50' x 50'. Roof pitch is a minimum of 1/8" rise for 12" run. Loading for building is 30 PSF live load, 90 MPH wind load, and a 10 PSF collateral loading for sprinkler, heating, ventilating and electrical systems. Minimum clear height under framing is 24'-0", this is critical, and must be maintained. *Possibly ⅞ w/adhered*

4. Framing for building is the following:

    Box 1 – Column Line 1-11 (500') x Column line A-E (200')
    Box 2 – Column Line E-Q (600') x Column line 6-11 (250')
    A.  High Eave on Box 1 is column line E, on Box 2 high eave is column line 6. They are to match in elevation.
    B.  At column line Q, this will be parapeted to match eave along above.
    C.  Design is to include framing support/base for parapets along column line 1-A to E and column line E-6 to 11. Framing will be 8" structural metal studs (by others) bearing on steel provided by this contract. The parapets will allow for roof height difference and expansion.
    D.  Exterior wall is 12" CMU to 12'-0" AFF, with 26 ga., *steel/metal siding from top of masonry to top of parapet/eave.
    E.  Roof system is a ballasted, single ply membrane, with insulation, and sixty five 4'x8' skylight/smoke vents.

WORK TO BE INCLUDED

1. Structural design (steel & concrete foundation) complete, and coordination with architect in completing design. Architect is BM2OR, Ernie Olds.

2. Furnish all labor, material, equipment, tools and supervision to complete the following:
    *A. Structural steel, joist, and decking for 250,000 sq. ft. warehouse complete.
    B.  Structural steel, joist, deck and edging for mezzanine to be located in area bound by column line 3-4/D-E. Overall dimension is 39"-4"x50'-8". Total loading is 175 psf.
    C.  Existing pre-engineered metal building will require additional support for snow loading, caused by addition. Include this work.
    D.  Misc. metals – Will include furnishing and/or installing:
        - Framing for roof access hatch, and ladder with cage located in the following areas: Mezzanine, and bathroom office at column line ②11. *Q*
        - Framing for 65 each 4"x8" skylight/smoke vents. ✓
        - Canopy framing & decking at shipping & receiving office. One canopy is 5'x32' and one is 5'x12'.
        - Lintels ✓
        * Beam w/ plate to support 2' of 12" CMU, at 18 each 10'x10' OH doors.

*Assume 3000# soil bearing*

EXHIBIT
Williams 118
DEBRA J. WEAVER
6-14-05

ECE0575

A-67

Catalog Resources Building Expansion – Enterprise Business Park
February 8, 1999
Page Two

    E.    Miscellaneous Metals Continued
- Lintels
- *Beam w/plate to support 4' of 12" CMU, at 2 each 8'x8' OH doors.
- *Beam w/plate to support 4'-8' of 12" CMU, at 4 each 6'x4' windows. Wall will also support mezzanine joist above.
- Dock leveler curb angle. Pit is 7'x8' and is to include bumper mounting angle (Item 4) and Dok-Lok mounting plate (Item 5). Include with base bid twelve (12) each with alternate add; per each.
- Stair w/landing to mezzanine (Metal pan w/concrete). EXTERIOR
- Allowance for hand rails at exterior stairs

    *    4 each would be "L" shape
    *    1 each would be straight w/run on each side max. height is 48" from FF to grade.

    F.    Metal siding, insulation, and trim, from top of CMU to top of parapet/eave, including all framing required for metal siding installation. Allow for 10 ea. 4'x4' wall openings for louver/fan; 4 ea. 6'x4' window opening on 2nd floor of mezzanine, include framing and trim. Copings and eave trim is by roofer. Provide 3 ½" (R-13) vinyl reinforced HD insulation.

Quotes are due back on 2/23/99 with an award by 2/26/99. In quote, please provide the following dates:

|    |                                   | Start   | Complete |
|----|-----------------------------------|---------|----------|
| 1. | Design for foundation and structure | 3/1/99  | 3/12/99  |
| 2. | Fabrication                       | 3/12/99 | 4/30/99  |
| 3. | Erection of steel                 | 5/3/99  | 6/15/99  |
| 4. | Siding                            | 5/24/99 | 7/7/99   |
| 5. | Miscellaneous metals              | 6/14/99 | 6/30/99  |

*Base dates upon award being made on February 26, 1999. Soils borings are completed and will be forwarded to contractor. The above completion dates will bear serious consideration in award of contract.

Alt. Bid to prime joist & deck white



ECE0576

A-68



**EAST COAST ERECTORS INC.**

# PROPOSAL

February 23, 1999

Mr. Robert MacLeish
Del-Homes, Inc.   *LIGHT HOUSE CONSTRUCTION INC.*
1575 McKee Rd., Suite 202
Dover, DE 19904

Re: Catalog Resources Building Expansion
    Enterprise Business Park
    Dover, DE

Dear Bob,

We are pleased to provide our price to design, supply and install the following material for a single story building 250,000 Sq. Ft. per your drawing A2.1 and specifications dated February 8, 1999.

**Structural Steel:**   **338**   Tons  Including: Columns with masonry anchors, beams, girts, perimeter angle, or bent plate, teflon slide plates at (3) expansion joints, erection bolts and standard shop coat primer. Also included is all necessary framing for the required mezzanine and (2) cantilever type canopies at the shipping/receiving office.

Supplied only will be anchor bolts, leveling plates, and anchor bolts at the top of the 12'-0" masonry walls.

**Steel Joist:**   **247**   Tons  Including: "K" Series Type joist complete with all top and bottom chord extensions, "X" type and Horizontal type bridging, shop coat (Gray) primer.

**Metal Decking:**   **2,500**   Squares of 1 ½" Type "B", 22 Gage painted gray roof deck. Also included is **20**  Squares of 1 ½" 20 Gage Galvanized composite floor deck. Also included are all required pour stops, cell closures and side lap screws.

FABRICATING
ERECTING
WELDING
STRUCTURAL AND
MISCELLANEOUS
STEEL
P.O. BOX 448
NEW CASTLE,
DELAWARE 19720
302/323-1800


EXHIBIT
Williams 100
DEBRA J. WEAVER
1-14-05

ECE0532

Pg. 2 of 3

**Miscellaneous Metals:**

- 65- Roof Frames 4' x 8' for Skylight/Smoke Vents
- 2- Roof Frames for Roof Hatches
- 1- Roof Access Ladder with cage @ Q-11 Bathroom
- 1- Roof Access Ladder without cage @ Mezzanine
- 18- Lintel Beams W/Plates for 10' Wide Over Head Doors
- 2- Lintel Beams W/Plates for 8' Wide Over Head Doors
- 4- Lintel Beams W/Plates for 6' Windows @ Mezzanine
- 12- Dock Leveler Frames
- 1- Metal pan stair at Mezzanine
- 3- 2 Line pipe handrails with wall rails @ "L" shaped loading dock stairs.
- 2- 2 Line pipe handrails @ straight loading dock stairs

**Metal Siding:**

- All required 3' wide exposed fastener 26 gage siding by Nucor with standard color and finish.
- All required 3½ fiberglass PSK backed insulation  NEED  R13
- All required base, corner, window, louver and gable flashing
- All required wall "Z" type girts designed at L/240 and 80 MPH wind load.
- All required framing for 10 louver and 4 window openings

**Notes:**

- Masonry Block size is assumed 8"
- Live load is reduced per BOCA
- Design includes concrete foundations
- Lintels are supplied only

**PRICE:**     $1,039,000.00

ECE0533

A-70

Pg. 3 of 3

**Options:**

1. Dock Leveler Frame  Ea.                                                     Add: ____400.00____

2. Pure White Primer on underside of Deck                          Add: __23,000.00__

3. Supply and install all 4" metal studs required for           Add: __49,000.00__
   Parapet walls at the following locations
   1. Line 6 Between E and Q
   2. Line E Between 1 and 6
   3. Line Q Between 6 and 11
   4. Line 6 Between A and E
   5. Line 1 Between A and E

4. Allowance For reinforcing 200LF of existing Bar              Add: ___$4,160.00___
   Joist and adding 4 Roof Drain Frames

   2 Men  3 Days    48 Hrs. x $45 = $2,160.00
   Material                                    1,000.00
   High Reach                              1,000.00
                                                   $4,160.00

**Exclusions:**

-Leader Heads
-Gutters
-Down Spouts
-Light Gage Metal Studs
-Copings, Eave Trim or Gravel Stops
-Plywood Sheathing and Wood Blocking
-Grouting
-Joist reinforcing at concentrated Loads
CONCRETE FOR STAIRPUMPS OR BOLLARDS
GAMEDRAILS PER DETAIL 1/A2.0

-Field Touch Up
-Surveying
-Shoring
-Galvanizing
-White Primer on Joists
-Testing & Inspections
-Building Permits
ISOLATION BLOCKS

Thank you for the opportunity to present this proposal. If you have any questions do not hesitate to call.

Sincerely,

*Michael A. Williams*

Michael A. Williams
MAW/pzp

If this proposal meets with your approval please sign and return one copy.

Accepted By: Del-Homes, Inc.            _____
                                                                  Name

                                                              _____
                                                                  Date

ECE0534

A-71



630 W. Division St. • Suite 202 • Dover, DE 19904 • 302-677-1965/Office • 302-677-1969/Fax

Professional Builder • Land Development • Residential Construction • Light Commercial

February 26, 1999

Mike Williams
East Coast Erectors Inc.
1144 River Road
New Castle, DE 19720

RE: Catalog Resources – Enterprise Business Park
    Dover, DE

Dear Mr. Williams:

By way of this letter, it is the intent of Lighthouse Construction, Inc. to award the following work to your company:

| | | |
|---|---|---:|
| 1. | Base Bid: | $1,039,000.00 |
| 2. | Alt. No. 1 – Two (2) additional dock leveler frame | $ 800.00 |
| 3. | Alt. No. 2 – White primer on underside of dock | $ 23,000.00 |
| 4. | Alt. No. 3 – F & I Metal Studs | $ 49,000.00 |
| 5. | Alt. No. 4 – Reinforce existing 200 LF of roof | $ 4,160.00 |
| | **TOTAL** | $1,115,960.00 |

We will be forwarding a contract (AIA A401) for your review and execution. The contract will include the IFB, ECE Quote, and minutes from meeting on February 25, 1999.

If you have any questions, please do not hesitate to give me a call.

Sincerely,

Michael McKone

RECEIVED MAR 1 1999 EAST COAST ERECTORS

EXHIBIT Williams-101 DEBRA J. WEAVER 1-14-05

ECE0525

A-72

# EXHIBIT "J"



# O'DONNELL NACCARATO MACINTOSH

ROBERT T. MACINTOSH, P.E.
PRESIDENT

February 18, 1999

East Coast Erectors
P. O. Box 448
1144 River Road
New Castle, DE  19720

ATTN:  Mr. Michael Williams

RE:  **Catalogue Resources**
     **Dover, DE**
     **Project No.: 104.002**

We are pleased to submit the following proposal for Consulting Structural Engineering Services for the subject project. Our proposal is based on preliminary floor plans supplied by your office. This project consists of the design for a one (1) story 252,000 sq. ft. addition to existing warehouse with a 2,000 sq. ft. mezzanine.

Our services will consist of the following:

1. Consultation to determine structural requirements.

2. Determination of the most suitable structural system.

3. Preparation of structural drawings; drawings will be sealed for building permit application.

4. Review shop drawings.

5. Make 2 visits to the site during construction.

ECE0573

*Our fee for these services will be $20,000.00.*



FEB 25 1999



EXHIBIT
Williams-119
DEBRA J. WEAVER
1-14-05

O'DONNELL, NACCARATO & MACINTOSH
300 Delaware Avenue • Suite 820
Wilmington, DE 19801
302-252-9200 • Fax: 302-252-9201
www.onmac.com

A-73



Mr. Michael Williams
East Coast Erectors
Project No.: 104.002
February 18, 1999
Page 2

The contract terms are based on the following assumptions:

1. A Geotechnical Engineering firm will be retained by others and we will rely upon their recommendations for our foundation design.

2. A conventional spread footing foundation system will be used. Our fee will be increased if deep foundations, grade beams or supported slabs-on-grade are required.

3. Our fee will be increased for revision of design and/or drawings to suit changes after work is released for pricing or permits.

4. Material testing and construction inspection will be provided by an inspection and testing agency retained by others. These services should be procured on a continuous basis and must comply with all applicable code requirements.

5. It is assumed that the following items will be provided by others:

    - Design of means and methods structures (sheeting, shoring, scaffolding, formwork, etc.)
    - Preparation of as-built drawings.
    - Design of seismic bracing of architectural and mechanical components.

This agreement constitutes the entire agreement between the parties hereto.

_____     2-23-99
O'DONNELL, NACCARATO & MACINTOSH     DATE


_____     _____
EAST COAST ERECTORS                  DATE



RM:ljs

J:\0104002\Letters\lf-propltr.doc

ECE0574

A-74

# EXHIBIT "K"

```
                         City of Dover
                          CITY HALL
                   15 E. LOOCKERMAN STREET
                       DOVER DE 19901




           C E R T I F I C A T E   O F   O C C U P A N C Y


                         P E R M A N E N T



Issue Date . . . . . . .    12/02/99

Parcel Number  . . . . .    ED-05-076.11-03-020.000-000
Property Address . . . .    97 COMMERCE WAY OLD
                            DOVER                    DE 199040000
Subdivision Name . . . .
Legal Description  . . .
Property Zoning  . . . .    INDUSTRIAL PARK MFG

Owner  . . . . . . . . .    DEL HOMES GROUP LLC

Contractor . . . . . . .    LIGHTHOUSE CONSTRUCTION INC
                            302 677-1965

Application number . . .    99-00000573 000 000
Description of Work  . .    ADDITION
Construction type  . . .    TYPE 2C NONCOMBUST UNPROT
Occupancy type . . . . .    S-1 STORAGE - MOD HAZARD
Flood Zone . . . . . . .

Approved . . . . . . . .    [signature]
                            Building Official

              VOID UNLESS SIGNED BY BUILDING OFFICIAL
```

A-75                                               LH 02700

# EXHIBIT "L"

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
- - -

FEDERAL INSURANCE COMPANY a/s/o       :
EZIBA.COM / AVACET, INC., EZIBA       :
SECURITIES CORP.,                     : Civil Action
    Plaintiffs,                       : No. 04-339
    Vs.                               :
LIGHTHOUSE CONSTRUCTION, INC.,        :
BECKER MORGAN GROUP, INC., and        :
O'DONNELL NACCARATO & MACINTOSH,      :
INC.,                                 :
    Vs.                               :
    Defendants.                       :
-----------------------------------   :
MILLERS CAPITAL INSURANCE             : Civil Action
COMPANY a/s/o DEL-HOMES CATALOG       : No. 04-1322-JJF
GROUP, LLC,                           :
    Plaintiffs,                       :
    Vs.                               :
LIGHTHOUSE CONSTRUCTION, INC.,        :
BECKER MORGAN GROUP, INC., and        :
O'DONNELL NACCARATO & MACINTOSH,      :
INC.,                                 :
    Defendants,                       :
    and                               :
LIGHTHOUSE CONSTRUCTION, INC.,        :
    Defendant and Third-Party         :
    Plaintiff,                        :
    Vs.                               :
EAST COAST ERECTORS, INC.,            :
    Third-Party Defendant.            :
- - -

TUESDAY, APRIL 26, 2005

- - -

Oral deposition of JOHN BEISER, taken pursuant to
Notice, before Shari Bowen, Certified Shorthand
Reporter and Notary Public, at YOUNG & MALMBERG, 30 The
Green, Dover, Delaware, commencing at 10:00 a.m.

KARASCH & ASSOCIATES
REGISTERED PROFESSIONAL REPORTERS
PENNSYLVANIA and DELAWARE
(800) 621-5689

A-76

1  been marked Exhibit 72. Take a moment and look at that
2  and tell me if you recognize it.
3      A.   Yes.
4      Q.   What is that?
5      A.   Pardon?
6      Q.   What is it?
7      A.   It's a termination of the lease.
8      Q.   Was that the first notification that you had
9  from anyone associated with Client Logic that they
10 intended to terminate the lease?
11     A.   Yes.
12     Q.   Were you given any explanation concerning the
13 termination of the lease other than what was said in
14 this letter?
15     A.   No.
16     Q.   Did you ever contact Client Logic to try to
17 persuade them to remain in any portion of the premises?
18     A.   No.
19     Q.   Now, is it correct that the 1999 building had
20 not been damaged other than where it joined the '95
21 building?
22     A.   Yes.
23     Q.   Okay. For example, the roof structure of the
24 1999 building was not damaged in this storm; is that
25 correct?

1  A.  It was my understanding that they removed
2  some, or a portion of the snow from the roof. I was
3  not there at the time.
4  Q.  But whether due to snow removal or whether
5  due to just the strength of the roof, as far as you
6  know, the 1999 building roof was not damaged?
7  A.  Yes.
8  Q.  Yes, that's correct?
9  A.  It was not.
10  Q.  Okay. Thanks. Sometimes it's more difficult
11  to communicate here than we might think. Okay.
12  And did you have any communications with
13  anyone with Client Logic or any agent of Client Logic
14  concerning their continuing to use the '99 building?
15  A.  No.
16  Q.  Why not?
17  A.  Well, I can't answer the question because by
18  that time, my attorney was involved. But, no, I had no
19  personal contact with anyone. There was some attorney,
20  and I can't remember her name, who we had discussions
21  with, but I don't remember the particulars.
22  Q.  Would that be Tina Bardak?
23  A.  Yes.
24  Q.  Okay. She was a lawyer with Client Logic.
25  A.  She was, to my understanding, in-house.

# EXHIBIT "M"

## LEASE AGREEMENT

THIS LEASE is entered into this 19th day of ~~June~~ July 1995 between Del-Homes Group, L.L.C., and/or assigns, (hereinafter called "Lessor"), and Catalog Resources, Inc., (hereinafter called "Lessee") with principal offices at 100 Enterprise Place, Dover, DE 19904. In consideration of the mutual covenants and conditions in this lease, the Lessor and Lessee agree as follows:

1. DESCRIPTION OF PREMISES: The Lessor leases to Lessee and warrants that it has the ability to lease, and Lessee hires from Lessor, on the terms and conditions set forth, that certain property, more particularly described as an 76,000 square foot warehouse at Enterprise Business Park, Parcel #4 (Commerce Way). The described property is referred to as the "leased premises."

2. COMMENCEMENT OF LEASE: This lease shall commence upon completion of the 76,000 square foot warehouse along with all governmental requirements which would allow occupancy, i.e., temporary certificate of occupancy or permanent certificate of occupancy.

3. TERMS: The terms of this lease shall be for ten (10) years. In the event the commencement date falls on other than the first day of a month, then the Lessee shall pay a prorated rent for a partial month and the term of the lease shall be adjusted to run from the first day of the following month.

APR 2 5 2003

LEASE AGREEMENT

THIS LEASE is entered into this 19th day of July 1995 between Del-Homes Group, L.L.C., and/or assigns, (hereinafter called "Lessor"), and Catalog Resources, Inc., (hereinafter called "Lessee") with principal offices at 100 Enterprise Place, Dover, DE 19904. In consideration of the mutual covenants and conditions in this lease, the Lessor and Lessee agree as follows:

1. DESCRIPTION OF PREMISES: The Lessor leases to Lessee and warrants that it has the ability to lease, and Lessee hires from Lessor, on the terms and conditions set forth, that certain property, more particularly described as an 48,000 square feet of office space at Enterprise Business Park, Parcel #4 (Commerce Way). The described property is referred to as the "leased premises."

2. COMMENCEMENT OF LEASE: This lease shall commence upon completion of the 48,000 square foot building along with all governmental requirements which would allow occupancy, i.e., temporary certificate of occupancy or permanent certificate of occupancy.

3. TERMS: The terms of this lease shall be for ten (10) years. In the event the commencement date falls on other than the first day of a month, then the Lessee shall pay a prorated rent for a partial month and the term of the lease shall be adjusted to run from the first day of the following month.



A-80

MMG0277