UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o/ EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC. and O'DONNELL, NACCARATO & MACINTOSH, INC., <br><br> Defendants. <br><br> and <br><br> LIGHTHOUSE CONSTRUCTION, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> EAST COAST ERECTORS, INC., <br><br> Third-Party Defendant. | Civil Action No. 04-339/04-1322JJF <br><br> CONSOLIDATED ACTION <br><br> JURY OF TWELVE DEMANDED |

## NOTICE OF DEPOSITION

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned counsel will take the oral deposition of Franklin M. Davis, Jr. on Monday, September, 12, 2005 beginning at 12:00 p.m. in the law offices of Chrissinger & Baumberger, located at Three Mill Road, Suite 301, Wilmington, Delaware 19806.

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com


/s/ Robert B. Hill
Robert B. Hill, Admitted Pro Hac Vice
McLAIN & MERRITT, P.C.
3445 Peachtree Road, Suite 500
Atlanta Ga 30326-3240

*Attorneys for Defendant East Coast Erectors, Inc.*

Dated: August 24, 2005

cc:   Esquire Deposition Services

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2005, I electronically filed the within Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David J. Baumberber, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

I hereby certify that on August 24, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
PO Box 397
Wilmington, DE 19899

Ron L. Pingitore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103

Dana Ostrovsky, Esquire
Coghen, Seglias, Pallas, Greenhall & Furman, PC
11th Floor, 1515 Market Street
Philadelphia, PA 19102

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue - Suite 410
Conshohocken, PA 19428

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com