# WETZEL & ASSOCIATES, P. A.

Attorneys at Law

**Natalie M. Ippolito***
*Also admitted in NY and PA

The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, Delaware 19805

Telephone:  302.652.1200
Facsimile:  302.652.1900
E-mail:      nippolito@wetzellaw.com

August 25, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lockbox 27
Wilmington, DE 19801

> **Re:**  **Federal Insurance Company v. Lighthouse Construction, Inc.**
> **Millers Capital Insurance Company v. Lighthouse Construction, Inc. v.**
> **East Coast Erectors, Inc.**
> **Civil Action No. 04-339/04-1322 JJF (Consolidated Action)**

Dear Judge Farnan:

Enclosed please find a Stipulated Modified Scheduling Order that has been agreed to by all parties.  The undersigned is available should the Court have any questions.

Respectfully submitted,

Natalie M. Ippolito

Enclosure

cc:  Clerk of the Court (w/encl.)
     All Counsel on the attached service list (w/encl.)

## SERVICE LIST

David J. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806
Wilmington, DE 19801

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas
  Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400

Robert B. Hill, Esquire
McLain & Merritt
3445 Peachtree Road, N.E., Suite 500
Atlanta, GA 30326-3240

Ron L. Pingitore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Dana Ostrovsky, Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
11th Floor, 1515 Market Street
Philadelphia, PA 19102

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue
Suite 410
Conshohocken, PA 19428