## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EBIZA SECURITIES CORP. and MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC. and BECKER MORGAN GROUP, INC. and O'DONNELL, NACCARATO & MACINTOSH, INC., and EAST COAST ERECTORS, <br><br> Defendants. <br> and <br><br> LIGHTHOUSE CONSTRUCTION, INC., <br><br> Third Party Plaintiff, <br><br> v. <br><br> EAST COAST ERECTORS, <br><br> Third Party Defendant. | C. A. NO. 04-339/04-1322 JJF <br><br> CONSOLIDATED ACTION |

**APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' ANSWER IN OPPOSITION TO EAST COAST ERECTORS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT BASED UPON THE STATUTE OF REPOSE**

DOCS_DE 115238v1

| | |
|---|---|
| Dated: <u>August 30, 2005</u> | Frank E. Noyes, II, Esquire (#3988)<br>WHITE AND WILLIAMS LLP<br>824 North Market Street, Suite 902<br>P. O. Box 709<br>Wilmington, DE 19899-0709<br>Telephone:   302-467-4511<br>Facsimile:   302-467-4556<br>***Attorney(s) for Plaintiff*** |
| ***Of Counsel:***<br>Ron Pingitore, Esquire<br>WHITE AND WILLIAMS LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19135-7395<br>Telephone:   215-864-6324 | |
| | Sean J. Bellew (I.D. No. 4072)<br>COZEN O'CONNOR<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE  19801<br>Telephone:   (302) 295-2000<br>Facsimile:   (302) 295-2013 |
| ***Of Counsel:***<br>Steven K. Gerber (*Pro Hac Vice*)<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA  19103<br>Telephone:   (215) 665-2000<br>Facsimile:   (215) 665-2013 | |

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Exhibit A | Deposition Exhibit 14 from Greg Moore | B1 |
| Exhibit B | Deposition Excerpt from Robert MacLeish | B4 |
| Exhibit C | Deposition Exhibit 25/26 from Robert MacLeish | B20 |
| Exhibit D | Deposition Excerpt from Robert MacLeish | B25 |
| Exhibit E | Expert Report of Charles Timbie, P.E. | B33 |
| Exhibit F | Amended Complaint of Millers Capital | B49 |
| Exhibit G | Deposition Excerpt from Mike Williams | B58 |
| Exhibit H | Deposition Exhibit and Excerpt from Robert MacIntosh | B64 |
| Exhibit I | Deposition Excerpt from Joe Anastasi | B71 |
| Exhibit J | Deposition Excerpt from Mike Williams | B76 |
| Exhibit K | Deposition Excerpt from Robert MacIntosh | B87 |
| Exhibit L | Deposition Excerpt from Mike Williams | B91 |
| Exhibit M | Deposition Exhibit and Excerpt from Mike Williams | B97 |
| Exhibit N | Excerpt from BOCA 1996 Building Code | B106 |

Exhibit "A"

JUN. 18. 1998 11:15AM
PHONE NO. 3026788575
98084.02

FROM : CATALOG*RESOURCES*INC

DOUG VAN SANT, FACILITIES MANAGER
97 COMMERCE WAY, DOVER, DE 19904
OFFICE TELEPHONE:   302-741-8502
C.R.I. FAX:   302-678-9200


CATALOG RESOURCES, INC.

# Fax

**To:** GREG MOORE / BM2OR  **From:** DOUG VAN SANT
**Fax:** 734-7965  **Pages:** [Click here and type # of pages]
**Phone:** N/A  **Date:** June 18, 1998
**Re:** EXPANSION SKETCHES  **CC:** N/A

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

• **Comments:** Greg:

Here are copies of 2 sketches I prepared for consideration of the proposal to add an extension to our main building's office section...for what they're worth.

Also, I am concerned about parking. We're going to need probably a couple hundred new spaces provided on site as we will be abandoning the 106 now fully utilized at Bldg. 200, and the 140 at Bldg. 100 (we didn't use all those). I will work up a maximum shift employee number for spaces required, and forward that to you when ready.

Call me anytime for further info. Thanks.

Doug V.S.

EXHIBIT
Moore-14
DEBRA J. WEAVER
3-15-05

BMG01777

B1

Site plan drawing showing:

- CITY OF DOVER BOUNDARY
- PROPOSED FIRE LANE
- (PROPOSED WAREHOUSE AREA) (75,000 S.F. FLOOR SPACE)
- PROPOSED WAREHOUSE AND OFFICE BUILDING F.F.F.=50.50 (BUILDING TO BE SPRINKLERED) AREA=7.6796± ACRES
- TRASH COMPACTOR AND RECEPTACLE
- LOADING BERTHS
- 15" MCC CONCRETE DOLLY PAD
- (PROPOSED OFFICE SPACE) (2 STORY OFFICE SPACE) (40,000 S.F. BOTH FLOORS)
- PLACE HCP RAMP PER DETAIL
- PROP. 4" SIDEWALK (TO BE DEDICATED TO PUBLIC USE)
- AREA=0.9899± ACRES PROPOSED DETENTION BASIN
- NOTE: LINE REPRESENTS LIMIT OF CONSTRUCTION NOT A PROPERTY LINE.
- PROPOSED 2-STY. ADDITION TO BLDG. 1
- 1" = 100'

BMG01778

B2



BMG01779

B3

Exhibit "B"


```
 1                    UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF DELAWARE
    ------------------------------x
 3  FEDERAL INSURANCE              :   CIVIL ACTION
    COMPANY a/s/o                  :
 4  EZIBA.COM./AVACET,             :   NO. 04-339
    INC., EZIBA                    :
 5  SECURITIES CORP.,              :
            Plaintiff(s),          :
 6         v.                      :
    LIGHTHOUSE                     :
 7  CONSTRUCTION, INC.,            :
    BECKER MORGAN GROUP,           :
 8  INC., and O'DONNELL,           :
    NACCARATO &                    :
 9  MACINTOSH, INC.,               :
            Defendant(s).          :
10  ------------------------------x
                                   :   CIVIL ACTION
11  MILLERS CAPITAL                :
    INSURANCE COMPANY              :   NO. 04-1322-JJF
12  a/s/o DEL-HOMES                :
    CATALOG GROUP, LLC,            :
13          Plaintiff(s),          :
           v.                      :
14  LIGHTHOUSE                     :
    CONSTRUCTION, INC.,            :
15  BECKER MORGAN GROUP,           :
    INC., and O'DONNELL,           :
16  NACCARATO &                    :
    MACINTOSH, INC.,               :
17          Defendant(s)           :
    and                            :
18  LIGHTHOUSE                     :
    CONSTRUCTION, INC.,            :
19          Defendant and          :
            Third-Party            :
20          Plaintiff,             :
           v.                      :
21  EAST COAST ERECTORS,           :
    INC.,                          :
22          Third-Party            :
            Defendant.             :
23  ------------------------------x
24
```

COPY

B4

1    Oral deposition of ROBERT C.
2  MacLEISH, held at the law offices of
3  CHRISSINGER & BAUMBERGER, 3 Mill Road,
4  Suite 301, Wilmington, DE 19806, on
5  Wednesday, March 16, 2005, beginning at
6  10:08 a.m., before Debra J. Weaver, a
7  Federally Approved RPR, CRR, CSR of NJ
8  (No. XI 01614) and Delaware (No. 138-RPR,
9  Expiration 1/31/08), and a Notary Public
10 of New Jersey, Pennsylvania and Delaware.
11
12
13
14
15
16
17
18
19
20
21
22    ESQUIRE DEPOSITION SERVICES
      1880 John F. Kennedy Boulevard
23    15th Floor
      Philadelphia, Pennsylvania 19103
24    (215) 988-9191

Esquire Deposition Services

B5

```
 1     A.    Forbes.
 2     Q.    And who was the contact --
 3  who contacted whom?
 4     A.    I'm assuming they contacted
 5  Del-Homes, because Jack came to me.  A
 6  phone call didn't come to me.  Jack
 7  brought the conversation to me.
 8     Q.    This is Jack Beiser?
 9     A.    Beiser.
10     Q.    And by "they," are we
11  talking about Client Logic?
12     A.    Yes, sir.
13     Q.    And do you know, who was the
14  contact at Client Logic?
15     A.    At that time, no, I did not
16  know.
17     Q.    Who did you end up dealing
18  with?
19     A.    A combination of people.
20           Do you want me to tell you
21  when we met?
22     Q.    Sure.
23     A.    In June of '98, I went with
24  Jack and we met with Tim, I think Doug
```

Van Sant, and I think there was one or two other people. I can't remember. I think it was Tim and Doug.

And they laid out -- you know, they gave us a drawing that they had prepared of what they would like to do and was it feasible to be able to do that.

Q.    And was this the first concept meeting?

A.    If I remember correctly, yes.

Q.    And who is "they," when you say they gave you a drawing?

A.    Catalog Resources gave us a drawing.

Q.    Is that a drawing that you have in your files?

A.    I believe we do.

MR. GERBER: Dave, is that a drawing that's been produced; do you know?

MS. PETRONE: It might have been entered as an exhibit

```
 1                yesterday.
 2                        MR. BAUMBERGER:  Yes.  I
 3                think it was.
 4                        MR. GERBER:  Moore-14.
 5     BY MR. GERBER:
 6                Q.      Okay.  I'm going to show you
 7     an exhibit that was marked yesterday as
 8     Moore Exhibit 14.  It's a fax cover page
 9     with two drawings, or two pages of
10     drawings that come right behind it.  If
11     you'd take a look at that.
12                A.      Yes.  That was given to us
13     at that meeting.
14                Q.      This is the drawing that was
15     given to you at that meeting?
16                A.      Yes.
17                Q.      They showed you this drawing
18     and asked you whether -- what did they
19     ask you?
20                A.      They wanted to know if it
21     was possible that they could get a
22     building of that configuration.
23                Q.      The folks who gave you this
24     drawing, these were the folks that ran
```

```
 1   Catalog Resources Group?
 2        A.     I don't know if they -- I
 3   assume that they --
 4        Q.     They ran the operation there
 5   at Dover?
 6        A.     I'm assuming that, yes.
 7        Q.     Were they architects?
 8        A.     Not that I'm aware of.
 9        Q.     Were they structural
10   engineers?
11        A.     I don't know.
12        Q.     When you say they asked you
13   whether this could be done, what was
14   your -- who did they ask that of?
15        A.     I guess to Jack and I both.
16        Q.     And what did you tell them?
17        A.     Not knowing what the site
18   plan would hold, you know, what the
19   site -- what kind of restrictions were
20   there, we'd have to get back to them.
21   We'd have to get the information to an
22   engineer, see what we could do.
23        Q.     So what did you do?
24        A.     Forwarded that drawing to
```

1  Becker Morgan Group to see if, you know,
2  could you get a building like that on
3  that site.
4      Q.    And had you worked with
5  Becker Morgan Group before?
6      A.    No. That was the first time
7  that I engaged their services.
8      Q.    And how did you determine
9  that you were going to forward that
10 drawing to Becker Morgan Group?
11     A.    Charlie Rodriguez was Jack's
12 real estate agent and he had
13 recommended -- he had met them and he
14 was -- I don't know if they'd been there
15 that long, I wasn't that familiar with
16 them as a firm, and said that they did
17 real good work. So I called them to get
18 a proposal.
19     The engineers that Jack had
20 used on his other jobs were kind of slow
21 in responding, you know, getting site
22 plans through and things. So Jack and I
23 spoke about getting another proposal from
24 a different firm.

1   Q.   Did Jack Beiser tell you to
2  call Becker Morgan or did you determine
3  that on your own?
4   A.   Well, I got the
5  recommendation from Charlie, forwarded it
6  to Jack, and Jack agreed with Charlie's
7  recommendation.
8   Q.   Did you have a name at
9  Becker Morgan who was going to be your
10 contact person?
11  A.   Yes.  Charlie gave us Greg
12 Moore.
13  Q.   And did you call Greg Moore,
14 then?
15  A.   Yes.
16  Q.   And "then" being?  This was
17 what time frame now, roughly?
18  A.   It was probably fairly
19 quickly.  You know, probably -- it wasn't
20 long.  I mean, I can't even remember.
21  Q.   Summer '98?
22  A.   Oh, you mean as far as
23 contacting Greg?
24  Q.   Yes.

1   A.   Yes, it was definitely in the summer of '98. Spring of '98, probably.

2   Q.   Had you met Greg before?

3   A.   Not -- that was the first time I had met him.

    Later on we found out I went to high school with his sister. So we probably had met prior to that. And my sister, I think, was in his class or something like that.

4   Q.   What was Becker Morgan's role in this project?

5   A.   Their initial role, they started out as the civil engineers. And then they came in to be the architects for the project.

6   Q.   Okay. So their role expanded from civil engineer?

7   A.   Yes, it did.

8   Q.   Did they become the architect of record for the project?

9   A.   That was my recollection, yes.

Q. All right. You were in the room yesterday --

A. Yes.

Q. -- during the testimony of both Mr. Moore and Mr. Ernie Olds, correct?

A. Yes, sir.

Q. The transcripts will speak for themselves, but my recollection is that they both said that Becker Morgan had a more limited role of being -- their drawings were for permit purposes.

Do you recall that?

A. Yes, I do.

Q. You have a different --

A. I don't know that it's different. I guess it's how you define, what is a permit.

When we engaged -- as we started out, like you said, there was a -- Client Logic/Catalog Resources, it was kind of transitioning at that point, provided drawings and sketches. We're not architects. We're not engineers. I

1  can't do that kind of work.
2              They're asking space
3  planning questions, issues like that.
4  You can give them a footprint of what is
5  the maximum size building you can put on
6  this lot, from a land use perspective.
7  That's the first thing we needed to
8  determine was, could you even put a
9  building of that size on that lot. Jack
10 was always looking at maximizing his
11 building space to return his capital on
12 his dollars for his land. So that was
13 the first determination.
14              Once that was determined,
15 then that sketch, there was a meeting
16 held in September, when you figure out
17 there's a lot of issues with -- because
18 of the shopping center. Jack,
19 fortunately, owned both properties,
20 that's what Greg was explaining, there
21 were conflicts with different things. As
22 research was conducted and boundary lines
23 were established, the location of the
24 building kind of shifted with