1  different -- you know, in and out, we set
2  an offset of five feet.
3          Once we got a pretty good,
4  okay, this is what we think is the
5  footprint that we could put into here,
6  that's when Client Logic/Catalog
7  Resources came up with, here's a layout
8  of what we would like to see in there,
9  here's where we would like our shipping
10 and receiving, some things like that,
11 because it differed somewhat from what
12 that print is that you just showed me.
13         In September we had Becker
14 Morgan, Ernie, meet with the Client
15 Logic/Catalog Resources people to take
16 that print that they had given us and
17 develop a plan, you know, a sketch, a
18 schematic drawing, just to see, is this
19 kind of what you're looking for.  It
20 probably took him about a month, maybe a
21 little more than that, as I remember.
22         We turned that drawing over
23 to Catalog Resources/Client Logic and
24 then they reviewed it.  There was another

meeting held in November where it was finalized, you know, as far as, here's a floor plan, a building plan that we're looking at. And it was, basically, just a grid pattern, setting up tentative schematic plans.

At that time, we had consulted and worked with Mike Williams of East Coast Erectors about the type of building to use. He had recommended -- I remember when I was working with Walker, on the original building, you know, we can do structural steel and probably deliver quicker and be very cost competitive. So that was one of -- called Mike, again, from working with him in the past.

I always found Mike to be very knowledgeable and very helpful. Did a lot of buildings like that. So we kind of set up, and that's how we kind of came up -- working with the architect, everybody kind of worked to that point. We were still going through the site plan

1  approval process, but still moving
2  forward trying to define, working --
3  Catalog and Client, that's when they were
4  changing their name from Catalog to
5  Client Logic. They were being bought out
6  by a bigger company.
7           I think Jerry King, who was
8  one of the principal owners, or
9  principals of Catalog Resources, was
10 involved initially. When this took
11 place, he became removed. And I can
12 never remember what that transition was
13 from that relationship.
14          So those drawings tended to
15 change. And it was starting, stopping.
16 I think in November, Jack -- I was
17 involved in it, and the lease
18 negotiations at that point, got a
19 commitment from Tim Sylvester from Client
20 Logic that they were going to proceed
21 with the project, and started preparing
22 the lease agreements and stuff like that
23 to get them signed, which, then, that --
24 we started putting together schedules, as

1  far as when did they want to occupy the
2  building, what kind of a construction
3  schedule; like I said, bringing to
4  conclusion the actual site plan approval
5  of that site.
6           In February, we took those
7  drawings and put out a bid package to
8  three steel contractors. We used Becker
9  Morgan as the footprint, put a scope of
10 work together, and supplied that to three
11 different steel companies, and received
12 those bids back. That was probably our
13 first package to work with.
14          Once we got those bids back,
15 then we made an award to East Coast
16 Erectors and had them commence on their
17 drawings to start that work. They were
18 responsible for the design and
19 construction, the foundations of all the
20 structural steel package, foundations and
21 coordination.
22          And then from that point, it
23 just kind of kept moving forward. There
24 was always an interaction between the

different, I'll call them major subcontractors on each of the phases of it, from East Coast to the roofer, which was Quality, the foundation contractor, he was a major sub, but he really followed the drawings given to us by East Coast.

But we had the roofer, mechanical. We had a plumbing contractor, Ralph Degliobesi. We had an HVAC contractor, Polar, sprinkler contractor, Grinnell. Electrical was H&A. And the site work contractor, which was a major, but those drawings were all completed by Becker Morgan, was Cahall, Ralph Cahall & Son.

Q. Was there ever another architect of record, other than Becker Morgan?

A. On the 1999 building?

Q. Correct.

A. No.

Q. With respect to Catalog Resources Group, which evolved into

Exhibit "C"

# PROPOSAL

**EAST COAST ERECTORS INC.**

February 23, 1999

Mr. Robert MacLeish
Del-Homes, Inc.
1575 McKee Rd., Suite 202
Dover, DE 19904

Re: Catalog Resources Building Expansion
    Enterprise Business Park
    Dover, DE

Dear Bob,

We are pleased to provide our price to design, supply and install the following material for a single story building 250,000 Sq. Ft. per your drawing A2.1 and specifications dated February 8, 1999.

**Structural Steel:** ___338___ Tons  Including: Columns with masonry anchors, beams, girts, perimeter angle, or bent plate, teflon slide plates at (3) expansion joints, erection bolts and standard shop coat primer. Also included is all necessary framing for the required mezzanine and (2) cantilever type canopies at the shipping/receiving office.

Supplied only will be anchor bolts, leveling plates, and anchor bolts at the top of the 12'-0" masonry walls.

**Steel Joist:** ___247___ Tons  Including: "K" Series Type joist complete with all top and bottom chord extensions, "X" type and Horizontal type bridging, shop coat (Gray) primer.

**Metal Decking:** ___2,500___ Squares of 1 ½" Type "B", 22 Gage painted gray roof deck. Also included is ___20___ Squares of 1 ½" 20 Gage Galvanized composite floor deck. Also included are all required pour stops, cell closures and side lap screws.

FABRICATING
ERECTING
WELDING
STRUCTURAL AND MISCELLANEOUS STEEL

P.O. BOX 448
NEW CASTLE, DELAWARE 19720
302/323-1800

EXHIBIT
MacLeish-25
DEBRA J. WEAVER
3-16-05

LH 01441

B20

### Miscellaneous Metals:

- 65- Roof Frames 4' x 8' for Skylight/Smoke Vents
- 2-  Roof Frames for Roof Hatches
- 1-  Roof Access Ladder with cage @ Q-11 Bathroom
- 1-  Roof Access Ladder without cage @ Mezzanine
- 18- Lintel Beams W/Plates for 10' Wide Over Head Doors
- 2-  Lintel Beams W/Plates for 8' Wide Over Head Doors
- 4-  Lintel Beams W/Plates for 6' Windows @ Mezzanine
- 12- Dock Leveler Frames
- 1-  Metal pan stair at Mezzanine
- 3-  2 Line pipe handrails with wall rails @ "L" shaped loading dock stairs.
- 2-  2 Line pipe handrails @ straight loading dock stairs

### Metal Siding:

- All required 3' wide exposed fastener 26 gage siding by Nucor with standard color and finish.
- All required 3" fiberglass PSK backed insulation
- All required base, corner, window, louver and gable flashing
- All required wall "Z" type girts designed at L/240 and 80 MPH wind load.
- All required framing for 10 louver and 4 window openings

### Notes:

- Masonry Block size is assumed 8"
- Live load is reduced per BOCA
- Design includes concrete foundations
- Lintels are supplied only

**PRICE:**     $1,039,000.00

Pg. 3 of 3

**Options:**

1. Dock Leveler Frame Ea.                                      Add: ___400.00___

2. Pure White Primer on underside of Deck                      Add: _23,000.00_

3. Supply and install all 4" metal studs required for          Add: _49,000.00_
   Parapet walls at the following locations
   1. Line 6 Between E and Q
   2. Line E Between 1 and 6
   3. Line Q Between 6 and 11
   4. Line 6 Between A and E
   5. Line 1 Between A and E

4. Allowance For reinforcing 200LF of existing Bar             Add: __$4,160.00__
   Joist and adding 4 Roof Drain Frames

   2 Men 3 Days   48 Hrs. x $45 = $2,160.00
   Material                        1,000.00
   High Reach                      1,000.00
                                  $4,160.00

**Exclusions:**

-Leader Heads                              -Field Touch Up
-Gutters                                   -Surveying
-Down Spouts                               -Shoring
-Light Gage Metal Studs                    -Galvanizing
-Copings, Eave Trim or Gravel Stops        -White Primer on Joists
-Plywood Sheathing and Wood Blocking       -Testing & Inspections
-Grouting                                  -Building Permits
-Joist reinforcing at concentrated Loads

Thank you for the opportunity to present this proposal. If you have any questions do not hesitate to call.

Sincerely,

*Michael A. Williams*

Michael A. Williams
MAW/pzp

If this proposal meets with your approval please sign and return one copy.

Accepted By: Del-Homes, Inc.             _____
                                                    Name

                                         _____
                                                    Date

LH 01443

B22

# PROPOSED PROJECT SCHEDULE

Catalog Resources Expansion
Enterprise Business Park
Dover, DE

February 23, 1999

|  | Start | Complete |
|---|---|---|
| Design for Foundation and Structure | 3/1 | 3/12 |
| Fabrication of Steel | 3/12 | 4/30 |
| Erection of Steel | 5/3 | 6/15 |
| Erection of Siding | 5/24 | 7/7 |
| Miscellaneous Metals | 6/14 | 6/30 |

<u>Note</u>: Schedule based upon award being made on Friday 2/26/99.

LH 01444

B23



630 W. Division St. • Suite 202 • Dover, DE 19904 • 302-677-1965/Office • 302-677-1969/Fax
Professional Builder • Land Development • Residential Construction • Light Commercial

February 26, 1999

Mike Williams
East Coast Erectors Inc.
1144 River Road
New Castle, DE 19720

RE: Catalog Resources – Enterprise Business Park
    Dover, DE

Dear Mr. Williams:

By way of this letter, it is the intent of Lighthouse Construction, Inc. to award the following work to your company:

| | | |
|---|---|---:|
| 1. | Base Bid: | $1,039,000.00 |
| 2. | Alt. No. 1 – Two (2) additional dock leveler frame | $       800.00 |
| 3. | Alt. No. 2 – White primer on underside of dock | $  23,000.00 |
| 4. | Alt. No. 3 – F & I Metal Studs | $  49,000.00 |
| 5. | Alt. No. 4 – Reinforce existing 200 LF of roof | $    4,160.00 |
| | TOTAL | $1,115,960.00 |

We will be forwarding a contract (AIA A401) for your review and execution. The contract will include the IFB, ECE Quote, and minutes from meeting on February 25, 1999.

If you have any questions, please do not hesitate to give me a call.

Sincerely,

Michael McKone

EXHIBIT
MacLeish-26
DEBRA J. WEAVER
3-16-05

LH 01445

B24

Exhibit "D"

```
                  UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE
         ------------------------------x
         FEDERAL INSURANCE             :
         COMPANY a/s/o                 :  CIVIL ACTION
         EZIBA.COM./AVACET,            :
         INC., EZIBA                   :  NO. 04-339
         SECURITIES CORP.,             :
                  Plaintiff(s),        :
                     v.                :
         LIGHTHOUSE                    :
         CONSTRUCTION, INC.,           :
         BECKER MORGAN GROUP,          :
         INC., and O'DONNELL,          :
         NACCARATO &                   :
         MACINTOSH, INC.,              :
                  Defendant(s).        :
         ------------------------------x
         MILLERS CAPITAL               :
         INSURANCE COMPANY             :
         a/s/o DEL-HOMES               :  CIVIL ACTION
         CATALOG GROUP, LLC,           :
                  Plaintiff(s),        :  NO. 04-1322-JJF
                     v.                :
         LIGHTHOUSE                    :
         CONSTRUCTION, INC.,           :
         BECKER MORGAN GROUP,          :
         INC., and O'DONNELL,          :
         NACCARATO &                   :
         MACINTOSH, INC.,              :
                  Defendant(s)         :
         and                           :
         LIGHTHOUSE                    :
         CONSTRUCTION, INC.,           :
             Defendant and             :
             Third-Party               :
             Plaintiff,                :
                     v.                :
         EAST COAST ERECTORS,          :
         INC.,                         :
                  Third-Party          :
                  Defendant.           :
         ------------------------------x
```

COPY

B25

```
 1              Oral deposition of ROBERT C.
 2  MacLEISH, held at the law offices of
 3  CHRISSINGER & BAUMBERGER, 3 Mill Road,
 4  Suite 301, Wilmington, DE 19806, on
 5  Wednesday, March 16, 2005, beginning at
 6  10:08 a.m., before Debra J. Weaver, a
 7  Federally Approved RPR, CRR, CSR of NJ
 8  (No. XI 01614) and Delaware (No. 138-RPR,
 9  Expiration 1/31/08), and a Notary Public
10  of New Jersey, Pennsylvania and Delaware.
11
12
13
14
15
16
17
18
19
20
21
22          ESQUIRE DEPOSITION SERVICES
            1880 John F. Kennedy Boulevard
23                    15th Floor
            Philadelphia, Pennsylvania 19103
24                 (215) 988-9191
```

previously Bates stamped LH 04745.

And each of these drawings were referred to by Mr. MacLeish in his testimony.

BY MR. PINGITORE:

Q. Is that correct, Mr. MacLeish?

A. Yes, sir.

Q. Mr. MacLeish, I'm going to show you a few more documents for identification.

First is a four-page document previously Bates stamped LH 01441 through LH 01444, and I ask if you could please identify the document for the record.

MR. HILL: What number is that?

MR. PINGITORE: I'm going to give you a copy. I'm going to try and get these documents identified, so you can follow me.

BY MR. PINGITORE:

Q. Do you recognize this

1  document, Mr. MacLeish?

2      A.   Yes, sir.

3      Q.   Can you identify the
4  document for us?

5      A.   Yes, sir.  It's a proposal
6  from East Coast Erectors dated February
7  23rd, 1999.

8      Q.   And is this for the 1999
9  building?

10     A.   Yes, sir.

11     Q.   This would be in response to
12 your solicitation for bids?

13     A.   Yes, sir.

14     Q.   In the first paragraph, the
15 writer indicates that the price is "per
16 your drawing A2.1 and specifications
17 dated February 8, 1999."  Do you see
18 that?

19     A.   Yes.

20     Q.   Were those the documents
21 that you provided to prospective bidders?

22     A.   Yes.

23     Q.   Did you provide any
24 documents beyond the A2.1 specifications

and February 8, 1999, specifications?

    A.    No, sir.

    Q.    And it was subsequent to this February 23, 1999, proposal that East Coast requested you furnish them with the Varco-Pruden plans for the 1995 building?

    A.    Ask that again.

    Q.    Was it subsequent to this proposal dated February 23, 1999, that East Coast asked you to furnish them with a copy of the Varco-Pruden plans for the 1995 building?

    A.    You mean after that date, had they requested those drawings; is that correct?

    Q.    Yes.

    A.    Yes.

    Q.    I just want to make sure I follow the timeline.

    And if you turn to page three of the document, please, LH 01443 is the Bates stamp number.

    A.    Yes.

Q. I see there is a $4,160 option for reinforcing bar joists. Do you see that?

A. Yes.

Q. To your understanding, is that the option to reinforce the 1995 building?

A. Yes.

Q. And to your understanding, at the time this proposal was submitted, East Coast had its -- had -- strike that.

At the time this proposal was generated, on February 23, 1999, is it your understanding that East Coast only had the A2.1 drawing and your specifications dated 2/8/99?

A. Yes.

Q. Did East Coast, at any time, explain to you how they arrived at the $4,160 to reinforce the existing bar joists?

A. No.

MR. PINGITORE: If we could please mark this as the next

exhibit.

(Whereupon, Deposition Exhibit No. MacLeish-25, Letter dated 2/23/99 to Robert MacLeish from Mike Williams, Bates LH 01441-01444, was marked for identification.)

BY MR. PINGITORE:

Q. But we at least know that it was after this proposal that East Coast asked for structural details on the 1995 building, correct?

A. Yes.

Q. I'm going to show you another document, a single-page document previously Bates stamped LH 01445.

Can you identify that document for us?

A. Yes, sir. It's a letter dated February 26th, 1999. It's on letterhead from Lighthouse Construction and it's addressed to Mike Williams from East Coast Erectors.

Q. And do you recognize Mr.

McKone's signature below?

A. Yes, sir.

Q. Okay. Would this document indicate Lighthouse's acceptance of East Coast's proposal to design and construct the 1999 building?

A. Yes.

Q. And you accepted the $4,160 option to reinforce the existing roof, correct?

A. Yes, sir.

Q. And we're still at a point in time when East Coast does not yet have the structural drawings for the 1995 building, correct?

A. They do not have them in their possession, no.

Q. Did they have the benefit of a site visit at this time?

A. Yes. Everybody did.

Q. Had they already visited the 1995 building at this time?

A. I don't know if they did or did not. We didn't ask that.