Exhibit "H"

104.002

**FABRICATING ERECTING WELDING STRUCTURAL AND MISCELLANEOUS STEEL**

**EAST COAST ERECTORS INC.**

1144 RIVER ROAD
NEW CASTLE,
DELAWARE 19720
FAX: 302-323-1806

**302/323-1800**

## LETTER OF TRANSMITTAL

TO: O'Donnell, Naccarato, & MacIntosh
300 Delaware Ave Suite 820
Wilmington, De. 19801
(252) 9200
ATTN: Joe Anastasi

DATE: May 12, 1999
JOB NO.:
RE: Catalog Resources
Airborne # 3381131924

**GENTLEMEN:**

WE ARE SENDING YOU HEREWITH ☐    UNDER SEPARATE COVER ☐

☐ DESIGN DRAWINGS        ☐ ANCHOR BOLT PLAN      ☐ DECK DRAWINGS
☐ DETAIL DRAWINGS        ☐ SPECIFICATIONS        ☐ OTHER
☐ ERECTION PLANS         ☐ JOIST DRAWINGS

| DESCRIPTION |
|---|
| |
| |
| Varco Pruden 'As Built' Drawings. |
| |

☐ FOR YOUR USE          ☐ FOR FINAL APPROVAL       ☐ APPROVED AS NOTED—RESUBMIT
☐ FOR YOUR APPROVAL     ☐ APPROVED FOR FABRICATION ☐ FOR FILES AND DISTRIBUTION
☐ AS REQUESTED          ☐ APPROVED AS NOTED        ☐ FOR ERECTION
☐ NOT APPROVED—RESUBMIT

REMARKS:


EXHIBIT
MacIntosh-109
DEBRA J. WEAVER
5-2-05

SIGNED: Bob Frick

EZIBA 0214  B64

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3     ------------------------x
       FEDERAL INSURANCE            : CIVIL ACTION
 4     COMPANY a/s/o                :
       EZIBA.COM./AVACET,           : NO. 04-339
 5     INC., EZIBA SECURITIES       :
       CORP.,                       :
 6            Plaintiff(s),         :
              v.                    :
 7     LIGHTHOUSE                   :
       CONSTRUCTION, INC.,          :
 8     BECKER MORGAN GROUP,         :
       INC., and O'DONNELL,         :
 9     NACCARATO & MACINTOSH,       :
       INC.,                        :
10            Defendant(s).         :
       ------------------------x
11     MILLERS CAPITAL              : CIVIL ACTION
       INSURANCE COMPANY            :
12     a/s/o DEL-HOMES              : NO. 04-1322-JJF
       CATALOG GROUP, LLC,          :
13            Plaintiff(s),         :
              v.                    :
14     LIGHTHOUSE                   :
       CONSTRUCTION, INC.,          :
15     BECKER MORGAN GROUP,         :
       INC., and O'DONNELL,         :
16     NACCARATO & MACINTOSH,       :
       INC.,                        :
17            Defendant(s)          :
       and                          :
18     LIGHTHOUSE                   :
       CONSTRUCTION, INC.,          :
19            Defendant and        :
              Third-Party           :
20            Plaintiff,            :
              v.                    :
21     EAST COAST ERECTORS,         :
       INC.,                        :
22            Third-Party           :
              Defendant.            :
23     ------------------------x
24
```

ORIGINAL

B65

```
 1          Continued deposition of
 2   ROBERT MacINTOSH, held at the law offices
 3   of CHRISSINGER & BAUMBERGER, 3 Mill Road,
 4   Suite 301, Wilmington, DE 19806, on
 5   Monday, May 2, 2005, beginning at 9:45
 6   a.m., on the above date, before Debra J.
 7   Weaver, a Federally Approved RPR, CRR,
 8   CSR of NJ (No. XI 01614) and Delaware
 9   (No. 138-RPR, Expiration 1/31/08), and a
10   Notary Public of New Jersey, Pennsylvania
11   and Delaware.
12
13
14
15
16
17
18
19
20
21
22        ESQUIRE DEPOSITION SERVICES
             1880 John F. Kennedy Boulevard
23                   15th Floor
           Philadelphia, Pennsylvania 19103
24                (215) 988-9191
```

example of 30K10, is that a designation that SJI disseminates?

A. Yes. And what happens is every joist that is of that designation, they can be fabricated of various components, but they all have to meet a minimum performance criteria that allows us, as a designer, to count on that joist's performance, both from the live load and total load for the joist -- for the joist to perform in the life of the building.

Q. If the joist isn't identified as a 30K10 or otherwise, how do you know what the performance criteria of the joists are?

A. You wouldn't know.

MR. PINGITORE: The last document, previously marked -- previously Bates stamped Eziba 0214, we'll mark it as MacIntosh-109.

(Whereupon, Deposition Exhibit No. MacIntosh-109, Letter

ROBERT MacINTOSH

of transmittal dated 5/12/99 to ONM from East Coast Erectors enclosing V-P 'As Built' drawings, Bates Eziba 0214, was marked for identification.)

BY MR. PINGITORE:

    Q.    Can you identify this document for me, please?

    A.    It looks like a transmittal from East Coast Erectors to us, O'Donnell, Naccarato & MacIntosh.

    Q.    This went to the attention of Mr. Anastasi, correct?

    A.    Yes.

    Q.    It's dated May 12th, 1999, correct?

    A.    Yes.

    Q.    This, then, would have been provided in the context of your design services for the 1999 building; is that correct?

    A.    Yes.

    Q.    And it's signed by Bob Rick; is that correct?

A. Yes.

Q. Do you recognize Bob Frick, his name?

A. I recognize it. He worked for Mike Williams at ECS Erectors.

Q. Do you remember what position he held with East Coast Erectors?

A. No.

Q. And this is titled a letter of transmittal, correct?

A. Yes.

Q. Can you tell what it was transmitting?

A. The description is Varco-Pruden and, in quotes, "as-built" drawings.

Q. Sitting here today, do you know if Varco-Pruden as-built drawings actually existed for the 1995 building?

A. I don't know if as-builts existed, no.

Q. And to your understanding, is the reference to the Varco-Pruden, in

373

ROBERT MacINTOSH

the description portion of this sheet, a reference to the 1995 building?

A. Yes. That's my understanding.

Q. Would there be a way for you to go back in your records and determine which drawings accompanied this letter of transmittal?

A. I'm not sure at that point if we were -- if we were that diligent.

I believe they were the drawings -- the drawings that we've referred to, the Varco-Pruden set.

Q. I'm just going to show you a pack of drawings that was previously marked as MacLeish-62, give you a chance to look at those drawings.

And please tell me if you believe MacLeish-62 is what accompanied the letter of transmittal that we've marked as MacIntosh-109.

A. Yes, I believe so.

MR. HILL: What's the first Bates number on that exhibit?

B70

Exhibit "I"

```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF DELAWARE
   ------------------------x
   FEDERAL INSURANCE            :  CIVIL ACTION
   COMPANY a/s/o                :
   EZIBA.COM./AVACET,           :  NO. 04-339
   INC., EZIBA                  :
   SECURITIES CORP.,            :
          Plaintiff(s),         :
          v.                    :
   LIGHTHOUSE                   :
   CONSTRUCTION, INC.,          :
   BECKER MORGAN GROUP,         :
   INC., and O'DONNELL,         :
   NACCARATO &                  :
   MACINTOSH, INC.,             :
          Defendant(s).         :
   ------------------------x
   MILLERS CAPITAL              :  CIVIL ACTION
   INSURANCE COMPANY            :
   a/s/o DEL-HOMES              :  NO. 04-1322-JJF
   CATALOG GROUP, LLC,          :
          Plaintiff(s),         :
          v.                    :
   LIGHTHOUSE                   :
   CONSTRUCTION, INC.,          :
   BECKER MORGAN GROUP,         :
   INC., and O'DONNELL,         :
   NACCARATO &                  :
   MACINTOSH, INC.,             :
          Defendant(s)          :
   and                          :
   LIGHTHOUSE                   :
   CONSTRUCTION, INC.,          :
          Defendant and         :
          Third-Party           :
          Plaintiff,            :
          v.                    :
   EAST COAST ERECTORS,         :
   INC.,                        :
          Third-Party           :
          Defendant.            :
   ------------------------x
```

B71

```
 1            Oral deposition of JOSEPH J.
 2  ANASTASI, held at the law offices of
 3  CHRISSINGER & BAUMBERGER, 3 Mill Road,
 4  Suite 301, Wilmington, DE 19806, on
 5  Tuesday, May 3, 2005, beginning at 9:35
 6  a.m., on the above date, before Debra J.
 7  Weaver, a Federally Approved RPR, CRR,
 8  CSR of NJ (No. XI 01614) and Delaware
 9  (No. 138-RPR, Expiration 1/31/08), and a
10  Notary Public of New Jersey, Pennsylvania
11  and Delaware.
12
13
14
15
16
17
18
19
20
21
            ESQUIRE DEPOSITION SERVICES
22        1880 John F. Kennedy Boulevard
                    15th Floor
23      Philadelphia, Pennsylvania 19103
                  (215) 988-9191
24
```

1  A.  Which specific sketch are
2  you referring to?
3  Q.  I'm referring to page 3 of
4  MacIntosh-66A, which is Bates stamped
5  Eziba 0018.
6  A.  Yes, I'm familiar with that
7  sketch.
8  Q.  Okay. Was that sketch ever
9  reviewed by Mr. MacIntosh, to your
10 knowledge?
11 A.  I don't know.
12 Q.  Is there any way we could
13 determine if Mr. MacIntosh reviewed the
14 sketch prior to issuing it to your
15 client?
16 A.  You could ask him.
17 Q.  Any way other than that?
18 For example, any type of a log that would
19 show whether or not Mr. MacIntosh
20 reviewed that sketch?
21 A.  I don't know of any log that
22 would exist for something like that.
23 Q.  Do you know whether that
24 sketch was ever sealed by Mr. MacIntosh?

A.   That I don't know either.

Q.   Do you know who would know that information?

A.   If he signed it, I would assume he would know that.

Q.   If he signed the sketch?

A.   If he signed and sealed that, he would have a recollection of that.

Q.   Okay. Do you recall the sketch shown on Eziba 0018 as having ever been incorporated into construction drawings?

A.   No. That was the final issue of that sketch.

Q.   Do you recall that sketch ever having been incorporated into shop drawings?

A.   I do not recall that.

Q.   Do you recall any conversations that you had regarding that sketch with Mr. MacIntosh prior to it being issued to your client?

A.   No. I do not recall any

conversations regarding that sketch.

Q. As far as you know and recall, was Eziba 0018 the only sketch performed with respect to the modifications to the 1995 building?

A. To my knowledge, yes.

Q. And that sketch is the sole document, to your understanding, that your client would have to rely on in order to cause the work to be performed in the field?

A. That's correct.

Q. Prior to your involvement in this project in 1999, was Mr. MacIntosh aware of your unsuccessful attempts to become a licensed professional engineer?

A. Yes, he was.

Q. Have you ever taken the professional engineer exam for the state of Delaware?

A. No, I have not.

Q. Prior to your involvement in this project in 1999, was Mr. MacIntosh aware of your lack of experience with