# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EBIZA SECURITIES CORP. and MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG GROUP, LLC, | ) ) ) ) ) ) C. A. NO. 04-339/04-1322 JJF ) ) |
| Plaintiffs, | ) CONSOLIDATED ACTION ) |
| v. | ) ) |
| LIGHTHOUSE CONSTRUCTION, INC. and BECKER MORGAN GROUP, INC. and O'DONNELL, NACCARATO & MACINTOSH, INC., and EAST COAST ERECTORS, | ) ) ) ) ) |
| Defendants. and | ) ) ) |
| LIGHTHOUSE CONSTRUCTION, INC., | ) |
| Third Party Plaintiff, | ) ) |
| v. | ) ) |
| EAST COAST ERECTORS, | ) ) |
| Third Party Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Frank E. Noyes, Esquire, hereby certify that on the 30th day of August, 2005, I caused a true and correct copy of ***Joint Answering Brief of Plaintiffs Millers Capital Insurance Co. and Federal Insurance Co. In Opposition to Motion for Summary Judgment of Defendant East Coast Erectors, Inc.*** and ***Joint Appendix*** to be served upon the following counsel by e-filing:

-2-

| | |
|---|---|
| Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall<br>  & Furman, P.C.<br>Nemours Building<br>1007 Orange Street, Ste. 205<br>Wilmington, DE 19801 | James F. Bailey, Jr., Esquire<br>Bailey & Associates, P.A.<br>3 Mill Road, Suite 306A<br>Wilmington, DE 19806 |
| Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P. O. Box 1031<br>Wilmington, DE 19899-1031 | Benjamin C. Wetzel, III, Esquire<br>Natalie M. Ippolito, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House, Suite 201<br>1100 North Grant Street<br>Wilmington, DE 19805 |
| David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |

_____
Frank E. Noyes, II (#3988)

DOCS_DE 116272v1