IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., <br><br>  Plaintiff, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., <br><br>  Defendants. | : <br> : <br> : <br> : <br> : <br> : **CONSOLIDATED** <br> : Civil Action No. 04-339-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG GROUP, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., <br><br>  Defendants. <br><br>   and <br><br> LIGHTHOUSE CONSTRUCTION, INC., <br><br>  Defendant and <br>  Third-Party <br>  Plaintiff, <br><br> v. <br><br> EAST COAST ERECTORS, INC., <br><br>  Third-Party <br>  Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 04-1322-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

<u>O R D E R</u>

At Wilmington, this 30 day of August, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Motion For Leave To File Third-Party Complaint Limited To Federal Insurance V. Lighthouse, Et. Al. (D.I. 101) filed by Lighthouse Construction, Inc. is **GRANTED**.

2. The Motion For Leave To File Rule 14(a) Claim Against Third-Party Defendant East Coast Erectors, Inc. (D.I. 73) filed by Federal Insurance Company a/s/o Eziba.Com, Inc./Avacet, Inc., Eziba Securities Corp. is **DENIED**.

*[signature]*
UNITED STATES DISTRICT JUDGE