# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-339-JJF |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | : : : : : | |
| Defendants. | : : | |
| MILLERS CAPITAL INSURANCE COMPANY, a/s/o DEL-HOMES CATALOG GROUP, LLC, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-1322-JJF |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | : : : : : | <u>CONSOLIDATED CASES</u> |
| Defendants. | : : | |
| and | : : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : : | |
| Defendant and Third-Party Plaintiff, | : : : | |
| v. | : : | |
| EAST COAST ERECTORS, INC., | : : | |
| Third-Party Defendant. | : | |

| | |
|---|---|
| _____ : | |
| FACTORY MUTUAL INSURANCE : | |
| COMPANY a/k/a FM GLOBAL a/k/a : | |
| CATALOG RESOURCES INC. d/b/a : | |
| CLIENTLOGIC, a/s/o : | |
| CLIENTLOGIC OPERATING : | |
| CORPORATION and HARTFORD a/k/a : | |
| VIVRE INC. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-096-JJF |
| : | |
| EAST COAST ERECTORS, INC., : | |
| LIGHTHOUSE CONSTRUCTION, INC., : | |
| BECKER MORGAN GROUP, INC., and : | |
| O'DONNELL, NACCARATO & : | |
| MACINTOSH, INC., : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **31ˢᵗ** day of **August, 2005**,

IT IS ORDERED that teleconferences in the above matters have been scheduled as follows:

**Monday, September 12, 2005 at 5:00 p.m. EST** with the Magistrate Judge and Lighthouse/ECE **only. David Baumberger, Esquire shall initiate the teleconference call.**

**Wednesday, September 14, 2005 at 7:00 a.m. EST** with the Magistrate Judge and plaintiffs **only. Ron L. Pingitore, Esquire shall initiate the teleconference call.**

Participation of the representatives of the respective clients during the teleconference is not mandatory.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge<br>UNITED STATES MAGISTRATE JUDGE