UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EBIZA SECURITIES CORP. and MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG GROUP, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>LIGHTHOUSE CONSTRUCTION, INC. and BECKER MORGAN GROUP, INC. and O'DONNELL, NACCARATO & MACINTOSH, INC., and EAST COAST ERECTORS,<br><br>    Defendants.<br>and<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>EAST COAST ERECTORS,<br><br>    Third Party Defendant. | C. A. NO. 04-339/04-1322 JJF<br><br>CONSOLIDATED ACTION |

**CERTIFICATE OF SERVICE**

I, Frank E. Noyes, Esquire, hereby certify that on the 31st day of August, 2005, I caused a true and correct copy of *Amended Joint Answering Brief of Plaintiffs Millers Capital Insurance Co. and Federal Insurance Co. In Opposition to Motion for Summary Judgment of Defendant East Coast Erectors, Inc.* to be served upon the following counsel by e-filing:

DOCS_DE 116272v2

| | |
|---|---|
| Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall<br>  & Furman, P.C.<br>Nemours Building<br>1007 Orange Street, Ste. 205<br>Wilmington, DE 19801 | James F. Bailey, Jr., Esquire<br>Bailey & Associates, P.A.<br>3 Mill Road, Suite 306A<br>Wilmington, DE 19806 |
| Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P. O. Box 1031<br>Wilmington, DE 19899-1031 | Benjamin C. Wetzel, III, Esquire<br>Natalie M. Ippolito, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House, Suite 201<br>1100 North Grant Street<br>Wilmington, DE 19805 |
| David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |

/s/ Frank E. Noyes, II
Frank E. Noyes, II (#3988)