## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify under penalty of perjury that I am not less than 18 years of age and that, on this 1st day of September, 2005 I did cause true and correct copies of the foregoing Motion for Reconsideration to be served upon the following counsel of record via electronic notification through ECF:

Natalie M. Ippolito, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE  19805

David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road
Suite 301
Wilmington, DE  19806

Paul Cottrell, Esquire
Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza
P.O. Box 1031
Wilmington, DE  19899

James F. Bailey, Esquire
Bailey & Associates, P.A.
Attorneys at Law
Three Mill Road, Suite 306A
Wilmington, DE  19806

Benjamin Wetzel, III, Esquire
Wetzel & Associates, P.A.
The Carriage House
1100 N. Grant Avenue
Suite 201
Wilmington, DE  19805

Frank E. Noyes, II, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall &
Furman, P.C.
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE  19801

/s/ Sean J. Bellew
Sean J. Bellew (#4072)