## CERTIFICATE OF SERVICE

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on the 2nd day of September, 2005, I have had deposited in the mailbox at Three Mill Road, Suite 301, in Wilmington, Delaware, two true and correct copies of the attached *LIGHTHOUSE CONSTRUCTION, INC.'S THIRD-PARTY COMPLAINT* to the following:

| | | |
|---|---|---|
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE  19801 | James Bailey, Esquire<br>Three Mill Road, Suite 306<br>Wilmington, DE  19806 |
| Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE  19899 | Robert B. Hill, Esquire<br>3445 Peachtree Road NE,<br>Suite 500<br>Atlanta, GA 30326 | Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>824 N. Market Street,<br>Suite 902<br>Wilmington, DE  19899 |

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger
David L. Baumberger, Esquire
Attorney I.D. No. 2420
Three Mill Road, Suite 301
Wilmington, DE  19806
(302)777-0100
Attorney for Defendant/Third-Party Plaintiff
   Lighthouse Construction, Inc