**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY ) | Civil Action No. 04-339/04-1322 JJF |
| a/s/o EZIBA.COM, INC./AVACET, INC., ) | |
| EBIZA SECURITIES CORP. and ) | |
| MILLERS CAPITAL INSURANCE ) | <u>CONSOLIDATED ACTION</u> |
| COMPANY a/s/o DEL-HOMES ) | |
| CATALOG GROUP, LLC, ) | |
| ) | JURY OF TWELVE DEMANDED |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LIGHTHOUSE CONSTRUCTION, INC., ) | |
| BECKER MORGAN GROUP, INC., ) | |
| and O'DONNELL, NACCARATO & ) | |
| MACINTOSH, INC. and EAST COAST ) | |
| ERECTORS, INC. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| LIGHTHOUSE CONSTRUCTION, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EAST COAST ERECTORS, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

**THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S RESPONSE TO PLAINTIFF FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP.'S MOTION FOR RECONSIDERATION**

COMES NOW East Coast Erectors, Inc., (hereinafter "ECE") and responds to Federal Insurance Company a/s/o Eziba.Com, Inc./Avacet, Inc., Eziba Securities Corp.'s (hereinafter "Federal") Motion for Reconsideration respectfully showing the Court as follows:

1. On March 8, 2005, Federal filed a Motion for Leave to File Rule 14(a) Claim against ECE. (D.I.73). On March 18, 2005, ECE filed its answer, arguing that Federal's motion should be denied because Federal's claim against ECE was barred by the statute of limitations. (D.I.83). Federal did not file a reply in support of its motion. On August 30, 2005, the Court denied Federal's motion. (D.I. 139, 140) Federal filed a Motion for Reconsideration on September 1, 2005. (D.I. 144)

2. The purpose of a motion for reconsideration is, "to correct manifest errors of law or fact or to present newly discovered evidence." *Ciena Corp. v. Corvis Corp.*, 352 F. Supp.2d 526, 527 (D. Del. 2005) (*quoting Max's Seafood Cafe v. Quinteros*, 176 F.3d 669, 677 (3d. Cir. 1999)). A motion for reconsideration should not be granted where there is repetition of arguments that should have been presented previously. *Karr v. Castle*, 768 F. Supp. 1087, 1093 (D. Del. 1991) (citing *Brambles U.S.A., Inc. v. Blocker*, 735 F. Supp. 1239, 1240-41 (D. Del. 1990)) In order for a judgment to be altered or amended, the party seeking reconsideration must demonstrate at least one of the following: (1) an intervening change in the controlling law; (2) the availability of new evidence; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice. *See Max's Seafood*, 176 F.2d at 677.

3. Federal's motion for reconsideration must be denied. Federal has not raised or demonstrated <u>any</u> of the grounds required for reconsideration. Its entire motion repeats arguments that should have been made in its initial motion or in a reply, had one been filed. Federal has not pointed to a change in the applicable law, newly available evidence, or anything else that would permit this Court to reconsider its decision. In fact, neither the pertinent law nor the relevant evidence in this case has changed; Federal simply disagrees with the Court's decision. Consequently, Federal's motion must be denied.

4. Wherefore, East Coast Erectors, Inc. respectfully requests that the Court deny Federal's motion for reconsideration.

Respectfully submitted,

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com

Robert B. Hill, Admitted Pro Hac Vice
MCLAIN & MERRITT, P.C.
3445 Peachtree Road N.E., Suite 500
Atlanta, GA 30326

*Attorneys for Third-Party Defendant
East Coast Erectors, Inc.*

Dated: September 15, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EBIZA SECURITIES CORP. and MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG GROUP, LLC, | ) ) ) ) ) ) | Civil Action No. 04-339/04-1322 JJF<br><br>CONSOLIDATED ACTION |
| Plaintiffs, | ) ) | JURY OF TWELVE DEMANDED |
| v. | ) ) | |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. and EAST COAST ERECTORS, INC. | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| LIGHTHOUSE CONSTRUCTION, INC., | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| EAST COAST ERECTORS, INC., | ) ) | |
| Third-Party Defendant. | ) | |

## **ORDER**

**AND NOW,** this _____ day of _____, 2005, upon consideration of Third-Party Defendant East Coast Erectors, Inc.'s opposition to Federal Insurance Company a/s/o Eziba.Com, Inc./Avacet, Inc., Eziba Securities Corp.'s Motion for Reconsideration,

**IT IS HEREBY ORDERED** that Federal Insurance Company's Motion for Reconsideration is DENIED.

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 15, 2005, I electronically filed the within **Third-Party Defendant East Coast Erectors, Inc.'s Response to Federal Insurance Company a/s/o Eziba.Com, Inc./Avacet, Inc., Eziba Securities Corp.'s Motion for Reconsideration** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>PO Box 709<br>Wilmington, DE 19899-0709 |
| James F. Bailey, Jr., Esquire<br>Bailey & Associates<br>Three Mill Road, Suite 306A<br>Wilmington, DE 19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, PC<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, PA<br>PO Box 1031<br>Wilmington, DE 19899 |

  I hereby certify that on September 15, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Ron L. Pingitore, Esquire<br>White and Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 | Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 | Geoffrey W. Veith, Esquire<br>Rogut McCarthy Troy, LLC<br>One First Avenue – Suite 410<br>Conshohocken, PA 19428 |
| Dana Ostrovsky, Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, P.C.<br>11th Floor, 1515 Market Street<br>Philadelphia, PA 19102 | |

                 WETZEL & ASSOCIATES, P.A.

                 /s/ Natalie M. Ippolito
                 Natalie M. Ippolito (I.D. No. 3845)
                 The Carriage House, Suite 201
                 1100 N. Grant Avenue
                 Wilmington, DE 19805
                 (302) 652-1200
                 nippolito@wetzellaw.com