**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY ) <br> a/s/o EZIBA.COM, INC./AVACET, INC., ) <br> EBIZA SECURITIES CORP. and ) <br> MILLERS CAPITAL INSURANCE ) <br> COMPANY a/s/o DEL-HOMES ) <br> CATALOG GROUP, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIGHTHOUSE CONSTRUCTION, INC., ) <br> BECKER MORGAN GROUP, INC., ) <br> and O'DONNELL, NACCARATO & ) <br> MACINTOSH, INC. and EAST COAST ) <br> ERECTORS, INC. ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> LIGHTHOUSE CONSTRUCTION, INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EAST COAST ERECTORS, INC., ) <br> ) <br> Third-Party Defendant. ) | Civil Action No. 04-339/04-1322 JJF <br><br> <u>CONSOLIDATED ACTION</u> <br><br> JURY OF TWELVE DEMANDED |

**DEFENDANT/THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S**
**<u>ANSWER TO CROSS-CLAIM OF DEFENDANT BECKER MORGAN GROUP, INC</u>.**

COMES NOW East Coast Erectors, Inc., Defendant/Third-Party Defendant in the above-styled action (hereinafter called "ECE") and responds to the cross-claim asserted by Defendant Becker Morgan Group, Inc. as follows:

Denied.

WHEREFORE, ECE demands that judgment be entered in its favor and against Becker Morgan with respect to its cross-claim.

        WETZEL & ASSOCIATES, P.A.

        /s/ Natalie M. Ippolito
        Benjamin C. Wetzel, III (I.D. No. 985)
        Natalie M. Ippolito (I.D. No. 3845)
        The Carriage House, Suite 201
        1100 N. Grant Avenue
        Wilmington, DE 19805
        (302) 652-1200
        nippolito@wetzellaw.com

        Robert B. Hill, Admitted Pro Hac Vice
        MCLAIN & MERRITT, P.C.
        3445 Peachtree Road N.E., Suite 500
        Atlanta, GA 30326

        *Attorneys for Third-Party Defendant*
        *East Coast Erectors, Inc.*

Dated:  September 16, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2005, I electronically filed the within **Defendant/Third-Party Defendant East Coast Erectors, Inc.'s Answer to Cross-Claim of Defendant Becker Morgan Group, Inc.** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>PO Box 709<br>Wilmington, DE 19899-0709 |
| James F. Bailey, Jr., Esquire<br>Bailey & Associates<br>Three Mill Road, Suite 306A<br>Wilmington, DE 19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, PC<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, PA<br>PO Box 1031<br>Wilmington, DE 19899 |

      I hereby certify that on September 16, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Ron L. Pingitore, Esquire<br>White and Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 | Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 | Geoffrey W. Veith, Esquire<br>Rogut McCarthy Troy, LLC<br>One First Avenue – Suite 410<br>Conshohocken, PA 19428 |
| Dana Ostrovsky, Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, P.C.<br>11th Floor, 1515 Market Street<br>Philadelphia, PA 19102 | |

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito_____
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com