UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o Eziba.com, Inc./Avacet, Inc., EZIBA SECURITIES CORP., | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : C.A. No. 04-339/04-1322-JJF |
| v. | : <br> : |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | : (Consolidated) <br> : <br> : **JURY TRIAL OF TWELVE DEMANDED** |
| Defendants. | : |
| and | : |
| LIGHTHOUSE CONSTRUCTION, INC., | : |
| Defendant and Third-PartyPlaintiff, | : |
| v. | : |
| EAST COAST ERECTORS, INC., | : |
| Third-Party Defendant. | : |

## ORDER

AND NOW, upon consideration of plaintiff, Federal Insurance Company as subrogee of Eziba.com, Inc./Avacet, Inc., Eziba Securities Corp.'s Motion for Leave to File an Amended Complaint, and any response and opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2005, that plaintiff's motion is GRANTED.

BY THE COURT:

_____
J.