UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP. | : : : | **CIVIL ACTION** **NO. 04-339** |
| Plaintiff, | : | |
| v. | : : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,** **BECKER MORGAN GROUP, INC.,** and **O'DONNELL, NACCARATO & MACINTOSH, INC.,** | : : : : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |
| and | : : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,** | : | |
| Defendant and Third-Party Plaintiff, | : : | |
| v. | : : | |
| **EAST COAST ERECTORS, INC.,** | : | |
| Third-Party Defendant. | : | |

| | | |
|---|---|---|
| **MILLERS CAPITAL INSURANCE COMPANY** a/s/o DEL-HOMES CATALOG GROUP, LLC, | : : | **CIVIL ACTION** **NO. 04-1322-JJF** |
| Plaintiff, | : | |
| v. | : : | |
| **LIGHTHOUSE CONSTRUCTION, INC.,** **BECKER MORGAN GROUP, INC.,** and **O'DONNELL, NACCARATO & MACINTOSH, INC.,** | : : : | |
| Defendants. | : | |
| and | : : | **JURY TRIAL DEMANDED** |
| **LIGHTHOUSE CONSTRUCTION, INC.,** | : | |
| Defendant and Third-Party Plaintiff, | : : | |
| v. | : : | |
| **EAST COAST ERECTORS, INC.,** | : | |
| Third-Party Defendant. | : | |

## **LIGHTHOUSE CONSTRUCTION INC.'S ANSWER TO THIRD-PARTY DEFENDANT'S COUNTERCLAIM**

1. Denied.

2. Denied.

3. Denied.

4. Denied.

  **WHEREFORE**, Defendant/Third-Party Plaintiff demands judgment in its favor and dismissal of Third-Party Defendant's counterclaim.

                CHRISSINGER & BAUMBERGER

                /s/David L. Baumberger
                DAVID L. BAUMBERGER (#2420)
                Three Mill Road, Suite 301
                Wilmington, DE  19806
                (302) 777-0100
                Attorney for Defendant/Third-Party Plaintiff
                  Lighthouse Construction, Inc.

DATED:  October 7, 2005