**CERTIFICATE OF SERVICE**

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on the 7th day of October, 2005, I have had filed electronically a true and correct copy of the attached ***LIGHTHOUSE CONSTRUCTION, INC.'S ANSWER TO THIRD-PARTY DEFENDANT'S COUNTERCLAIM*** to the following:

| | | |
|---|---|---|
| James F. Bailey, Jr., Esquire<br>Bailey & Associates<br>Three Mill Road, Suite 306A<br>Wilmington, DE  19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE  19801 | Robert K. Beste, Jr., Esquire<br>Cohen, Seglas, Pallas,<br>   Greenhall, & Furman, PC<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE  19801 |
| Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>P.O. Box 709<br>Wilmington, DE  19899-0709 | Natalie M. Ippolito, Esquire<br>Wetzel & Associates<br>The Carriage House, Suite 201<br>1100 N. Grant Avenue<br>Wilmington, DE  19805 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Loan, P.A.<br>P.O. Box 1031<br>Wilmington, DE  19899 |

I hereby certify that on October 6, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

| | | |
|---|---|---|
| Ron L. Pingitore, Esquire<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA  19103-7395 | Dan Ostrovsky, Esquire<br>Cohen, Seglias, Pallas, Greenhall<br>   & Furman, PC | Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE  19899-0397 | 11th Floor<br>1515 Market Street<br>Philadelphia, PA  19102 | Geoffrey W. Veith, Esquire<br>Rogut McCarthy Troy, LLC<br>One First Avenue – Suite 410<br>Conshohocken, PA  19428 |

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger
David L. Baumberger, Esquire
Attorney I.D. No. 2420
Three Mill Road, Suite 301
Wilmington, DE  19806
(302)777-0100
Attorney for Defendant/Third-Party Plaintiff
   Lighthouse Construction, Inc