UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o/ EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC. and O'DONNELL, NACCARATO & MACINTOSH, INC., <br><br> Defendants. <br><br> and <br><br> LIGHTHOUSE CONSTRUCTION, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> EAST COAST ERECTORS, <br><br> Third-Party Defendant. | Civil Action No. 04-339/-4-1322JJF (Consolidated Action) <br><br> JURY OF TWELVE DEMANDED |

## NOTICE OF DEPOSITION

TO:    **ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned counsel will take the oral deposition of Glenn Rentschler on Wednesday, November 9, 2005 beginning at 10:00 a.m. in the law offices of Chrissinger & Baumberger, located at Three Mill Road, Suite 301, Wilmington, Delaware 19806.

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (#985)
Natalie M. Ippolito (#3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com


/s/ Robert B. Hill
Robert B. Hill, admitted Pro Hac Vice
McLAIN & MERRITT, P.C.
3445 Peachtree Road, Suite 500
Atlanta Ga 30326-3240


*Attorneys for Defendant East Coast Erectors, Inc.*


Dated: October 12, 2005

CERTIFICATE OF SERVICE

I hereby certify that on 10/12/05, I electronically filed THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S NOTICE OF DEPOSITION with the Clerk of Court using EM/ECF which will send notification of such filing to the following:

David J. Baumberber, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

I hereby certify that on 10/12/05, I will mail by United States Postal Service, the document to the following non-registered participants:

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

Ron L. Pingitore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Dana Ostrovsky, Esquire
Coghen, Seglias, Pallas, Greenhall & Furman, PC
11th Floor, 1515 Market Street
Philadelphia, PA 19102

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
PO Box 397
Wilmington, DE 19899

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue - Suite 410
Conshohocken, PA 19428

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com