## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EZIBA SECURITIES CORP., and<br>MILLERS CAPITAL INSURANCE COMPANY<br>a/s/o DEL-HOMES CATALOG GROUP, LLC,<br><br>      Plaintiffs,<br><br>  vs.<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., O'DONNELL,<br>NACCARATO & MACINTOSH, INC. and<br>EAST COAST ERECTORS, INC.<br><br>      Defendants.<br><br>  and<br><br>LIGHTHOUSE CONSTRUCTION, INC.<br><br>      Defendant and Third-Party Plaintiff,<br><br>  vs.<br><br>EAST COAST ERECTORS, INC.<br><br>      Third-Party Defendant. | CIVIL ACTION<br>NO.: 04-339 / 04-1322 JJF<br>(Consolidated)<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**DEFENDANT BECKER MORGAN GROUP, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF FEDERAL INSURANCE COMPANY'S <u>MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>**

COMES NOW, Defendant Becker Morgan Group, Inc. ("BMG") and responds to Plaintiff Federal Insurance Company's ("Federal") *Motion for Leave to File an Amended Complaint* and offers the following, to wit:

    1.    On September 30, 2005 Federal filed its *Motion for Leave to File an Amended Complaint* ("*Motion for Leave*") (D.I. #156).

2.	In its *Motion for Leave*, Federal states that discovery has revealed certain information regarding the actions of Defendants Lighthouse Construction, Inc. ("Lighthouse"), O'Donnell Naccarato & MacIntosh, Inc. ("ONM") and East Coast Erectors, Inc. ("ECE"). (*Motion for Leave*, ¶14 *et seq.*).   On that basis, Federal seeks to add a claim of gross negligence against Defendants Lighthouse, ONM and ECE.

4.	In its *Motion for Leave*, Federal does not seek to add a claim of gross negligence against Defendant BMG.

5.	The proposed blacklined *Amended Complaint* attached to Federal's *Motion for Leave* sets forth the added claim of gross negligence in Count II, however, the allegations refer to all Defendants instead of just Defendants Lighthouse, ONM and ECE.  If filed as written, Count II of the *Amended Complaint* would therefore improperly include a claim against BMG.

6.	The *Motion for Leave* should be denied on the basis that the proposed *Amended Complaint* improperly includes a claim against BMG.

WHEREFORE, Defendant Becker Morgan Group, Inc. respectfully requests that the Court deny Federal Insurance Company's *Motion for Leave to File an Amended Complaint*.

TIGHE, COTTRELL & LOGAN, P.A.

/s/ Victoria K. Petrone
Paul Cottrell, Esquire
Delaware  I.D. # 2391
Victoria K. Petrone, Esquire
Delaware  I.D. #4210
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
p.cottrell@lawtcl.com
v.petrone@lawtcl.com

Dated: October 14, 2005