UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EZIBA SECURITIES CORP., and<br>MILLERS CAPITAL INSURANCE COMPANY<br>a/s/o DEL-HOMES CATALOG GROUP, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., O'DONNELL,<br>NACCARATO & MACINTOSH, INC. and<br>EAST COAST ERECTORS, INC.<br><br>　　　　　Defendants.<br><br>　　and<br><br>LIGHTHOUSE CONSTRUCTION, INC.<br><br>　　　　　Defendant and Third-Party Plaintiff,<br><br>　　vs.<br><br>EAST COAST ERECTORS, INC.<br><br>　　　　　Third-Party Defendant. | CIVIL ACTION<br>NO.: 04-339 / 04-1322 JJF<br>(Consolidated)<br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this _____ day of October, 2005, upon consideration of Defendant Becker Morgan Group, Inc.'s opposition to Federal Insurance Company's *Motion for Leave to File an Amended Complaint*,

IT IS HEREBY ORDERED that Federal Insurance Company's *Motion for Leave to File an Amended Complaint* is DENIED.

_____
Joseph J. Farnan, Jr.
United States District Court Judge