**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY )<br>a/s/o EZIBA.COM, INC./AVACET, INC., )<br>EBIZA SECURITIES CORP.    and )<br>MILLERS CAPITAL INSURANCE )<br>COMPANY a/s/o DEL-HOMES )<br>CATALOG GROUP, LLC, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>LIGHTHOUSE CONSTRUCTION, INC., )<br>BECKER MORGAN GROUP, INC., )<br>and O'DONNELL, NACCARATO & )<br>MACINTOSH, INC. and EAST COAST )<br>ERECTORS, INC. )<br> )<br>Defendants, )<br> )<br>and )<br> )<br>LIGHTHOUSE CONSTRUCTION, INC., )<br> )<br>Third-Party Plaintiff, )<br> )<br>v. )<br> )<br>EAST COAST ERECTORS, INC., )<br> )<br>Third-Party Defendant. ) | Civil Action No. 04-339/04-1322 JJF<br><br>CONSOLIDATED ACTION<br><br>JURY OF TWELVE DEMANDED |

**THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S RESPONSE
IN OPPOSITION TO PLAINTIFF FEDERAL INSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

COMES NOW Third-Party Defendant East Coast Erectors, Inc. ("ECE") and files this Response in Opposition to Plaintiff's Motion for Leave to File an Amended Complaint respectfully showing the Court as follows:

1.    Plaintiff Federal Insurance Company ("Federal") filed a motion for leave to file an amended complaint on September 30, 2005. (D.I. 156)  Federal seeks to amend its complaint to add a claim of gross negligence against defendants Lighthouse Construction, Inc.

("Lighthouse") and O'Donnell Naccarato & MacIntosh, Inc. ("ONM").  Federal has no direct claims against ECE pursuant to the Court's August 30, 2005 Memorandum Opinion (D.I. 139) and Order (D.I. 140); however, in paragraph ten of its motion, Federal points out that its motion for reconsideration of the Court's August 30, 2005 decision is still pending.  Although it is not explicitly stated, in the event the motion for reconsideration is granted, ECE believes that Federal will seek to allege a claim of gross negligence against ECE.  For that reason, ECE opposes Federal's motion, and incorporates herein by reference its response in opposition to plaintiff Millers Capital's motion for leave to file a second amended complaint.  (D. I. 161)

2.    For the reasons set forth herein, and for the reasons set forth in ECE's its response in opposition to plaintiff Millers Capital's motion for leave to file a second amended complaint, Federal's motion for leave to file an amended complaint must be denied to the extent that it seeks to allege gross negligence against ECE.

Respectfully submitted,

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com

Robert B. Hill, Admitted Pro Hac Vice
MCLAIN & MERRITT, P.C.
3445 Peachtree Road N.E., Suite 500
Atlanta, GA 30326

*Attorneys for Third-Party Defendant*
*East Coast Erectors, Inc.*

*Dated:  October 14, 2005*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EBIZA SECURITIES CORP.      and<br>MILLERS CAPITAL INSURANCE<br>COMPANY a/s/o DEL-HOMES<br>CATALOG GROUP, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04-339/04-1322 JJF

CONSOLIDATED ACTION

JURY OF TWELVE DEMANDED

Plaintiffs,                         )
                                            )
    v.                                     )
                                            )
LIGHTHOUSE CONSTRUCTION, INC.,     )
BECKER MORGAN GROUP, INC.,        )
and O'DONNELL, NACCARATO &        )
MACINTOSH, INC. and EAST COAST    )
ERECTORS, INC.                           )
                                            )
            Defendants,               )
                                            )
    and                                   )
                                            )
LIGHTHOUSE CONSTRUCTION, INC.,     )
                                            )
        Third-Party Plaintiff,       )
                                            )
    v.                                     )
                                            )
EAST COAST ERECTORS, INC.,          )
                                            )
        Third-Party Defendant.      )

**ORDER**

**AND NOW,** this _____ day of _____, 2005, upon consideration of

Plaintiff Federal Insurance Company's Motion for Leave to File an Amended Complaint,

and Third-Party Defendant East Coast Erectors, Inc.'s opposition thereto,

**IT IS HEREBY ORDERED** that Plaintiff Federal Insurance Company's Motion

for Leave to File an Amended Complaint is DENIED.

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I electronically filed the within **Third-Party Defendant East Coast Erectors, Inc.'s Response in Opposition to Federal Insurance Company's Motion for Leave to File an Amended Complaint** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

I hereby certify that on October 14, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

Ron L. Pingitore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue – Suite 410
Conshohocken, PA 19428

Dana Ostrovsky, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
11th Floor, 1515 Market Street
Philadelphia, PA 19102

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com