### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

FEDERAL INSURANCE COMPANY    :
a/s/o Eziba.com, Inc./Avacet, Inc.,    :
EZIBA SECURITIES CORP.,    :
    :
    Plaintiff,    :
    :  C.A. No. 04-339/04-1322-JJF
    v.    :
    :
LIGHTHOUSE CONSTRUCTION, INC.,    :  (Consolidated)
BECKER MORGAN GROUP, INC., and    :
O'DONNELL, NACCARATO &    :
MACINTOSH, INC.,    :  **JURY TRIAL OF TWELVE DEMANDED**
    :
    Defendants.    :
    :
    and    :
    :
LIGHTHOUSE CONSTRUCTION, INC.,    :
    :
    Defendant and    :
    Third-PartyPlaintiff,    :
    :
    v.    :
    :
EAST COAST ERECTORS, INC.,    :
    :
    Third-Party Defendant.    :

### PLAINTIFF FEDERAL INSURANCE COMPANY'S REPLY TO DEFENDANT BECKER MORGAN GROUP, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF FEDERAL INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

By way of reply to Defendant Becker Morgan Group, Inc.'s Response in Opposition to

Plaintiff Federal Insurance Company's Motion for Leave to File an Amended Complaint,

Plaintiff, Federal Insurance Company as subrogee of Eziba.com, Inc./Avacet, Inc., Eziba

Securities Corp., by and through its attorneys Cozen O'Connor, is filing a Revised Amended

Complaint to properly reflect a claim of Gross Negligence against defendants Lighthouse

Construction, Inc. and O'Donnell, Naccarato & MacIntosh, Inc. only and not defendant Becker

Morgan Group, Inc.

Dated:  October 19, 2005

                                        COZEN O'CONNOR

                            BY:  _____
                                        SEAN J. BELLEW, ESQUIRE
                                        Chase Manhattan Centre
                                        1201 North Market Street
                                        Suite 1400
                                        Wilmington, DE  19801
                                        (302) 295-2000

OF COUNSEL:
STEVEN K. GERBER, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2088

                            ATTORNEYS FOR PLAINTIFF

2