## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on October 19, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

James F. Bailey, Esquire
Bailey & Associates, P.A.
716 Tatnall Street
P.O. Box 2034
Wilmington, DE 19899-2034

David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Bruce W. McCullogh, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899

Robert K. Beste, Jr. Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

Paul Cottrell, Esquire
Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza
P.O. Box 1031
Wilmington, DE 19899

Benjamin C. Wetzel, III, Esquire
Natalie M. Ippolito, Esquire
Wetzel & Associates, P.A.
The Carriage House
1100 N. Grant Avenue, Suite 201
Wilmington, DE 19805

Frank Noyes, Esquire
White & Williams LLP
824 North Market Street, Suite 902
Wilmington, DE  19899

/s/ Sean J. Bellew
Sean J. Bellew (#4072)