UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o Eziba.com, Inc./Avacet, Inc., EZIBA SECURITIES CORP., | : : : : |
| Plaintiff, | : : C.A. No. 04-339/04-1322-JJF |
| v. | : : |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and ONM, | : (Consolidated) : : : |
| Defendants. | : **JURY TRIAL OF TWELVE DEMANDED** : |
| and | : : |
| LIGHTHOUSE CONSTRUCTION, INC., | : : |
| Defendant and Third-PartyPlaintiff, | : : : |
| v. | : : |
| EAST COAST ERECTORS, INC., | : : |
| Third-Party Defendant. | : : : |

## ORDER

AND NOW, upon consideration of plaintiff, Federal Insurance Company as subrogee of Eziba.com, Inc./Avacet, Inc., Eziba Securities Corp.'s Motion for Leave to File a Revised Amended Complaint, and any response and opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2005, that plaintiff's motion is GRANTED.

BY THE COURT:

_____
J.