**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EBIZA SECURITIES CORP.    and<br>MILLERS CAPITAL INSURANCE<br>COMPANY a/s/o DEL-HOMES<br>CATALOG GROUP, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-339/04-1322 JJF<br><br>CONSOLIDATED ACTION<br><br>JURY OF TWELVE DEMANDED |
| Plaintiffs, | ) | |
| v. | ) | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC. and EAST COAST<br>ERECTORS, INC. | )<br>)<br>)<br>)<br>) | |
| Defendants, | ) | |
| and | ) | |
| LIGHTHOUSE CONSTRUCTION, INC., | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| EAST COAST ERECTORS, INC., | ) | |
| Third-Party Defendant. | ) | |

**DEFENDANT AND THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT AND
THIRD-PARTY PLAINTIFF LIGHTHOUSE CONSTRUCTION, INC.**

COMES NOW Defendant and Third-Party Defendant East Coast Erectors, Inc. ("ECE") and files this Motion for Partial Summary Judgment based upon the issue of contractual indemnity respectfully showing the Court as follows:

1. Lighthouse Construction, Inc. ("Lighthouse") was the general contractor for the design and construction of a 250,000 square foot building at the Enterprise Business Park in Dover, Delaware (the "1999 Building"). On February 26, 1999, ECE entered into a contract with Lighthouse for the design, supply and erection of structural steel materials for the 1999 Building. The contract between Lighthouse and ECE did not provide an indemnity.

2. Lighthouse has filed third-party complaints against ECE in these consolidated cases seeking common law and contractual indemnification. ECE denies that it is contractually required to indemnify Lighthouse.

3. ECE relies on and incorporates herein by reference its Opening Brief in Support of East Coast Erectors, Inc.'s Motion for Partial Summary Judgment based on the issue of contractual indemnity and its Appendix in support thereof concurrently filed with and in support of this motion.

WHEREFORE, there being no genuine issue of material fact, ECE respectfully moves this Court to grant summary judgment in favor of ECE on the grounds that it is not contractually required to indemnify Lighthouse.

        Respectfully submitted,

        WETZEL & ASSOCIATES, P.A.

        /s/ Natalie M. Ippolito
        Benjamin C. Wetzel, III (I.D. No. 985)
        Natalie M. Ippolito (I.D. No. 3845)
        The Carriage House, Suite 201
        1100 N. Grant Avenue
        Wilmington, DE 19805
        (302) 652-1200
        nippolito@wetzellaw.com

        Robert B. Hill, Admitted Pro Hac Vice
        MCLAIN & MERRITT, P.C.
        3445 Peachtree Road N.E., Suite 500
        Atlanta, GA 30326

        *Attorneys for Defendant and Third-Party Defendant East Coast Erectors, Inc.*

Dated:  October 21, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EBIZA SECURITIES CORP.   and<br>MILLERS CAPITAL INSURANCE<br>COMPANY a/s/o DEL-HOMES<br>CATALOG GROUP, LLC,<br><br>     Plaintiffs,<br><br>     v.<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC. and EAST COAST<br>ERECTORS, INC.<br><br>     Defendants,<br><br>and<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br><br>     Third-Party Plaintiff,<br><br>     v.<br><br>EAST COAST ERECTORS, INC.,<br><br>     Third-Party Defendant. | Civil Action No. 04-339/04-1322 JJF<br><br>CONSOLIDATED ACTION<br><br>JURY OF TWELVE DEMANDED |

## ORDER

**AND NOW,** this _____ day of _____, 2005, upon consideration of Defendant and Third-Party Defendant East Coast Erectors, Inc.'s Motion for Partial Summary Judgment on the issue of contractual indemnification, and its Opening Brief and Appendix in support thereof,

**IT IS HEREBY ORDERED** that Defendant and Third-Party Defendant East Coast Erectors, Inc.'s Motion for Partial Summary Judgment is GRANTED.  East Coast

Erectors, Inc. is not contractually required to indemnify Defendant and Third-Party Defendant Lighthouse Construction, Inc.

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 21, 2005, I electronically filed the within **Defendant/Third-Party Defendant East Coast Erectors, Inc.'s Motion for Partial Summary Judgment** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>PO Box 709<br>Wilmington, DE 19899-0709 |
| James F. Bailey, Jr., Esquire<br>Bailey & Associates<br>Three Mill Road, Suite 306A<br>Wilmington, DE 19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, PC<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, PA<br>PO Box 1031<br>Wilmington, DE 19899 |

    I hereby certify that on October 21, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Ron L. Pingitore, Esquire<br>White and Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 | Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 | Geoffrey W. Veith, Esquire<br>Rogut McCarthy Troy, LLC<br>One First Avenue – Suite 410<br>Conshohocken, PA 19428 |
| Dana Ostrovsky, Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, P.C.<br>11th Floor, 1515 Market Street<br>Philadelphia, PA 19102 | |

                                                     WETZEL & ASSOCIATES, P.A.

                                                   /s/ Natalie M. Ippolito
                                                   Natalie M. Ippolito (I.D. No. 3845)
                                                   The Carriage House, Suite 201
                                                   1100 N. Grant Avenue
                                                   Wilmington, DE 19805
                                                   (302) 652-1200
                                                   nippolito@wetzellaw.com