**APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT AND THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT AND THIRD-PARTY PLAINTIFF LIGHTHOUSE CONSTRUCTION, INC.**

## TABLE OF CONTENTS

| | | **Page** |
|---|---|---|
| EXHIBIT A - | Williams Deposition Exhibit 118 – Structural Steel, Joist, Decking & Siding Contract Scope of Work | A-1 |
| EXHIBIT B - | Williams Deposition Exhibit 120 – February 23, 1999 Letter from East Coast Erectors, Inc. | A-3 |
| EXHIBIT C - | Williams Deposition Exhibit 121 – February 26, 1999 Letter from Lighthouse Construction, Inc. | A-6 |
| EXHIBIT D - | Excerpts of Deposition of Robert MacLeish | A-7 |
| EXHIBIT E - | Williams Deposition Exhibit 122 – East Coast Erectors, Inc.'s First Application for Payment | A-12 |
| EXHIBIT F - | April 6, 1999 Letter from Lighthouse Construction, Inc. | A-15 |
| EXHIBIT G - | Excerpts of Deposition of Michael Williams | A-16 |
| EXHIBIT H - | Williams Deposition Exhibit 132 – Standard Form of Agreement Between Contractor and Subcontractor | A-32 |
| EXHIBIT I - | Excerpts of Deposition of Michael McKone | A-44 |