# EXHIBIT "A"

074 - 1.5

## CATALOG RESOURCES BUILDING EXPANSION – ENTERPRISE BUSINESS PARK

Structural Steel, Joist, Decking & Siding Contract

BUILDING DESCRIPTION

1. Building is 250,000 sq. ft.

2. Building is an "L" shape. It will attach to an existing pre-engineered metal building (Varco-Pruden) along column line 1.

3. Framing for building is a single slope. Interior bays are 50' x 50'. Roof pitch is a minimum of 1/8" rise for 12" run. Loading for building is 30 PSF live load, 90 MPH wind load, and a 10 PSF collateral loading for sprinkler, heating, ventilating and electrical systems. Minimum clear height under framing is 24'-0", this is critical, and must be maintained. *Possibly $\frac{1}{2}$ w/ address*

4. Framing for building is the following:

   Box 1 – Column Line 1-11 (500') x Column line A-E (200')
   Box 2 – Column Line E-Q (600') x Column line 6-11 (250')
   A. High Eave on Box 1 is column line E, on Box 2 high eave is column line 6. They are to match in elevation.
   B. At column line Q, this will be parapeted to match eave along above.
   C. Design is to include framing support/base for parapets along column line 1-A to E and column line E-6 to 11. Framing will be 8" structural metal studs (by others) bearing on steel provided by this contract. The parapets will allow for roof height difference and expansion.
   D. Exterior wall is 12" CMU to 12' – 0" AFF, with 26 ga., *steel/metal siding from top of masonry to top of parapet/eave.
   E. Roof system is a ballasted, single ply membrane, with insulation, and sixty five 4'x8' skylight/smoke vents.

WORK TO BE INCLUDED

1. Structural design (steel & concrete foundation) complete, and coordination with architect in completing design. Architect is BM2OR, Ernie Olds.

2. Furnish all labor, material, equipment, tools and supervision to complete the following:
   *A. Structural steel, joist, and decking for 250,000 sq. ft. warehouse complete.
   B. Structural steel, joist, deck and edging for mezzanine to be located in area bound by column line J-4/D-E. Overall dimension is 39'-4"x50'-8". Total loading is 175 psf.
   C. Existing pre-engineered metal building will require additional support for snow loading, caused by addition. Include this work.
   D. Misc. metals – Will include furnishing and/or installing: *P*
      - Framing for roof access hatch, and ladder with cage located in the following areas: Mezzanine, and bathroom office at column line ②11.
      - Framing for 65 each 4"x8" skylight/smoke vents. ✓
      - Canopy framing & decking at shipping & receiving office. One canopy is 5'x32' ✓ and one is 5'x12'.
      - Lintels ✓
      * Beam w/ plate to support 2' of 12" CMU, at 18 each 10'x10' OH doors.

*Assure 3000# soil bearing*



EXHIBIT
W. Hrams 118
DEBRA J. WEAVER
6-14-05

ECE0575

A–1

Catalog Resources Building Expansion – Enterprise Business Park
February 8, 1999
Page Two

E.  Miscellaneous Metals Continued
- Lintels ✓
- *Beam w/plate to support 4' of 12" CMU, at 2 each 8'x8' OH doors✓
- *Beam w/plate to support 4'-8' of 12" CMU, at 4 each 6'x4' windows.✓ Wall will also support mezzanine joist above.
- Dock leveler curb angle. Pit is 7'x8' and is to include bumper mounting angle (Item 4) and Dok-Lok mounting plate (Item 5). Include with base bid twelve (12) each with alternate add; per each.
- Stair w/landing to mezzanine (Metal pan w/concrete).EXTERIOR
- Allowance for hand rails at exterior stairs

    * 4 each would be "L" shape
    * 1 each would be straight w/run on each side max. height is 48" from FF to grade.

F.  Metal siding, insulation, and trim, from top of CMU to top of parapet/eave, including all framing required for metal siding installation. Allow for 10 ea. 4'x4' wall openings for louver/fan; 4 ea. 6'x4' window opening on 2nd floor of mezzanine, include framing and trim. Copings and eave trim is by roofer. Provide 3 ½" (R-13) vinyl reinforced HD insulation.

Quotes are due back on 2/23/99 with an award by 2/26/99. In quote, please provide the following dates:

|   |   | Start | Complete |
|---|---|---|---|
| 1. | Design for foundation and structure | 3/1/99 | 3/12/99 |
| 2 | Fabrication | 3/12/99 | 4/28/99 |
| 3. | Erection of steel | 5/3/99 | 6/15/99 |
| 4. | Siding | 5/24/99 | 7/7/99 |
| 5. | Miscellaneous metals | 6/14/99 | 6/30/99 |

*Base dates upon award being made on February 26, 1999. Soils borings are completed and will be forwarded to contractor. The above completion dates will bear serious consideration in award of contract.

Alt. Bid to prime joist & deck white

ECE0576

A-2

# EXHIBIT "B"



**EAST COAST ERECTORS INC.**

# PROPOSAL

February 23, 1999

Mr. Robert MacLeish
Del-Homes, Inc.    *Light House Construction Inc.*
1575 McKee Rd., Suite 202
Dover, DE  19904

Re: Catalog Resources Building Expansion
    Enterprise Business Park
    Dover, DE

Dear Bob,

We are pleased to provide our price to design, supply and install the following material for a single story building 250,000 Sq. Ft. per your drawing A2.1 and specifications dated February 8, 1999.

**Structural Steel:**    __338__  **Tons**  Including:  Columns with masonry anchors, beams, girts, perimeter angle, or bent plate, teflon slide plates at (3) expansion joints, erection bolts and standard shop coat primer.  Also included is all necessary framing for the required mezzanine and (2) cantilever type canopies at the shipping/receiving office.

Supplied only will be anchor bolts, leveling plates, and anchor bolts at the top of the 12'-0" masonry walls.

**Steel Joist:**    __247__  **Tons**  Including:  "K" Series Type joist complete with all top and bottom chord extensions, "X" type and Horizontal type bridging, shop coat (Gray) primer.

**Metal Decking:**    __2,500__  Squares of 1 ½" Type "B", 22 Gage painted gray roof deck.  Also included is __20__ Squares of 1 ½" 20 Gage Galvanized composite floor deck.  Also included are all required pour stops, cell closures and side lap screws.

FABRICATING
ERECTING
WELDING AND
STRUCTURAL AND
MISCELLANEOUS
STEEL
P.O. BOX 448
NEW CASTLE,
DELAWARE 19720
302/323-1800



EXHIBIT
Williams-120
DEBRA J WEAVER
6-14-05

ECE0532

A-3

Pg. 2 of 3

**Miscellaneous Metals:**

65-    Roof Frames 4' x 8' for Skylight/Smoke Vents
2-     Roof Frames for Roof Hatches
1-     Roof Access Ladder with cage @ Q-11 Bathroom
1-     Roof Access Ladder without cage @ Mezzanine
18-    Lintel Beams W/Plates for 10' Wide Over Head Doors
2-     Lintel Beams W/Plates for 8' Wide Over Head Doors
4-     Lintel Beams W/Plates for 6' Windows @ Mezzanine
12-    Dock Leveler Frames
1-     Metal pan stair at Mezzanine
3-     2 Line pipe handrails with wall rails @ "L" shaped loading dock stairs.
2-     2 Line pipe handrails @ straight loading dock stairs

**Metal Siding:**

- All required 3' wide exposed fastener 26 gage siding by Nucor with standard color and finish.
- All required 3½" fiberglass PSK backed insulation  *well R13*
- All required base, corner, window, louver and gable flashing
- All required wall "Z" type girts designed at L/240 and 80 MPH wind load.
- All required framing for 10 louver and 4 window openings

**Notes:**

- Masonry Block size is assumed 8"
- Live load is reduced per BOCA
- Design includes concrete foundations
- Lintels are supplied only

**PRICE:**        **$1,039,000.00**



ECE0533

A-4

Pg. 3 of 3

**Options:**

1.  Dock Leveler Frame  Ea.                                    Add:  ___400.00___

2.  Pure White Primer on underside of Deck                    Add:  __23,000.00__

3.  Supply and install all 4" metal studs required for        Add:  __49,000.00__
    Parapet walls at the following locations
    1.  Line 6 Between E and Q
    2.  Line E Between 1 and 6
    3.  Line Q Between 6 and 11
    4.  Line 6  Between A and E
    5.  Line 1  Between A and E

4.  Allowance For reinforcing 200LF of existing Bar           Add:  $4,160.00
    Joist and adding 4 Roof Drain Frames

    2 Men  3 Days   48 Hrs.  x $45  = $2,160.00
    Material                           1,000.00
    High Reach                         1,000.00
                                      $4,160.00

**Exclusions:**

-Leader Heads                          -Field Touch Up
-Gutters                               -Surveying
-Down Spouts                           -Shoring
-Light Gage Metal Studs                -Galvanizing
-Copings, Eave Trim or Gravel Stops    -White Primer on Joists
-Plywood Sheathing and Wood Blocking   -Testing & Inspections
-Grouting                              -Building Permits
-Joist reinforcing at concentrated Loads   ISOLATION BLOCKS
 CONCRETE FOR STAIRSPORTS OR BOLLARDS
 HANDRAILS PER METAL 1/A2.0

Thank you for the opportunity to present this proposal.  If you have any questions do not
hesitate to call.

Sincerely,

*Michael A. Williams*

Michael A. Williams
MAW/pzp

If this proposal meets with your approval please sign and return one copy.

Accepted By:  Del-Homes, Inc.        _____
                                              Name

                                      _____
                                              Date

                                                            ECE0534

                                                                    A–5

# EXHIBIT "C"



630 W. Division St. • Suite 202 • Dover, DE 19904 • 302-677-1965/Office • 302-677-1969/Fax
Professional Builder • Land Development • Residential Construction • Light Commercial

February 26, 1999

Mike Williams
East Coast Erectors Inc.
1144 River Road
New Castle, DE 19720

RE:  Catalog Resources – Enterprise Business Park
     Dover, DE

Dear Mr. Williams:

By way of this letter, it is the intent of Lighthouse Construction, Inc. to award the following work to your
company:

| | | |
|---|---|---|
| 1. | Base Bid: | $1,039,000.00 |
| 2. | Alt. No. 1 – Two (2) additional dock leveler frame | $     800.00 |
| 3. | Alt. No. 2 – White primer on underside of dock | $  23,000.00 |
| 4. | Alt. No. 3 – F & I Metal Studs | $  49,000.00 |
| 5. | Alt. No. 4 – Reinforce existing 200 LF of roof | $    4,160.00 |
| | **TOTAL** | $1,115,960.00 |

We will be forwarding a contract (AIA A401) for your review and execution. The contract will include
the IFB, ECE Quote, and minutes from meeting on February 25, 1999.

If you have any questions, please do not hesitate to give me a call.

Sincerely,

Michael McKone



RECEIVED
MAR - 1 1999
EAST COAST ERECTORS, II:

EXHIBIT
Williams-101
DEBRA J. WEAVER
6-19-05

ECE0525

A–6

# EXHIBIT "D"



Page 288

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
---------------------x
FEDERAL INSURANCE    : CIVIL ACTION
COMPANY a/s/o        :
EZIBA.COM./AVACET,   : NO. 04-339
INC., EZIBA          :
SECURITIES CORP.,    :
        Plaintiff(s), :
        v.           :
LIGHTHOUSE           :
CONSTRUCTION, INC.,  :
BECKER MORGAN GROUP, :
INC., and O'DONNELL, :
NACCARATO &          :
MACINTOSH, INC.,     :
        Defendant(s). :
---------------------x
MILLERS CAPITAL      : CIVIL ACTION
INSURANCE COMPANY    :
a/s/o DEL-HOMES      : NO. 04-1322-JJF
CATALOG GROUP, LLC,  :
        Plaintiff(s), :
        v.           :
LIGHTHOUSE           :
CONSTRUCTION, INC.,  :
BECKER MORGAN GROUP, :
INC., and O'DONNELL, :
NACCARATO &          :
MACINTOSH, INC.,     :
        Defendant(s)  :
and                  :
LIGHTHOUSE           :
CONSTRUCTION, INC.,  :
        Defendant and :
        Third-Party  :
        Plaintiff,   :
        v.           :
EAST COAST ERECTORS, :
INC.,                :
        Third-Party  :
        Defendant.   :
---------------------x
```

VOLUME 2

Page 289

1        Continued oral deposition of

2   ROBERT C. MacLEISH, held at the law

3   offices of CHRISSINGER & BAUMBERGER, 3

4   Mill Road, Suite 301, Wilmington, DE

5   19806, on Monday, April 11, 2005,

6   beginning at 9:15 a.m., before Debra J.

7   Weaver, a Federally Approved RPR, CRR,

8   CSR of NJ (No. XI 01614) and Delaware

9   (No. 138-RPR, Expiration 1/31/08), and a

10  Notary Public of New Jersey, Pennsylvania

11  and Delaware.

12

13

14

15

16

17

18

19

20

21

22          ESQUIRE DEPOSITION SERVICES
           1880 John F. Kennedy Boulevard
23                  15th Floor
           Philadelphia, Pennsylvania 19103
24                (215) 988-9191

ESQUIRE DEPOSITION SERVICES

ca9d1628-4c14-490d-84b2-f6cfc749a047

A-8

ROBERT C. MacLEISH

Page 331

1  Resources building expansion.

2       Q.    What I would call the '99

3  building?

4       A.    Yes, sir, that's correct.

5       Q.    Was this proposal accepted

6  by Lighthouse Construction?

7       A.    I believe it was, with some

8  minor modifications.

9       Q.    Now, I notice it's addressed

10  to Robert MacLeish at Del-Homes, Inc.

11  Now, on February 23rd of '99, were you

12  still affiliated with Del-Homes, Inc.?

13       A.    Yes, sir.

14       Q.    And what was your capacity

15  then?

16       A.    President of Del-Homes.

17       Q.    Was Del-Homes, Inc., in the

18  general contracting and development

19  business?

20       A.    Yes.

21       Q.    But Del-Homes Group, LLC,

22  was just a property owner?

23       A.    Yes, sir.

24       Q.    Okay.  Is there any

ROBERT C. MacLEISH

Page 332

1  difference in Del-Homes Group, LLC, and

2  Del-Homes Catalog Group, LLC?

3        A.    I'm not sure.  I can't

4  remember.  I think there was a change in

5  name; as this project moved forward from

6  the '95, as it came into the '99 with the

7  leasing, some changes were made within

8  that group.  And I think the name was

9  changed, as best I can remember.

10       Q.    Okay.  But same

11 organization, new name?

12       A.    Yeah.  I think some of the

13 partnerships and percentages changed.

14       Q.    I'm sorry.  I don't remember

15 if I asked you if this proposal from Mr.

16 Williams on February 23rd, '99, was

17 accepted or not?

18       A.    It was.  I think there was

19 some minor modifications made to his

20 proposal, cross-referenced to the scope

21 of work that was also sent out.

22       Q.    There is an asterisk on this

23 page marked LH 1515.  Do you know what

24 that refers to?

ESQUIRE DEPOSITION SERVICES

ca9d1628-4c14-490d-84b2-f6cfc749a047

A-10

ROBERT C. MacLEISH

Page 354

1    correctly?

2        A.    Yes, sir.

3        Q.    Okay.  Now, if I flip over

4    to the page that's numbered LH 2712,

5    which is the signature line for this

6    document, it's not signed, is it?

7        A.    No, sir.

8        Q.    Now, do you know of any

9    signed agreement between East Coast

10   Erectors, Inc., and Lighthouse

11   Construction, Inc., other than Mr.

12   Williams' proposal that we've already

13   identified?

14       A.    The only other -- no, there

15   was no signed agreement.  There was just

16   a Letter of Intent that was sent to them.

17       Q.    Okay.  So can you explain

18   why this document was never signed?

19       A.    No, I cannot.

20       Q.    Do you recall whether or not

21   I've identified in this pile of documents

22   the Letter of Intent that you just

23   referred to?

24       A.    No, you have not.

ESQUIRE DEPOSITION SERVICES

# EXHIBIT "E"



FABRICATING
ERECTING
WELDING
STRUCTURAL AND
MISCELLANEOUS
STEEL

EAST
COAST
ERECTORS
INC.

1144 RIVER ROAD
NEW CASTLE
DELAWARE 19720
FAX: 302-323-1806

302/323-1800

TO: Lighthouse Construction Inc.
1575 McKee Road, Suite 202
Dover, DE 19904

Attn: Mike McKone

| | |
|---|---|
| Date: | March 22, 1999 |
| Invoice No: | 2380 |
| Job No: | 721 |
| Terms: | Net 30 Days |

Job Title: Catalog Resources   Dover, DE

| DESCRIPTION | AMOUNT |
|---|---|
| Engineering | 22,000.00 |
| Shop Drawings | 14,000.00 |
| | |
| TOTAL AMOUNT DUE | $  36,000.00 |

EXHIBIT
Williams 122
DEBRA J. WEAVER
6-14-05

Thank You!

ECE0763

A-12

APPLIC___ION AND CERTIFICATE FOR PAYMENT  AIA DO___MENT G702 (Instructions on reverse side.)    PAGE ONE __ PAGES

| | | |
|---|---|---|
| TO OWNER: Lighthouse Construction Inc.<br>1575 McKee Road, Suite 202<br>Dover, DE  19904<br>Attn: Mike McKane | PROJECT: Catalog Resources<br>Dover, DE | APPLICATION NO: One<br>PERIOD TO:  03/31/99<br>PROJECT NOS.: |
| FROM CONTRACTOR:  East Coast Erectors, Inc. | VIA ARCHITECT:  Becker,Morgan, Moore, Olds,<br>&Ritter, Inc.<br>Salisbury, MD | CONTRACT DATE: 2/26/99 |

Distribution to:
☐ OWNER
☐ ARCHITECT
☒ CONTRACTOR

CONTRACT FOR :   Structural Steel, Miscellaneous Metals & Siding

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM . . . . . . . . . . . . . $  1,115,960.00
2. Net change by Change Orders . . . . . . . . . . . . . $  —
3. CONTRACT SUM TO DATE (Line 1 +/-2) . . . . . $  1,115,960.00
4. TOTAL COMPLETED & STORED TO DATE . . . . $  36,000.00
5. RETAINAGE:
   a.     10  % of Completed Work          $     3,600.00
   (Column D + E on G703)
   b.     10  % of Stored Material          $     —
   (Column F on G703)
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703) . . . . . . . . . . . $     3,600.00
6. TOTAL EARNED LESS RETAINAGE . . . . . . . . $     32,400.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT . . . $     —
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE . . . . . . . . . . . . $     32,400.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE . . . $     1,083,500.00
   (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET Changes by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information a the Work covered by this Application for Payment has been completed in accordance with the Co Documents, that all amounts have been paid by the Contractor for Work for which previous Certif for Payment were issued and payments received from the Owner, and that current payment shown is now due.

CONTRACTOR:  East Coast Erectors, Inc.

By: _____  Date:  03/22/99

State of:  Delaware
County of:  New Castle
Subscribed and sworn to before
Me this  22nd  day of  March, 1999

Notary Public: _____
My Commission expires Oct. 2000

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising application, the Architect certifies to the Owner that to the best of the Architect's knowledge, info and belief the Work has progressed as indicated, the quality of the Work is in accordance with Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . . . . . . . . . . . . .
(Attach explanation if amount certified differs from the amount applied for.  Initial all figures on t Application and on the Continuation Sheet that are changed to conform to the amount certified.)
ARCHITECT:
By: _____  Date: _____
This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor n herein.  Issuance, payment and acceptance of payment are without prejudice to any rights of the O Contractor under this Contract.

AIA DOCUMENT G703 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA ®•©) 1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W. WASHINGTON, D.C. 20006 • warning: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.    G703

A–13

CONTIN. ON SHEET

AIA DOCUMENT G703    (Instruction on reverse side)    PAGE 2  OF 2  P

AIA DOCUMENT G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulation below, amounts are stated to the nearest dollar
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: One
APPLICATION DATE: 03/25/99
PERIOD TO: 03/31/99
ARCHITECT'S PROJECT NO.:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G÷C) | H BALANCE TO FINISH (C – G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | Engineering | 22,000.00 | — | 22,000.00 | — | 22,000.00 | 100 | | 2,200.00 |
| | Shop Drawings | 14,000.00 | — | 14,000.00 | — | 14,000.00 | 100 | | 1,400.00 |
| | Structural Steel | 348,260.00 | — | — | — | — | — | 348,260.00 | — |
| | Steel Joist | 174,000.00 | — | — | — | — | — | 174,000.00 | — |
| | Metal Deck | 145,000.00 | — | — | — | — | — | 145,000.00 | — |
| | Erection of Structural Steel, Steel Joist & Metal Deck | 170,000.00 | — | — | — | — | — | 170,000.00 | — |
| | Miscellaneous Metals | 20,140.00 | — | — | — | — | — | 20,140.00 | — |
| | Reinforce Existing Building | 4,160.00 | — | — | — | — | — | 4,160.00 | — |
| | Metal Studs | 49,000.00 | — | — | — | — | — | 49,000.00 | — |
| | Siding and Giits | 169,400.00 | — | — | — | — | — | 169,400.00 | — |
| | | $1,115,960.00 | — | $ 36,000.00 | — | $ 36,000.00 | 03 | $1,079,960.00 | $ 3,600.00 |

EGED765

AIA DOCUMENT G703 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA ©•© 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G703-1983

A–14

**EXHIBIT "F"**



630 W. Division St. • Suite 202 • Dover, DE 19904 • 302-677-1965/Office • 302-677-1969/Fax

Professional Builder • Land Development • Residential Construction • Light Commercial

April 6, 1999

East Coast Erectors
Attn: Mr. Mike Williams
P.O. Box 448
New Castle, DE 19720

Dear Mike,

    Enclosed please find two (2) original standard forms of agreement between Contractor and Subcontractor for work to be performed at Catalog Resources Building Addition at Enterprise Business Park.

    Please review all of the information carefully, sign in the appropriate areas and return all originals to my attention. When the documents have been fully executed, I will return the original to your attention.

Sincerely,

Michael McKone,
Project Manager
Lighthouse Construction, Inc.

MM/cmb

Enclosures

Cc: File

ECE0491

A-15