**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY ) | Civil Action No. 04-339/04-1322 JJF |
| a/s/o EZIBA.COM, INC./AVACET, INC., ) | |
| EBIZA SECURITIES CORP.    and ) | |
| MILLERS CAPITAL INSURANCE ) | CONSOLIDATED ACTION |
| COMPANY a/s/o DEL-HOMES ) | |
| CATALOG GROUP, LLC, ) | |
| ) | JURY OF TWELVE DEMANDED |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LIGHTHOUSE CONSTRUCTION, INC., ) | |
| BECKER MORGAN GROUP, INC., ) | |
| and O'DONNELL, NACCARATO & ) | |
| MACINTOSH, INC. and EAST COAST ) | |
| ERECTORS, INC. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| LIGHTHOUSE CONSTRUCTION, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EAST COAST ERECTORS, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

**THIRD-PARTY DEFENDANT EAST COAST ERECTORS, INC.'S RESPONSE**
**IN OPPOSITION TO PLAINTIFF FEDERAL INSURANCE COMPANY'S**
**MOTION FOR LEAVE TO FILE A REVISED AMENDED COMPLAINT**

COMES NOW Third-Party Defendant East Coast Erectors, Inc. ("ECE") and files this

Response in Opposition to Plaintiff's Motion for Leave to File a Revised Amended Complaint

respectfully showing the Court as follows:

1.      Plaintiff Federal Insurance Company ("Federal") filed a motion for leave to file

an amended complaint on September 30, 2005. (D.I. 156)  ECE filed a response in opposition to

Federal's motion on October 14, 2005.  (D.I. 162)  On October 19, 2005, Federal filed a motion for leave to file a revised amended complaint.  (D.I. 164)

2.    Federal's motion must be denied to the extent it seeks to allege gross negligence against ECE.  In support of its position, ECE incorporates herein by reference its response in opposition to plaintiff Millers Capital's motion for leave to file a second amended complaint (D.I. 161) and its response in opposition to Federal's motion for leave to file an amended complaint.  (D.I. 162)  For the reasons set forth therein, Federal's motion must be denied.

Respectfully submitted,

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com

Robert B. Hill, Admitted Pro Hac Vice
MCLAIN & MERRITT, P.C.
3445 Peachtree Road N.E., Suite 500
Atlanta, GA 30326

*Attorneys for Third-Party Defendant
East Coast Erectors, Inc.*

Dated:  November 1, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

FEDERAL INSURANCE COMPANY    )    Civil Action No. 04-339/04-1322 JJF
a/s/o EZIBA.COM, INC./AVACET, INC.,    )
EBIZA SECURITIES CORP.    and    )
MILLERS CAPITAL INSURANCE    )    <u>CONSOLIDATED ACTION</u>
COMPANY a/s/o DEL-HOMES    )
CATALOG GROUP, LLC,    )
    )    JURY OF TWELVE DEMANDED
    Plaintiffs,    )
    )
    v.    )
    )
LIGHTHOUSE CONSTRUCTION, INC.,    )
BECKER MORGAN GROUP, INC.,    )
and O'DONNELL, NACCARATO &    )
MACINTOSH, INC. and EAST COAST    )
ERECTORS, INC.    )
    )
    Defendants,    )
    )
    and    )
    )
LIGHTHOUSE CONSTRUCTION, INC.,    )
    )
    Third-Party Plaintiff,    )
    )
    v.    )
    )
EAST COAST ERECTORS, INC.,    )
    )
    Third-Party Defendant.    )

<u>**ORDER**</u>

**AND NOW,** this _____ day of _____, 2005, upon consideration of Plaintiff Federal Insurance Company's Motion for Leave to File a Revised Amended Complaint, and Third-Party Defendant East Coast Erectors, Inc.'s opposition thereto,

**IT IS HEREBY ORDERED** that Plaintiff Federal Insurance Company's Motion for Leave to File a Revised Amended Complaint is DENIED.

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2005, I electronically filed the within **Third-Party Defendant East Coast Erectors, Inc.'s Response in Opposition to Federal Insurance Company's Motion for Leave to File a Revised Amended Complaint** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

I hereby certify that on November 1, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

Ron L. Pingitore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue – Suite 410
Conshohocken, PA 19428

Dana Ostrovsky, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
11th Floor, 1515 Market Street
Philadelphia, PA 19102

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com