## CERTIFICATE OF SERVICE

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on the 4TH day of November 2005, I have had deposited in the mailbox at Three Mill Road, Suite 301, in Wilmington, Delaware, two true and correct copies of the attached **DEFENDANT/THIRD PARTY PLAINTIFF LIGHTHOUSE CONSTRUCTION, INC.'S ANSWERING BRIEF IN SUPPORT OF ITS OPPOSITION TO EAST COST ERECTORS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST LIGHTHOUSE CONSTRUCTION, INC.** to the following:

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue, Suite 410
Conshohocken, PA  19428

Bruce W. McCullough, Esquire
McCullough & McKenty, P.A.
824 N. Market Street, Suite 412
P.O. Box 397
Wilmington, DE  19899

Dana B. Ostrovsky, Esquire
Cohen, Seglias, Pallas, Greenhall &
    Furman
1515 Market Street, 11th Floor
Philadelphia, PA  19102

Robert K. Beste, Jr., Esquire
Cohen, Seglias, Pallas, Greenhall &
    Furman
1007 Orange Street, Suite 205
Wilmington, DE  19801

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899

Robert B. Hill, Esquire
McLain & Merritt
3445 Peachtree Road N.E., Suite 500
Atlanta, GA  30326-3240

Benjamin C. Wetzel, III, Esquire
Wetzel & Associates
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE  19805

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

James Bailey, Esquire
Three Mill Road, Suite 306
Wilmington, DE  19806

Ronald Pingitore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19135-7395

Frank E. Noyes, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

                                                **CHRISSINGER & BAUMBERGER**

                                                /s/David L. Baumberger, Esquire
                                                David L. Baumberger, Esquire (#2420)
                                                Three Mill Road, Suite 301
                                                Wilmington, DE  19806
                                                (302)777-0100
                                                Attorney for Defendant Lighthouse