# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | : | CIVIL ACTION |
| a/s/o EZIBA.COM, INC./AVACET, INC., | : | NO. 04-339 |
| EZIBA SECURITIES CORP. | : | |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : | JURY TRIAL DEMANDED |
| BECKER MORGAN GROUP, INC., and | : | |
| O'DONNELL, NACCARATO & | : | |
| MACINTOSH, INC., | : | |
|     Defendants. | : | |
| and | : | |
| | : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : | |
|     Defendant and Third-Party | : | |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| EAST COAST ERECTORS, INC., | : | |
|     Third-Party Defendant. | : | |

---

| | | |
|---|---|---|
| MILLERS CAPITAL INSURANCE COMPANY: | | |
| a/s/o DEL-HOMES CATALOG GROUP, LLC, | : | CIVIL ACTION |
| | : | NO. 04-1322-JJF |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : | |
| BECKER MORGAN GROUP, INC., and | : | |
| O'DONNELL, NACCARATO & MACINTOSH, | : | |
| INC., | : | |
|     Defendants. | : | |
| and | : | |
| | : | JURY TRIAL DEMANDED |
| LIGHTHOUSE CONSTRUCTION, INC., | : | |
|     Defendant and Third-Party | : | |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| EAST COAST ERECTORS, INC., | : | |
|     Third-Party Defendant. | : | |

## **ORDER**

Defendant EAST COAST ERECTOR'S Motion for Partial Summary Judgment is DENIED.

IT IS SO ORDERED, this _____ day of _____, 2005.

                                                                Judge Joseph J. Farnan, Jr.