# Exhibit A

APPLICATION AND CERTIFICATE FOR PAYMENT AIA DOCUMENT G702 (Instructions on reverse side)   PAGE OF PAGES

| | | |
|---|---|---|
| TO OWNER: Lighthouse Construction Inc.<br>1575 McKee Road, Suite 202<br>Dover, DE 19904<br>Attn: Mike McKone<br>FROM CONTRACTOR: East Coast Erectors, Inc. | PROJECT: Catalog Resources<br>Dover, DE<br><br>VIA ARCHITECT: Becker, Morgan, Moore, Olds, & Richter, Inc.<br>Salisbury, MD | APPLICATION NO.: Two<br>PERIOD TO: 04/30/99<br>PROJECT NOS.:<br><br>CONTRACT DATE: 2/26/99 | Distribution to:<br>☐ OWNER<br>☐ ARCHITECT<br>☒ CONTRACTOR |

CONTRACT FOR: Structural Steel, Miscellaneous Metals & Siding

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM..................$  1,115,960.00
2. Net change by Change Orders..................$  ---
3. CONTRACT SUM TO DATE (Line 1 +/1 2).........$  1,115,960.00
4. TOTAL COMPLETED & STORED TO DATE......$  314,000.00
5. RETAINAGE:
   a. __5__% of Completed Work  $  1,800.00
      (Columns D + E on G703)
   b. __5__% of Stored Material  $  13,900.00
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703)..................$  15,700.00
6. TOTAL EARNED LESS RETAINAGE............$  298,300.00
   (Line 4 less line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate).................$  32,400.00
8. CURRENT PAYMENT DUE..................  $  265,900.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)  $  817,660.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

ECE0755

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information a the Work covered by this Application for Payment has been completed in accordance with the Co Documents, that all amounts have been paid by the Contractor for Work for which previous Certif for Payment were issued and payments received from the Owner, and that current payment shown is now due.

CONTRACTOR: East Coast Erectors, Inc.

By: _Michael A. Wil[...]_   Date _04/21/99_

State of:   Delaware
County of:  New Castle
Subscribed and sworn to before
Me this 21st day of April, 1999

Notary Public: _[signature]_
My Commission expires: 3/15/00

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising application, the Architect certifies to the Owner that to the best of the Architect's knowledge, info and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED..................$_____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on t Application and on the Continuation Sheet that are changed to conform to the amount certified.)
ARCHITECT:
By: _____   Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor i herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the O Contractor under this Contract.

AIA DOCUMENT G703 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA ®•© 1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006 • warning: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.   G702

B1

CONTINUATION SHEET                    AIA DOCUMENT G703   (Instruction on reverse side)   PAGE 2 OF 2 PAGES

AIA DOCUMENT G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: Two
APPLICATION DATE: 04/21/99
PERIOD TO: 04/30/99
ARCHITECT'S PROJECT NO.:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E=F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE REDUCTION TO 5% |
|---|---|---|---|---|---|---|---|---|---|
| | Engineering | 22,000.00 | 22,000.00 | — | — | 22,000.00 | 100 | — | 1,100.00 |
| | Shop Drawings | 14,000.00 | 14,000.00 | — | — | 14,000.00 | 100 | — | 700.00 |
| | Structural Steel | 348,260.00 | — | — | 278,000.00 | 278,000.00 | 79 | 70,260.00 | 13,900.00 |
| | Steel Joist | 174,000.00 | — | — | — | — | — | 174,000.00 | — |
| | Metal Deck | 145,000.00 | — | — | — | — | — | 145,000.00 | — |
| | Erection of Structural Steel, Steel Joist & Metal Deck | 170,000.00 | — | — | — | — | — | 170,000.00 | — |
| | Miscellaneous Metals | 20,140.00 | — | — | — | — | — | 20,140.00 | — |
| | Reinforce Existing Building | 4,160.00 | — | — | — | — | — | 4,160.00 | — |
| | Metal Studs | 49,000.00 | — | — | — | — | — | 49,000.00 | — |
| | Siding and Girts | 169,400.00 | — | — | — | — | — | 169,400.00 | — |
| | | $1,115,960.00 | $36,000.00 | — | $278,000.00 | $314,000.00 | 28 | $801,960.00 | $15,700.00 |

ECE0756

AIA DOCUMENT G703 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA ®•© 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G703-1983

B2

**Exhibit B**

# APPLICATION AND CERTIFICATE FOR PAYMENT
AIA DOCUMENT G702 (Instructions on reverse side)

PAGE ONE OF ___ PAGES

| | |
|---|---|
| TO OWNER: | Lighthouse Construction Inc.<br>1575 McKee Road, Suite 206<br>Dover, DE 19904<br>Attn: Mike McKone |
| PROJECT: | Catalog Resources<br>Dover, DE |
| FROM CONTRACTOR: | East Coast Erectors, Inc. |
| VIA ARCHITECT: | Becker, Morgan, Moore, Olds, & Richter, Inc.<br>Salisbury, MD |
| CONTRACT FOR: | Structural Steel, Miscellaneous Metals & Siding |

APPLICATION NO.: Six
PERIOD TO: 08/31/99
PROJECT NOS.:
CONTRACT DATE: 2/26/99

Distribution to:
☐ OWNER
☒ ARCHITECT
☒ CONTRACTOR
☐
☐

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM.....................................$ 1,115,960.00
2. Net change by Change Orders.................................. ---
3. CONTRACT SUM TO DATE (Line 1 +/- 2)........................$ 1,115,960.00
4. TOTAL COMPLETED & STORED TO DATE........................$ 1,115,960.00
   (Column G on G703)
5. RETAINAGE:
   a. 0% of Completed Work $ ---
      (Columns D + E on G703)
   b. 0% of Stored Material
      (Column F on G703)
   Total Retainage (Line 5a + 5b or Total in Column I of G703).................$ ---
6. TOTAL EARNED LESS RETAINAGE................................$ 1,115,960.00
   (Line 4 less line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT..................$ 1,060,162.00
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE.......................................$ 55,798.50
9. BALANCE TO FINISH, INCLUDING RETAINAGE $ ---
   (Line 3 less Line 6)

LH 02625

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: East Coast Erectors, Inc.

By: _Michael A. Williams_ (signature)    Date 08/24/99
    Michael A. Wlliams, President

State of: Delaware
County of: New Castle
Subscribed and sworn to before
Me this 24th day of August, 1999
Notary Public: (signature)
My Commission expires: 1/31/00

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED........................$
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: (signature)    Date:
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

B3

# CONTINUATION SHEET

AIA DOCUMENT G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703   (Instruction on reverse side)   PAGE 2 OF 2 P'

APPLICATION NUMBER: Six
APPLICATION DATE: 08/24/99
PERIOD TO: 08/31/99
ARCHITECT'S PROJECT NO.:

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE |
| | Engineering | 22,000.00 | 22,000.00 | --- | --- | 22,000.00 | 100 | --- | --- |
| | Shop Drawings | 14,000.00 | 14,000.00 | --- | --- | 14,000.00 | 100 | --- | --- |
| | Structural Steel | 348,260.00 | 348,260.00 | --- | --- | 348,260.00 | 100 | --- | --- |
| | Steel Joist | 174,000.00 | 174,000.00 | --- | --- | 174,000.00 | 100 | --- | --- |
| | Metal Deck | 145,000.00 | 145,000.00 | --- | --- | 145,000.00 | 100 | --- | --- |
| | Erection of Structural Steel, Steel Joist & Metal Deck | 170,000.00 | 170,000.00 | --- | --- | 170,000.00 | 100 | --- | --- |
| | Miscellaneous Metals | 20,140.00 | 20,140.00 | --- | --- | 20,140.00 | 100 | --- | --- |
| | Reinforce Existing Building | 4,160.00 | 4,160.00 | --- | --- | 4,160.00 | 100 | --- | --- |
| | Metal Studs | 49,000.00 | 49,000.00 | --- | --- | 49,000.00 | 100 | --- | --- |
| | Siding and Girts | 169,400.00 | 169,400.00 | --- | --- | 169,400.00 | 100 | --- | --- |
| | | $1,115,960.00 | $1,115,960.00 | --- | --- | $1,115,960.00 | 100 | --- | --- |

LH 02626

B4

**Exhibit C**

```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
------------------------x
FEDERAL INSURANCE        :  CIVIL ACTION
COMPANY a/s/o            :
EZIBA.COM./AVACET,       :  NO. 04-339
INC., EZIBA SECURITIES   :
CORP.,                   :
        Plaintiff(s),    :
        v.               :
LIGHTHOUSE               :
CONSTRUCTION, INC.,      :
BECKER MORGAN GROUP,     :
INC., and O'DONNELL,     :
NACCARATO & MACINTOSH,   :
INC.,                    :
        Defendant(s).    :
------------------------x
MILLERS CAPITAL          :  CIVIL ACTION
INSURANCE COMPANY        :
a/s/o DEL-HOMES          :  NO. 04-1322-JJF
CATALOG GROUP, LLC,      :
        Plaintiff(s),    :
        v.               :
LIGHTHOUSE               :
CONSTRUCTION, INC.,      :
BECKER MORGAN GROUP,     :
INC., and O'DONNELL,     :
NACCARATO & MACINTOSH,   :
INC.,                    :
        Defendant(s)     :
and                      :
LIGHTHOUSE               :
CONSTRUCTION, INC.,      :
        Defendant and    :
        Third-Party      :
        Plaintiff,       :
        v.               :
EAST COAST ERECTORS,     :
INC.,                    :
        Third-Party      :
        Defendant.       :
------------------------x
```

ORIGINAL

135

```
 1            Oral deposition of MICHAEL A.
 2   WILLIAMS, held at the law offices of WETZEL &
 3   ASSOCIATES, P.A., The Carriage House, Suite
 4   201, 1100 North Grant Avenue, Wilmington,
 5   Delaware, 19805, on Tuesday, June 14, 2005,
 6   beginning at 9:25 a.m., on the above date,
 7   before Debra J. Weaver, a Federally Approved
 8   RPR, CRR, CSR of NJ (No. XI 01614) and Delaware
 9   (No. 138-RPR, Expiration 1/31/08), and a Notary
10   Public of New Jersey, Pennsylvania and
11   Delaware.
12
13
14
15
16
17
18
19
20
21
22            ESQUIRE DEPOSITION SERVICES
             1880 John F. Kennedy Boulevard
23                    15th Floor
            Philadelphia, Pennsylvania 19103
24                  (215) 988-9191
```

Esquire Deposition Services

B6

1   Q.   Is it fair to conclude that the
2  reinforce existing building work was at least
3  not completed as of May 19, 1999?
4   A.   Yes.
5   Q.   I show you another two-page
6  document previously Bates stamped ECE 0749 and
7  ECE 0750. Take a minute and identify that
8  document.
9         (Whereupon, Deposition Exhibit
10        No. Williams-124, Requisition for
11        payment dated 6/22/99, Bates ECE
12        0749-0750, was marked for
13        identification.)
14 BY MR. PINGITORE:
15   Q.   Are you ready to proceed?
16   A.   Yes. This is our fourth
17 requisition for payment dated June 22nd, 1999.
18   Q.   And at this point you're
19 reporting on ECE 0749 total work completed and
20 stored to date of $1,080,910, right?
21   A.   Yes.
22   Q.   And then I see that the retainage
23 is shown as 5 percent. Do you see that?
24   A.   Yes.

1  Q. Do you know what caused the retainage to be reduced from ten to 5 percent?

3  A. In general, industry practice is once you are 50 percent complete a project that they reduce your retainage to 5 percent.

6  Q. Okay. And if you turn to page two of the exhibit, you'll see that reinforce existing building is reported as complete at 100 percent. Do you see that?

10  A. Yes.

11  Q. So in terms of narrowing the window when the 1995 building was reinforced, it was after May 19th, 1999, and before June 30, 1999; is that fair?

MR. HILL: Object to the form of the question.

THE WITNESS: I think I previously stated it had to be before June 4th, only because we don't have any record of labor on the project after June 4th.

BY MR. PINGITORE:

Q. Okay. So is it fair then to conclude, with reference to your application