IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EBIZA SECURITIES CORP.  and<br>MILLERS CAPITAL INSURANCE<br>COMPANY a/s/o DEL-HOMES<br>CATALOG GROUP, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-339/04-1322 JJF<br><br>CONSOLIDATED ACTION<br><br>JURY OF TWELVE DEMANDED |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC. and EAST COAST<br>ERECTORS, INC. | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants, | )<br>) | |
| and | )<br>) | |
| LIGHTHOUSE CONSTRUCTION, INC., | )<br>) | |
| Third-Party Plaintiff, | )<br>) | |
| v. | )<br>) | |
| EAST COAST ERECTORS, INC., | )<br>) | |
| Third-Party Defendant. | ) | |

**APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT/THIRD-PARTY
DEFENDANT EAST COAST ERECTORS, INC'S REPLY BRIEF
IN SUPPORT OF ITS MOTION FOR PARTIAL
<u>SUMMARY JUDGMENT AGAINST LIGHTHOUSE CONSTRUCTION, INC.</u>**

**TABLE OF CONTENTS**

|  |  |  | Page |
|---|---|---|---|
| Exhibit A | - | ECE's February 23, 1999 Proposal | C-1 |
| Exhibit B | - | Excerpts of Deposition of Michael Williams | C-5 |
| Exhibit C | - | Excerpts of Deposition of Robert MacLeish | C-10 |

# EXHIBIT "A"

# PROPOSAL



**EAST COAST ERECTORS INC.**

February 23, 1999

Mr. Robert MacLeish
Del-Homes, Inc.
1575 McKee Rd., Suite 202
Dover, DE 19904

Re: Catalog Resources Building Expansion
    Enterprise Business Park
    Dover, DE

Dear Bob,

We are pleased to provide our price to design, supply and install the following material for a single story building 250,000 Sq. Ft. per your drawing A2.1 and specifications dated February 8, 1999.

**Structural Steel:** __338__ Tons Including: Columns with masonry anchors, beams, girts, perimeter angle, or bent plate, teflon slide plates at (3) expansion joints, erection bolts and standard shop coat primer. Also included is all necessary framing for the required mezzanine and (2) cantilever type canopies at the shipping/receiving office.

Supplied only will be anchor bolts, leveling plates, and anchor bolts at the top of the 12'-0" masonry walls.

**Steel Joist:** __247__ Tons Including: "K" Series Type joist complete with all top and bottom chord extensions, "X" type and Horizontal type bridging, shop coat (Gray) primer.

**Metal Decking:** __2,500__ Squares of 1 ½" Type "B", 22 Gage painted gray roof deck. Also included is __20__ Squares of 1 ½" 20 Gage Galvanized composite floor deck. Also included are all required pour stops, cell closures and side lap screws.

FABRICATING
ERECTING
WELDING
STRUCTURAL AND
MISCELLANEOUS
STEEL
P.O. BOX 448
NEW CASTLE
DELAWARE 19720
302/323-1800

LH 02717
C-1

**Miscellaneous Metals:**

- 65- Roof Frames 4' x 8' for Skylight/Smoke Vents
- 2- Roof Frames for Roof Hatches
- 1- Roof Access Ladder with cage @ Q-11 Bathroom
- 1- Roof Access Ladder without cage @ Mezzanine
- 18- Lintel Beams W/Plates for 10' Wide Over Head Doors
- 2- Lintel Beams W/Plates for 8' Wide Over Head Doors
- 4- Lintel Beams W/Plates for 6' Windows @ Mezzanine
- 12- Dock Leveler Frames
- 1- Metal pan stair at Mezzanine
- 3- 2 Line pipe handrails with wall rails @ "L" shaped loading dock stairs.
- 2- 2 Line pipe handrails @ straight loading dock stairs

**Metal Siding:**

- All required 3' wide exposed fastener 26 gage siding by Nucor with standard color and finish.
- All required 3" fiberglass PSK backed insulation
- All required base, corner, window, louver and gable flashing
- All required wall "Z" type girts designed at L/240 and 80 MPH wind load.
- All required framing for 10 louver and 4 window openings

**Notes:**

- Masonry Block size is assumed 8"
- Live load is reduced per BOCA
- Design includes concrete foundations
- Lintels are supplied only

**PRICE:**    $1,039,000.00

LH 02718

C-2

Pg. 3 of 3

**Options:**

1.  Dock Leveler Frame  Ea.                                    Add: __400.00__

2.  Pure White Primer on underside of Deck                     Add: __23,000.00__

3.  Supply and install all 4" metal studs required for         Add: __49,000.00__
    Parapet walls at the following locations
    1. Line 6 Between E and Q
    2. Line E Between 1 and 6
    3. Line Q Between 6 and 11
    4. Line 6 Between A and E
    5. Line 1 Between A and E

4.  Allowance For reinforcing 200LF of existing Bar            Add: __$4,160.00__
    Joist and adding 4 Roof Drain Frames

    2 Men  3 Days   48 Hrs.  x $45 = $2,160.00
    Material                          1,000.00
    High Reach                        1,000.00
                                     $4,160.00

**Exclusions:**

-Leader Heads                           -Field Touch Up
-Gutters                                -Surveying
-Down Spouts                            -Shoring
-Light Gage Metal Studs                 -Galvanizing
-Copings, Eave Trim or Gravel Stops     -White Primer on Joists
-Plywood Sheathing and Wood Blocking    -Testing & Inspections
-Grouting                               -Building Permits
-Joist reinforcing at concentrated Loads

Thank you for the opportunity to present this proposal. If you have any questions do not hesitate to call.

Sincerely,

*Michael A. Williams* (signature)

Michael A. Williams
MAW/pzp

If this proposal meets with your approval please sign and return one copy.

Accepted By:  Del-Homes, Inc.               _____
                                                      Name

                                            _____
                                                      Date

LH 02719       C-3

# PROPOSED PROJECT SCHEDULE
Catalog Resources Expansion
Enterprise Business Park
Dover, DE

February 23, 1999

|  | Start | Complete |
|---|---|---|
| Design for Foundation and Structure | 3/1 | 3/12 |
| Fabrication of Steel | 3/12 | 4/30 |
| Erection of Steel | 5/3 | 6/15 |
| Erection of Siding | 5/24 | 7/7 |
| Miscellaneous Metals | 6/14 | 6/30 |

Note: Schedule based upon award being made on Friday 2/26/99.

LH 02720   C-4

# EXHIBIT "B"

```
                                                          Page 1
            UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF DELAWARE

---------------------x
FEDERAL INSURANCE     : CIVIL ACTION
COMPANY a/s/o         :
EZIBA.COM./AVACET,    : NO. 04-339
INC., EZIBA SECURITIES :
CORP.,                :
      Plaintiff(s),   :
      v.              :
LIGHTHOUSE            :
CONSTRUCTION, INC.,   :
BECKER MORGAN GROUP,  :
INC., and O'DONNELL,  :
NACCARATO & MACINTOSH,:
INC.,                 :
      Defendant(s).   :
---------------------x
MILLERS CAPITAL       : CIVIL ACTION
INSURANCE COMPANY     :
a/s/o DEL-HOMES       : NO. 04-1322-JJF
CATALOG GROUP, LLC,   :
      Plaintiff(s),   :
      v.              :
LIGHTHOUSE            :
CONSTRUCTION, INC.,   :
BECKER MORGAN GROUP,  :
INC., and O'DONNELL,  :
NACCARATO & MACINTOSH,:
INC.,                 :
      Defendant(s)    :
and                   :
LIGHTHOUSE            :
CONSTRUCTION, INC.,   :
      Defendant and   :
      Third-Party     :
      Plaintiff,      :
      v.              :
EAST COAST ERECTORS,  :
INC.,                 :
      Third-Party     :
      Defendant.      :
---------------------x
                                                           C-5
```

ESQUIRE DEPOSITION SERVICES

798293c5-1c9a-436a-8706-ffc3971e9314

```
                                                          Page 2
 1              Oral deposition of MICHAEL A.
 2    WILLIAMS, held at the law offices of WETZEL &
 3    ASSOCIATES, P.A., The Carriage House, Suite
 4    201, 1100 North Grant Avenue, Wilmington,
 5    Delaware, 19805, on Tuesday, June 14, 2005,
 6    beginning at 9:25 a.m., on the above date,
 7    before Debra J. Weaver, a Federally Approved
 8    RPR, CRR, CSR of NJ (No. XI 01614) and Delaware
 9    (No. 138-RPR, Expiration 1/31/08), and a Notary
10    Public of New Jersey, Pennsylvania and
11    Delaware.
12
13
14
15
16
17
18
19
20
21
22              ESQUIRE DEPOSITION SERVICES
                1880 John F. Kennedy Boulevard
23                       15th Floor
                Philadelphia, Pennsylvania 19103
24                     (215) 988-9191                       C-6
```

MICHAEL A. WILLIAMS

Page 207

1  Sorry.
2      Q.   Okay. Would the fact that they
3  sent you a Standard Form Agreement indicate to
4  you that they didn't consider those two
5  documents to be the contract?
6           MR. HILL: Objection.
7           THE WITNESS: I can't make a
8       comment about what their
9       interpretations were by sending me this
10      document.
11 BY MR. BAUMBERGER:
12     Q.   Have you done work for Lighthouse
13 other than on this project?
14     A.   Yes.
15     Q.   Have they sent to you a Standard
16 Form Agreement on other projects?
17     A.   Not that I can recall, but I'm
18 not saying that they haven't.
19     Q.   Okay. Is that a standard form
20 that you see in your business?
21     A.   The 401 is a standard form.
22     Q.   Okay. Did you follow certain
23 payment procedures with regard to submission
24 for payment from Lighthouse?

C-7

MICHAEL A. WILLIAMS

Page 212

1  Q. Did you ever have to refer to
2  this document during the course of the work?
3  A. No.
4  Q. Do your documents, Exhibits 120
5  Or 121, refer at all to indemnities between the
6  parties?
7  A. No.
8  Q. How about safety?
9  A. No.
10 Q. How about any warranties?
11 A. No.
12 Q. What about any termination
13 provisions of the contract?
14 A. No.
15 Q. And are those items that are
16 typically contained in contracts in your
17 company?
18 A. Sometimes.
19 Q. Sometimes?
20 A. Yes.
21 Q. And sometimes you operate without
22 those terms under a contract?
23 A. Yes.
24 Q. Do you normally operate without

C-8

MICHAEL A. WILLIAMS

Page 213

1  an indemnity or warranty provision?
2      A.    There's really nothing normal
3  today about contracts any more. More often
4  than not, this standard form is not used as
5  individual contractors have opted for their own
6  version of a contract.
7      Q.    Well, in 1999, were you operating
8  or did you perform contracts that had no
9  provisions for indemnification, warranties?
10     A.    I'm sure I did.
11     Q.    Okay. You received final payment
12 of this project from Lighthouse?
13     A.    Yes.
14     Q.    Did you execute a waiver of
15 liens?
16     A.    I'm not sure. If it was
17 requested, I would have.
18     Q.    Did you bring up this Standard
19 Form Agreement with Lighthouse at any time
20 after you received it?
21     A.    No.
22          MR. BAUMBERGER: Let me mark the
23     version with everything in front of
24     Attachment A as the next exhibit then.

C-9

# EXHIBIT "C"

```
                                                              Page 288
            UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF DELAWARE

--------------------x
FEDERAL INSURANCE    : CIVIL ACTION
COMPANY a/s/o        :
EZIBA.COM./AVACET,   : NO. 04-339
INC., EZIBA          :
SECURITIES CORP.,    :
       Plaintiff(s), :
       v.            :
LIGHTHOUSE           :
CONSTRUCTION, INC.,  :
BECKER MORGAN GROUP, :
INC., and O'DONNELL, :
NACCARATO &          :
MACINTOSH, INC.,     :
       Defendant(s). :
--------------------x
MILLERS CAPITAL      : CIVIL ACTION
INSURANCE COMPANY    :
a/s/o DEL-HOMES      : NO. 04-1322-JJF
CATALOG GROUP, LLC,  :
       Plaintiff(s), :
       v.            :
LIGHTHOUSE           :
CONSTRUCTION, INC.,  :
BECKER MORGAN GROUP, :
INC., and O'DONNELL, :
NACCARATO &          :
MACINTOSH, INC.,     :
       Defendant(s)  :
and                  :
LIGHTHOUSE           :
CONSTRUCTION, INC.,  :
       Defendant and :
       Third-Party   :
       Plaintiff,    :
       v.            :
EAST COAST ERECTORS, :
INC.,                :
       Third-Party   :
       Defendant.    :
--------------------x
             VOLUME 2




                                                              C-10
```

ESQUIRE DEPOSITION SERVICES

ca9d1628-4c14-490d-84b2-f6cfc749a047

Page 289

1    Continued oral deposition of
2  ROBERT C. MacLEISH, held at the law
3  offices of CHRISSINGER & BAUMBERGER, 3
4  Mill Road, Suite 301, Wilmington, DE
5  19806, on Monday, April 11, 2005,
6  beginning at 9:15 a.m., before Debra J.
7  Weaver, a Federally Approved RPR, CRR,
8  CSR of NJ (No. XI 01614) and Delaware
9  (No. 138-RPR, Expiration 1/31/08), and a
10 Notary Public of New Jersey, Pennsylvania
11 and Delaware.

        ESQUIRE DEPOSITION SERVICES
       1880 John F. Kennedy Boulevard
                15th Floor
       Philadelphia, Pennsylvania 19103
               (215) 988-9191

C-11

ROBERT C. MacLEISH

Page 332

```
1    difference in Del-Homes Group, LLC, and
2    Del-Homes Catalog Group, LLC?
3         A.   I'm not sure.  I can't
4    remember.  I think there was a change in
5    name; as this project moved forward from
6    the '95, as it came into the '99 with the
7    leasing, some changes were made within
8    that group.  And I think the name was
9    changed, as best I can remember.
10        Q.   Okay.  But same
11   organization, new name?
12        A.   Yeah.  I think some of the
13   partnerships and percentages changed.
14        Q.   I'm sorry.  I don't remember
15   if I asked you if this proposal from Mr.
16   Williams on February 23rd, '99, was
17   accepted or not?
18        A.   It was.  I think there was
19   some minor modifications made to his
20   proposal, cross-referenced to the scope
21   of work that was also sent out.
22        Q.   There is an asterisk on this
23   page marked LH 1515.  Do you know what
24   that refers to?
```

C-12

ESQUIRE DEPOSITION SERVICES

ca9d1628-4c14-490d-84b2-f6cfc749a047