# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o Ezibz.com , Inc./Avacet, Inc., EZIBA SECURITIES CORP., and MILLERS CAPITAL INSURANCE COMPANY a/s/o Del-Homes Catalog Group LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., O'DONNELL, NACCARATO & MACINTOSH, INC., and EAST COAST ERECTORS, INC. <br><br> Defendants. <br><br> and <br><br> LIGHTHOUSE CONSTRUCTION, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> EAST COAST ERECTORS, INC., <br><br> Third-Party Defendant. | : <br> : <br> : <br> : <br> : **JURY TRIAL OF TWELVE** <br> : **DEMANDED** <br> : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 04-339/04-1322-JJF <br> : (Consolidated) <br> : <br> : <br> : <br> : |

## NOTICE OF DEPOSITION

**TO:**   All Counsel of Record

   **PLEASE TAKE NOTICE** that the undersigned counsel will take the deposition of David Malone at the office of Benjamin C. Wetzel, III located at The Carriage House, Suite 201, 1100 N. Grant Avenue, Wilmington, DE 19805 on WEDNESDAY, NOVEMBER 30, 2005 at

DOCS_PH 1819363v.1

- 2 -

11:00 a.m. before a Notary Public or some other officer authorized by law to administer oaths. The deposition will continue from day to day until completed.

**WHITE AND WILLIAMS LLP**

BY: /s/ Frank E. Noyes

Frank E. Noyes, II, Esquire (#3988)
Ron L. Pingitore, Esquire
824 North Market Street, Suite 902
Wilmington, DE 19801
302-467-4511

*Attorney for Plaintiff, Millers Capital Insurance Company*

*Of Counsel:*
Ron Pingitore, Esquire
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19135-7395

## CERTIFICATE OF SERVICE

I, Frank E. Noyes, II, hereby certify that on this 15th day of November, 2005, I served a true and correct copy of this Notice of Deposition of David Malone upon the following counsel:

### By CM/ECF E-Filing and Facsimile:

James F. Bailey, Esquire
Bailey & Associates, P.A.
716 Tatnall Street
P.O. Box 2034
Wilmington, DE 19899-2034

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza
P.O. Box 1031
Wilmington, DE 19899

David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road
Suite 301
Wilmington, DE 19806

Natalie M. Ippolito
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805

Bruce W. McCullogh, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899

Benjamin C. Wetzel, III
The Carriage House, Suite 201,
1100 N. Grant Avenue
Wilmington, DE 19805

### By First Class Mail, Postage Pre-Paid, and Facsimile:

Geoffrey W. Veith, Esquire
Rogut, McCarthy Troy, LLC
One First Avenue-Suite 410
Conshohocken, PA 19428

Robert K. Beste, Jr. Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Robert B. Hill., Esquire
McClain & Merritt
Suite 500
3445 Peachtree Road, N.E.
Atlanta, GA 30326

_____
Frank E. Noyes, II, Esquire (#3988)

DOCS_PH 1819363v.1