**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY ) <br> a/s/o EZIBA.COM, INC./AVACET, INC., ) <br> EBIZA SECURITIES CORP.    and ) <br> MILLERS CAPITAL INSURANCE ) <br> COMPANY a/s/o DEL-HOMES ) <br> CATALOG GROUP, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LIGHTHOUSE CONSTRUCTION, INC., ) <br> BECKER MORGAN GROUP, INC., ) <br> and O'DONNELL, NACCARATO & ) <br> MACINTOSH, INC. and EAST COAST ) <br> ERECTORS, INC. ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> LIGHTHOUSE CONSTRUCTION, INC., ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EAST COAST ERECTORS, INC., ) <br> ) <br> Third-Party Defendant. ) | Civil Action No. 04-339/04-1322 JJF <br><br> CONSOLIDATED ACTION <br><br> JURY OF TWELVE DEMANDED |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by the parties hereto, through their undersigned counsel, that all of plaintiffs' claims in the above actions against East Coast Erectors, Inc., Lighthouse Construction, Inc. and Becker Morgan Group, Inc. are hereby dismissed with prejudice.  Plaintiffs' claims against O'Donnell, Naccarato & MacIntosh, Inc. are not dismissed.

It is further stipulated and agreed that East Coast Erectors, Inc., Lighthouse Construction, Inc. and Becker Morgan Group, Inc. hereby dismiss their cross-claims, counterclaims and third-

party claims against each other and against O'Donnell, Naccarato & MacIntosh, Inc. with prejudice.

| | |
|---|---|
|    /s/ Frank E. Noyes II<br>Frank E. Noyes II, Esquire<br>Counsel for Millers Capital<br>  Insurance Company |    /s/ Sean J. Bellew<br>Sean J. Bellew, Esquire<br>Counsel for Federal Insurance Company |
|    /s/ Natalie M. Ippolito<br>Natalie M. Ippolito, Esquire<br>Counsel for East Coast Erectors, Inc. |    /s/ Victoria Petrone<br>Victoria Petrone, Esquire<br>Counsel for Becker Morgan Group, Inc. |
|    /s/ David L. Baumberger<br>David L. Baumberger, Esquire<br>Counsel for Lighthouse Construction, Inc. | |

So Ordered:

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

Date:_____