IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, et al., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> : <br> LIGHTHOUSE CONSTRUCTION, INC., : et al., : <br> : <br> Defendants. : <br>_____ : <br> MILLERS CAPITAL INSURANCE : COMPANY a/s/o DEL-HOMES : CATALOG GROUP, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> LIGHTHOUSE CONSTRUCTION, INC., : et al., : <br> : <br> Defendants. : <br> : <br> and : <br> : <br> LIGHTHOUSE CONSTRUCTION, INC., : <br> : <br> Defendant and : <br> Third-Party : <br> Plaintiff, : <br> : <br> v. : <br> : <br> EAST COAST ERECTORS, INC., : <br> : <br> Third-Party : <br> Defendant. : <br>_____ : <br> : | **CONSOLIDATED** <br> Civil Action No. 04-339-JJF/ <br> 04-1322-JJF |

```
FACTORY MUTUAL INSURANCE      :
COMPANY, et al.,              :
                              :
          Plaintiffs,          :
                              :
     v.                        :   Civil Action No. 05-96-JJF
                              :
EAST COAST ERECTORS, INC.,    :
et al.,                        :
                              :
          Defendants.          :
```

## O R D E R

WHEREAS, the Court has received a letter dated February 6, 2006, (D.I. 177 in C.A. 04-339; D.I. 42 in C.A. No. 05-96) from counsel representing O'Donnell Naccarato & Macintosh, Inc. ("ONM") indicating that ONM and Plaintiffs have reached an informal settlement which will be reduced to writing shortly;

WHEREAS, the other parties to this action have already formally settled this matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is **STAYED** and **ADMINISTRATIVELY CLOSED**.

2. The parties shall file a formal Stipulation of Dismissal which may include the terms of the settlement **within sixty (60) days of the date of this Order**.

3. The Court will retain jurisdiction for the said sixty (60) days and will reopen the matter upon the application of any party.

_3/8/06_
Date

_[signature]_
UNITED STATES DISTRICT JUDGE