IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., <br><br> Defendants. | C.A. No. 04-339 (JJF) <br><br> JURY TRIAL DEMANDED |
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION INC., BECKER MORGAN GROUP, INC., and O'CONNELL, NACCARATO & MACINTOSH, INC., <br><br> Defendants, <br><br> v. <br><br> LIGHTHOUSE CONSTRUCTION, INC., <br><br> Defendant & Third-party Plaintiff, <br><br> v. <br><br> EAST COAST ERECTORS, INC., <br><br> Third-Party Defendant. | C.A. No. 04-1322 (JJF) <br><br> JURY TRIAL DEMANDED |

DOCKET NO. _____

DATE _____

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by the parties hereto, through their undersigned counsel, that all of plaintiffs' claims in the above actions against the defendants are hereby dismissed with prejudice.

It is further stipulated and agreed that all cross-claims, counterclaims and third-party claims against each other are dismissed with prejudice.

/s/ Frank E. Noyes, II
Frank E. Noyes, II, Esquire (3988)
Counsel for Millers Capital Ins. Co.

/s/ Sean J. Bellew
Sean J. Bellew, Esquire (4072)
Counsel for Federal Ins. Co.

/s/ Natalie M. Ippolito
Natalie M. Ippolito, Esquire (3845)
Counsel for East Coast Erectors, Inc.

/s/ Victoria Petrone
Victoria Petrone, Esquire (4210)
Counsel for Becker Morgan Group

/s/ David L. Baumberger
David L. Baumberger, Esquire (2420)
Counsel for Lighthouse Construction, Inc.

/s/ James F. Bailey, Jr.
James F. Bailey, Jr., Esquire (336)
Counsel for O'Donnell, Naccarato & Macintosh